IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON, | * |
| | * |
| Plaintiff, | * |
| | * C. A. No. 04-1450 (JJF) |
| v. | * |
| | * |
| WAL-MART STORES, INC., | * |
| a Delaware corporation, | * TRIAL BY JURY DEMANDED |
| | * |
| Defendant. | * |

NOTICE OF DEPOSITIONS

TO:  William M. Kelleher, Esq.
     Ballard, Spahr, Anders & Ingersoll, LLP
     919 N. Market St., 17the Floor
     Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on **Thursday, April 14, 2005**:

    Johnny Revis        9:30 a.m.
    Jeremy Stone        11:00 a.m.
    Deborah Kennedy     1:30 p.m.

The depositions will take place at the offices of Schmittinger & Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

                                        SCHMITTINGER AND RODRIGUEZ, P.A.

                                        BY: _____
                                            William D. Fletcher, Jr., Esquire
                                            Bar ID #362
                                            414 S. State Street
                                            P.O. Box 497
                                            Dover, DE 19903-0497
                                            302-674-0140
Dated: 3/8/05                               Attorneys for Plaintiffs
WDF:tcl

cc: Cheryl Anthony