IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C. A. No. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| a Delaware corporation, | * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITIONS**
(Johnny Revis, Jeremy Stone & Deborah Kennedy)

to be served upon:

>William M. Kelleher, Esq.
>Ballard, Spahr, Anders & Ingersoll, LLP
>919 N. Market St., 17the Floor
>Wilmington, DE 19801

by mailing copies to address shown above, postage prepaid on ___March 8___, 2005.

>SCHMITTINGER AND RODRIGUEZ, P.A.
>
>BY: _____
>William D. Fletcher, Jr., Esquire
>Bar ID #362
>414 S. State Street
>P.O. Box 497
>Dover, DE 19903-0497
>302-674-0140
>Attorneys for Plaintiffs

WDF:tcl