IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | |
| | * | |
| Plaintiff, | * | C. A. No. 04-1450 (JJF) |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| WAL-MART STORES, INC., | * | |
| a Delaware corporation, | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

Plaintiff Cassandra Johnson, by and through her attorneys, Schmittinger and Rodriguez, P.A., hereby discloses the information required by Fed. R. Civ. P. 26(a)(1) to Defendant as follows:

A. The following individuals are likely to have discoverable information that Plaintiff may use to support her claims (but not solely for impeachment):

1. Plaintiff Cassandra Johnson;
2. Steven Bromley; Team Leader, Sam's Club;
3. Cornell Randolf; General Manager, Sam's Club;
4. Jeremy Stone; Sales Manager, Sam's Club;
5. Deborah Kennedy; Human Resources, Sam's Club;
6. Lakeria Bryant; Manager, Sam's Club;
7. Sheila Forrest; Sam's Club employee; and
8. Neosha Dixon, Sam's Club management.

B.   Copies of all documents, data compilations, and tangible things in the possession, custody, or control of Plaintiff that Plaintiff may use to support her claims (but not solely for impeachment), other than information related to Plaintiff's damages are attached to Plaintiff's Response to Defendant's First Request for Production of Documents.

C.   The categories of damages claimed by Plaintiff are as set forth in Plaintiff's Complaint. These damages are not subject to quantification at this point. Evidence regarding damages will be provided in discovery as requested by Defendant.

D.   Plaintiff has no obligation for disclosure pursuant to Fed. R. Civ. P. 16(a)(1)(D).

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
Bar ID #362

BY: _____
Noel E. Primos
Bar ID #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

Dated: 5-3-05
WDF:tcl