## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

### PLAINTIFF'S INITIAL DISCLOSURES MADE PURSUANT TO FED. R. CIV. P. 26(a)(1)

to be served upon:

William M. Kelleher, Esq.
Ballard Spahr Andrews &
Ingersoll, LLP
919 Market St., 12th Floor
Wilmington, DE 19801

David S. Fryman, Esq.
Farrah I. Gold, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

by mailing copies at the address shown above, postage prepaid on May __3__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
NOEL E. PRIMOS
Bar ID #3124
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

WDF:NEP:tcl