IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON, | * |
| Plaintiff, | * |
| v. | * C. A. No. 04-1450 (JJF) |
| WAL-MART STORES, INC., a Delaware corporation, | * TRIAL BY JURY DEMANDED |
| Defendant. | * |

## RE-NOTICE OF DEPOSITIONS

TO: William M. Kelleher, Esq.
Ballard, Spahr, Anders & Ingersoll, LLP
919 N. Market St., 17the Floor
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take oral depositions of the following individuals on **Wednesday, June 22, 2005**:

| | |
|---|---|
| Johnny Revis | 9:30 a.m. |
| Jeremy Stone | 11:00 a.m. |
| Deborah Kennedy | 1:30 p.m. |

The depositions will take place at the offices of Schmittinger & Rodriguez, P.A., 414 South State Street, Dover, DE 19901.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _William D. Fletcher, Jr._
William D. Fletcher, Jr., Esquire
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiffs

Dated: 5-5-05
WDF:tcl

cc: Cheryl Anthony