## CERTIFICATE OF SERVICE

I certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITIONS**
**(Johnny Revis, Jeremy Stone & Deborah Kennedy)**

to be served upon:

William M. Kelleher, Esq.
Ballard, Spahr, Anders & Ingersoll, LLP
919 N. Market St., 17the Floor
Wilmington, DE 19801

by mailing copies to address shown above, postage prepaid on _May 5_, 2005.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr., Esquire
Bar ID #362
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
302-674-0140
Attorneys for Plaintiffs

WDF:tcl