IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | No. 04-1450 |
| : | |
| WAL-MART STORES, INC. : | |
| : | |
| Defendant. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2005, I, William M. Kelleher, caused to be served a true and correct copy of Defendant Wal-Mart Stores, Inc.'s Revised Notice of Deposition, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

### VIA FIRST CLASS MAIL

William D. Fletcher, Jr., Esquire
Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19901

_____
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

OF COUNSEL:
David S. Fryman
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500