IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | |
| | * | |
| Plaintiff, | * | C. A. No. 04-1450 (JJF) |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| WAL-MART STORES, INC., | * | |
| a Delaware corporation, | * | |
| | * | |
| Defendant. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S AFFIDAVIT AS TO ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

to be served upon:

William M. Kelleher, Esq.
Ballard, Spahr, Andrews & Ingersoll
919 Market Street, 12th Floor
Wilmington, DE 19801

David S. Fryman, Esq.
Farrah I. Gold, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

by mailing copies at the addresses shown above, postage prepaid on May _12_, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar ID #362
414 South State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

DATED: 5.12.05
WDF:tcl