IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C. A. No. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| a Delaware corporation, | * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendant. | * | |

STATE OF DELAWARE   *
                    *   SS:
COUNTY OF KENT      *

BE IT REMEMBERED that on this __4th__ day of __May__, A.D. 2005, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, **Cassandra Johnson**, known to me personally to be such, and he did depose and say that the foregoing Answers to Interrogatories are true and correct to the best of her knowledge.

_____
CASSANDRA JOHNSON

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
Notary Public