Law Offices
**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**
919 NORTH MARKET STREET, 12TH FLOOR
WILMINGTON, DELAWARE 19801-3034
(302) 252-4465
FAX: (302) 252-4466
WWW.BALLARDSPAHR.COM

PHILADELPHIA, PA
BALTIMORE, MD
DENVER, CO
SALT LAKE CITY, UT
VOORHEES, NJ
WASHINGTON, DC

WILLIAM M. KELLEHER
DIRECT DIAL: 302-252-4460
PERSONAL FAX: 302-355-0723
KELLEHERW@BALLARDSPAHR.COM

May 24, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 North King Street
Lock Box 27
Wilmington, DE 19801

Re:   **Cassandra Johnson v. Wal-Mart Stores, Inc.**
      **No. 04-1450**

Dear Judge Farnan:

In response to Your Honor's May 5, 2005 letter ordering the parties to submit a joint scheduling order, attached hereto is the parties' jointly drafted scheduling order (with caption added).

Respectfully,

William M. Kelleher
(DE Bar #3961)

WMK/km
Attachment

cc:   David Fryman, Esquire
      Farrah Gold, Esquire
      Noel Primos, Esquire

DE_DOCS_A #4870 v2