IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON, | * |
| Plaintiff, | * |
| v. | * C. A. No. 04-1450 (JJF) |
| WAL-MART STORES, INC., a Delaware corporation, | * TRIAL BY JURY DEMANDED |
| Defendant. | * |

## NOTICE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

>William M. Kelleher, Esq.
>Ballard Spahr Andrews & Ingersoll, LLP
>919 Market St., 12th Floor
>Wilmington, DE 19801
>
>David S. Fryman, Esq.
>Farrah I. Gold, Esq.
>Ballard Spahr Andrews & Ingersoll, LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103-7599

by mailing copies at the address shown above, postage prepaid on May 26th, 2005.

>SCHMITTINGER & RODRIGUEZ, P.A.
>
>BY: _____
>NOEL E. PRIMOS
>Bar ID #3124
>414 South State Street
>P.O. Box 497
>Dover, DE 19903
>Attorneys for Plaintiff

WDF:NEP:tcl