IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | C. A. No. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| a Delaware corporation, | * | TRIAL BY JURY DEMANDED |
| | * | |
| Defendant. | * | |

### NOTICE OF SERVICE

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT**

to be served upon:

William M. Kelleher, Esq.          David S. Fryman, Esq.
Ballard Spahr Andrews &            Farrah I. Gold, Esq.
Ingersoll, LLP                     Ballard Spahr Andrews & Ingersoll, LLP
919 Market St., 12th Floor         1735 Market Street, 51st Floor
Wilmington, DE 19801               Philadelphia, PA 19103-7599

by mailing regular U.S. mail at the address listed above on __July 7__, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
Bar I.D. #362

BY: _____
NOEL E. PRIMOS
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

WDF:tcl