## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 04-1450 (JJF) |
| | : | |
| WAL-MART STORES, INC. | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2005, I, William M. Kelleher, caused to be served a true and correct copy of Defendant Wal-Mart Stores, Inc.'s Objections and Responses to Plaintiff's First Set of Interrogatories and Objections and Responses to Plaintiff's First Request for Production of Documents, as well as a copy of this Notice, upon the following counsel of record in the manner indicated:

### VIA FIRST CLASS MAIL

Noel Primos, Esquire
Schmittinger & Rodriguez
414 S. State Street
P.O. Box 497
Dover, DE 19903

/s/ William M. Kelleher
William M. Kelleher (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

Counsel for Defendant