IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CASSANDRA JOHNSON,            :
                              :
         Plaintiff,           :
                              :
   v.                         :   CIVIL ACTION
                              :   NO. 04-1450 (JJF)
WAL-MART STORES, INC.,        :
                              :
         Defendant.           :
                              :

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT WAL-MART STORES, INC.

Defendant Wal-Mart Stores, Inc., by its undersigned attorneys, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 56(c) for an order granting judgment in its favor and against plaintiff. The reasons for this motion are set forth in the accompanying Brief.

Respectfully submitted,

Dated:

William M. Kelleher (#3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor

Attorneys for Defendant
Wal-Mart Stores, Inc.

OF COUNSEL:
David S. Fryman
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500