IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 04-1450 (JJF) |
| WAL-MART STORES, INC., | : |
| Defendant. | : |

## ORDER

AND NOW, this ___ day of _____, 2005, upon consideration of the Motion for Summary Judgment of defendant Wal-Mart Stores, Inc. and plaintiff's response in opposition thereto, it is hereby ORDERED that defendant's motion is GRANTED and that JUDGMENT IS ENTERED in favor of defendant Wal-Mart Stores, Inc. and against plaintiff.

BY THE COURT:

_____
J.