## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire, hereby certify that on this date, I caused two

copies of the foregoing Motion of Defendant Wal-Mart Stores, Inc. for Summary Judgment to be

served as follows:

## BY FIRST CLASS MAIL

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
Dover, DE 19901

Dated:

_____
William M. Kelleher

(DE 3961)

DMEAST #9085017 v3