# EXHIBIT B

*Cassandra Johnson*



# Job Description
# Tire Cashier

Div.: 6
Dept.: 50
Job Code: 501

**General Responsibilities**

To assist the Members and support the club, you will:

- Practice the Three Basic Beliefs and the 10-Foot Rule.
- Provide Members with outstanding service through friendly, quick, efficient, accurate, and safe assistance with or without being asked.
- Successfully complete all required training.
- Ensure a safe and clean work environment.
- Follow loss prevention procedures.
- Maintain pricing and inventory integrity.
- Utilize job-specific procedures and tools when needed.
- Attend all required club meetings.
- Communicate with other Associates and Members.
- Follow and enforce all applicable Company, local, state, and federal guidelines.
- Perform the responsibilities of other positions as needed.
- Clean and organize the assigned area.
- Complete required paperwork and reports.
- Maintain records and logs.
- File maintenance for the assigned area.

**Position Responsibilities**

Primary position responsibilities and functions are listed below.

- Pick, Scan, Look, Box and Transfer merchandise.
- Learn, understand and properly utilize all equipment operations (register, scanner and scan gun, printer and debit machine, computer, Telxon).
- Perform proper procedures with damaged merchandise, merchandise left behind and supplies.
- Locate item numbers and prices.
- Sell Memberships, Credit and verify Membership cards.
- Sell merchandise and warranties.
- Respond to spills and accidents as they occur.
- Straighten merchandise, pull boxes and clean merchandise areas to make them attractive for Members.
- **At SAM'S CLUB, we work together as a team; therefore, additional responsibilities may be assigned throughout the store at anytime.**

Revised: March 2003; Notice: This description supercedes all prior descriptions.    Page 1 of 2

Wal-Mart-Johnson
01134

# Job Description
# Tire Cashier



Div.: 6
Dept.: 50
Job Code: 501

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualifications**
  * No previous experience is required for this position.
- **Counting and Math Skills**
  * Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
  * Must be able to write, read, and understand printed material and be able to communicate with both Members and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Scan tires, batteries and various other items.
- Accurately and efficiently make and count back change.
- Communicate effectively with Members and Associates.
- Accurately and effectively maintain filing system.
- Problem-solve Member concerns.
- Understand and effectively follow company procedures, company policies and laws on tire regulations and all restricted and controlled items.
- Frequent lifting of up to 25 lbs.
- Frequent pushing and pulling of carts and merchandise while processing an order, zoning merchandise and cleaning.
- Frequent gripping and grasping of merchandise.
- Sufficient hand coordination to pick up change or other small objects.
- Visually read and verify small print, such as letters and numbers from paper and computer screens.

I have read and I understand these responsibilities and requirements for this position, and certify that (mark one):

✓ **I have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

___ **I do not have the ability** to perform the essential functions of this position either with or without a reasonable accommodation.

Cassandra Johnson                    Cassandra Johnson                    01/29/03
Associate/Applicant Printed Name     Associate/Applicant Signature        Date

Revised: March 2003; Notice: This description supercedes all prior descriptions.          Page 2 of 2

Wal-Mart-Johnson
01135