# EXHIBIT C

Case 1:04-cv-01450-JJF    Document 30-4    Filed 10/31/2005    Page 1 of 3



# Job Description
# Tire Technician

Div.: 9
Dept.: 50
Job Code: 015

**General Responsibilities**

To assist the Members and support the club, you will:

- Practice the Three Basic Beliefs and the 10-Foot Rule.
- Provide Members with outstanding service through friendly, quick, efficient, accurate, and safe assistance with or without being asked.
- Successfully complete all required training.
- Ensure a safe and clean work environment.
- Follow loss prevention procedures.
- Maintain pricing and inventory integrity.
- Utilize job-specific procedures and tools when needed.
- Attend all required club meetings.
- Communicate with other Associates and Members.
- Follow and enforce all applicable Company, local, state, and federal guidelines.
- Perform the responsibilities of other positions as needed.
- Clean and organize the assigned area.
- Complete required paperwork and reports.
- Maintain records and logs.
- File maintenance for the assigned area.

**Position Responsibilities**

Primary position responsibilities and functions are listed below.

- Service vehicles.
- Sell Merchandise.
- Sell Memberships and Credit.
- Merchandise stocking and presentation.
- Utilize opening and closing procedures.
- Understand and maintain key and door controls.
- Learn, understand and properly utilize all equipment operations (tire changers, air tools, battery tester, computers, Telxon, pallet jack, tire balancers and air compressors.
- Perform proper procedures with damaged merchandise, merchandise left behind and supplies.
- Respond to spills and accidents as they occur.
- At SAM'S CLUB, we work together as a team; therefore, additional responsibilities may be assigned throughout the store at anytime.

Revised: July 2003; Notice: This description supercedes all prior descriptions.   Page 1 of 2



# Job Description
# Tire Technician

Div.: 6
Dept: 50
Job Code: 816

**Position Requirements**

Primary position requirements are listed below.

- **Experience and Qualifications**
  - No previous experience is required for this position.
  - Valid drivers license is required.
- **Counting and Math Skills**
  - Must be able to count whole numbers and decimals, add, subtract, multiply, and divide, and be able to use whole numbers, decimals and fractions.
- **Communication and Basic Writing and Reading**
  - Must be able to write, read, and understand printed material and be able to communicate with both Members and other Associates.

**Essential Functions**

Essential functions of this position are listed below.

- Service vehicles for tires and batteries.
- Learn and practice all safety requirements and policies.
- Prepare and stock merchandise.
- Provide all aspects of Member Service.
- Effectively communicate with Members and Associates.
- Problem-solve Member concerns.
- Understand and effectively follow company procedures, company policies and laws on tire regulations and all restricted and controlled items.
- Sufficient hand coordination to pick up merchandise, tools, hardware, papers and other small objects.
- Visually read and verify small print, such as letters and numbers from paper and computer screens.

I have read and I understand these responsibilities and requirements for this position, and certify that (mark one):

_____ I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____ I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |

Revised: July 2003; Notice: This description supercedes all prior descriptions.    Page 2 of 2