# EXHIBIT E



Wal-Mart-Johnson
00001



Sam and Bud Walton

Wal-Mart-Johnson
00002



Welcome to the Wal-Mart Family! When my brothers and sister and I were growing up, we always worked in Dad's stores — sweeping floors, carrying boxes, even running the ice cream machine. I remember feeling that all the Associates in the store were part of the family, always willing to pitch in and help each other. The Company has grown from just a handful of stores to over 4,000 stores today across the globe, but every day I still see examples of that "family attitude" we all shared back then. It is possible for a business as big as ours to keep that feeling of belonging, of working together to make a positive contribution to our communities and our country.

As we grow, one of the biggest challenges we face is "thinking small." We all need to pay attention to details that have made Wal-Mart such a success — keeping the aisles clean and the shelves stocked, thinking of new ways to display and merchandise items, and always giving our customers the very best service. But the most important thing we can do is to respect the talents and individuality of our fellow Associates. If we do all these things, if we consider ourselves as members of a wonderful extended family, there's no limit to what we can accomplish.

This is a very exciting period for our Associates, who literally have a world of opportunities within Wal-Mart to learn and grow. In South America, Asia, Europe, Mexico, and Canada, Wal-Mart is receiving rave reviews from millions of new customers who appreciate our customer service, great values, and the way we respect each other. In the United States, we will continue to post record results at our distribution centers, clubs, and stores. And it's all thanks to your hard work and dedication.

Let's go out there and do the very best we can, and take pride in the fact that we're all members of a family that really cares...the Wal-Mart Family.

Thanks for doing such a great job, always!



Rob Walton
Chairman of the Board, Wal-Mart Stores, Inc.

Wal-Mart-Johnson
00003

# Table of Contents

Welcome ....................................... 3

History ....................................... 4

Respect for the Individual ...... 6
Servant Leadership ........................... 7
Open Door .................................... 7
Union Philosophy ............................. 8
Information Sharing .......................... 8
Wal-Mart Today .............................. 9
Wal-Mart Television .......................... 9
Grass Roots ................................. 10

Service to Our Customers .. 11
The Customer is the Real Boss ....... 11
Satisfaction Guaranteed .................... 11
The Sundown Rule ........................... 12
Meet 'Em & Greet 'Em ..................... 12
We're Merchants First ..................... 12
Every Day Low Price ....................... 13
VPI Program ................................ 14
S.W.A.S. ................................... 14

Strive for Excellence ............ 15
Honesty .................................... 15
Company Property ........................... 15
Shrinkage Control .......................... 15
Preventing Shrinkage ....................... 16
Expense Control ............................ 16
Preventing Accidents ....................... 16
Protecting Our Assets ...................... 17
Idea Generators ............................ 17
It IS My Job! .............................. 18
Be Successful .............................. 18

Promotions & Transfers ..................... 18
Performance Appraisals ..................... 19
Training ................................... 19
The Walton Institute ....................... 20
Computer Based Learning .................... 20

General Rules .................... 21

Separation of Employment ... 22

Wal-Mart/SAM'S Club
Work Rules ...................... 22

Policies and Procedures ...... 23
Attendance ................................. 23
Coaching ................................... 23
Drug-Free .................................. 23
Fraternization ............................. 24
Gifts and Gratuities ....................... 24
Harassment and
Inappropriate Conduct ...................... 24
Employment of Relatives .................... 25
Identification Badges ...................... 25
Managing Your Time ......................... 25
Meal and Break Periods ..................... 26
Personal Finances .......................... 26
Smoking .................................... 26
Statement of Ethics ........................ 26
Transfers .................................. 27
Work Attire ................................ 27
Work Time .................................. 27
Workplace Violence ......................... 28

Benefits .......................... 29
Profit Sharing Plan ........................ 29
401(k) Plan ................................ 29
Associate Stock Ownership Plan ............. 30
Full-Time Associate Benefits ............... 31
Peak-Time Associate Benefits ............... 31
Temporary Associate Benefits ............... 31

Community Service ............... 32
United Way ................................. 32
Children's Miracle Network ................. 32
Environment ................................ 32
Volunteerism Always Pays ................... 33
Associate Matching Gift .................... 33
Scholarship Program ........................ 34
Store Level Grants to Our Communities ..... 34
Missing Children's Network ................. 34

SAM'S Club Division ......... 35

Logistics Division .............. 38

Wal-Mart
International Division ........... 41

Wal-Mart Claims Office ......... 43

Family Medical Leave Act ...... 44

Acknowledgment ............... 47

# Table of Contents

Welcome ....................................... 3

History ....................................... 4

Respect for the Individual ...... 6
Servant Leadership ........................... 7
Open Door .................................... 7
Union Philosophy ............................. 8
Information Sharing .......................... 8
Wal-Mart Today .............................. 9
Wal-Mart Television .......................... 9
Grass Roots ................................. 10

Service to Our Customers .. 11
The Customer is the Real Boss ....... 11
Satisfaction Guaranteed .................... 11
The Sundown Rule ........................... 12
Meet 'Em & Greet 'Em ..................... 12
We're Merchants First ..................... 12
Every Day Low Price ....................... 13
VPI Program ................................ 14
S.W.A.S. ................................... 14

Strive for Excellence ............ 15
Honesty .................................... 15
Company Property ........................... 15
Shrinkage Control .......................... 15
Preventing Shrinkage ....................... 16
Expense Control ............................ 16
Preventing Accidents ....................... 16
Protecting Our Assets ...................... 17
Idea Generators ............................ 17
It IS My Job! .............................. 18
Be Successful .............................. 18

Promotions & Transfers ..................... 18
Performance Appraisals ..................... 19
Training ................................... 19
The Walton Institute ....................... 20
Computer Based Learning .................... 20

General Rules .................... 21

Separation of Employment ... 22

Wal-Mart/SAM'S Club
Work Rules ...................... 22

Policies and Procedures ...... 23
Attendance ................................. 23
Coaching ................................... 23
Drug-Free .................................. 23
Fraternization ............................. 24
Gifts and Gratuities ....................... 24
Harassment and
Inappropriate Conduct ...................... 24
Employment of Relatives .................... 25
Identification Badges ...................... 25
Managing Your Time ......................... 25
Meal and Break Periods ..................... 26
Personal Finances .......................... 26
Smoking .................................... 26
Statement of Ethics ........................ 26
Transfers .................................. 27
Work Attire ................................ 27
Work Time .................................. 27
Workplace Violence ......................... 28

Benefits .......................... 29
Profit Sharing Plan ........................ 29
401(k) Plan ................................ 29
Associate Stock Ownership Plan ............. 30
Full-Time Associate Benefits ............... 31
Peak-Time Associate Benefits ............... 31
Temporary Associate Benefits ............... 31

Community Service ............... 32
United Way ................................. 32
Children's Miracle Network ................. 32
Environment ................................ 32
Volunteerism Always Pays ................... 33
Associate Matching Gift .................... 33
Scholarship Program ........................ 34
Store Level Grants to Our Communities ..... 34
Missing Children's Network ................. 34

SAM'S Club Division ......... 35

Logistics Division .............. 38

Wal-Mart
International Division ........... 41

Wal-Mart Claims Office ......... 43

Family Medical Leave Act ...... 44

Acknowledgment ............... 47

Wal-Mart–Johnson
00004

# "OUR LEGACY IS THAT OF BEING UNIQUE–SWIMMING UPSTREAM; DOING THINGS OTHERS THINK IMPOSSIBLE."



*Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*



As an Associate of Wal-Mart Stores, Inc, you should take pride in working with our nation's largest and most successful retailer. We employ people from all walks of life, from every educational level — people who have many different talents and ambitions.

Our founder, Sam Walton, along with family and Associates, proved that people can make a difference. If you have a vision, with dedication and hard work you can realize your greatest dreams. Whatever your goals may be, you have an excellent opportunity to achieve them at Wal-Mart. We encourage you to stay and grow with us.

Our Company is not just bricks and mortar, cash registers and signs — it's people working together to serve our customers and each other. That is our philosophy. And while our Company today hardly resembles our first small store in Rogers, Arkansas, our early values remain with us.

Wal-Mart has been successful because we have been willing to change the way we do things. We are constantly seeking new ways to better serve our customers and each other. This handbook is a guide, not a legal contract. It is an introduction to

our Company culture. No handbook can cover everything, we encourage you to ask many questions. The rules and policies in this handbook may change. Remember, in the midst of a constantly changing world, our Company values remain the same.

As you read your handbook, be aware of the values our founder helped instill in all of us, Sam Walton called them our Three Basic Beliefs:

1. Respect for the Individual
2. Service to our Customers
3. Strive for Excellence

These basic beliefs are the structure for our handbook. As you read about each belief, think about how you can apply it to your work.

As a Wal-Mart Associate, you are what people will remember about Wal-Mart Stores, Inc. And you are the reason our customers will choose to come back. If you truly love what you do, you'll be out there every day trying to do the best you can. And when you demonstrate this passion, a really incredible thing happens; others will catch the passion from you.

At Wal-Mart, we strive for success in all areas. We are driven to be the best we can be. Personal success is measured on an individual basis. The only thing we know for sure is that your success begins with expecting great things from yourself.

We're glad you've joined the Wal-Mart team, and we look forward to the difference you will make. By challenging yourself a little more every day, you will continue to grow and become more valuable as an Associate.

Wal-Mart-Johnson 00005

"I HAD NO VISION OF THE SCOPE OF WHAT I WOULD START. BUT I HAD CONFIDENCE THAT AS LONG AS WE DID OUR WORK WELL AND VERY GOOD TO OUR CUSTOMERS, THERE WOULD BE NO LIMIT TO US."

— Sam Walton —

Today's Wal-Mart facilities are still driven by the Three Basic Beliefs that drove our very first store. In this handbook, you will find many quotes and references to Sam Walton. Mr. Sam left a legacy with us, his ideas and ethics providing a timeless recipe for success.

Wal-Mart has achieved its present success because of a history of never being satisfied with the way things are. Our Company is a visionary Company that learns from and cherishes its past, but does not live in it. Here are a few brief highlights of the greatest retail Company ever! These highlights are intended to show you how Mr. Sam's vision from a few years ago has grown — a vision that now includes you as a new Associate.

The 1950s and '60s allowed Sam Walton to prove that large discount operations can succeed in small towns.

In the 1970s, Wal-Mart opened its first Distribution Center and Home Office, a 72,000 square-foot complex in Bentonville, Arkansas. Today, the Home Office totals over 700,000 square feet, and the Company's Distribution Centers average 1.2 million square feet.





1950   Walton's 5-10 opened in Bentonville, Arkansas.

1962   First Wal-Mart Store opened in Rogers, Arkansas.






1970   Wal-Mart became a public company entering the world of Wall Street. Our 32 Wal-Mart Stores had sales of $31 million.

At left, Sam Walton is flanked by two exchange officials as our symbol "WMT" on the board behind shows opening price of $33 per share.

1972   Profit Sharing Plan implemented to give Associates an opportunity to share in the profitability of our Company.

1978   The Wal-Mart opened pharmacy, auto service center, jewelry and shoe divisions began operations. The Jim Raymond Distribution Center's Distribution Office opened in Searcy, Arkansas.

Wal-Mart–Johnson
00006



"THIS THING WE'VE GOT GOING WITH OUR COMPANY AND OUR PEOPLE IS SO GRATIFYING TO ME THAT I FIND IT VERY EASY TO BE ENTHUSIASTIC ABOUT OUR FUTURE AND TO BE OPTIMISTIC ABOUT WHAT WE CAN ACCOMPLISH TOGETHER."
— Sam Walton

The 1980s were the decade of new ventures. During this decade, SAM'S Clubs and Wal-Mart Supercenters became permanent divisions of our Company.

The 1990s continued to offer a bright future with no limits.

*Shortly before his death, Mr. Sam received the Presidential Medal of Freedom from President George Bush.*

Wal-Mart-Johnson 00007

> "THE UNDENIABLE CORNERSTONE OF WAL-MART'S SUCCESS CAN BE TRACED BACK TO OUR STRONG BELIEF IN THE DIGNITY OF EACH INDIVIDUAL. WE VIEW OUR ASSOCIATES AS MUCH MORE THAN A PAIR OF HANDS TO DO A JOB, BUT ALSO AS A WONDERFUL SOURCE OF NEW IDEAS. OUR PEOPLE REALLY DO MAKE A DIFFERENCE!"
>
> — Don Soderquist, Senior Vice Chairman (Retired), Wal-Mart Stores, Inc.



Our Company has been built on some very simple and basic values and beliefs. One of the main foundations of our people philosophy is that our people make the difference. This belief carries over to everything we do.

We use first names at Wal-Mart. This helps promote the warm, friendly atmosphere our customers and Associates have come to expect, and provides a pleasant working environment for all of us. Wal-Mart believes that its Associates should reflect the diversity of the customers and communities it serves. To be competitive, Wal-Mart must attract and retain a diverse work force.

Wal-Mart is fully committed to complying with applicable equal employment opportunity laws.

It is the policy of Wal-Mart to provide recruitment, hiring, training, promotion, and other conditions of employment without regard to race, color, age, gender, religion, disability, national origin, or veteran status.

Wal-Mart expects its Associates to treat their colleagues and subordinates with respect and dignity and to fully support Wal-Mart's objectives of providing equal opportunity employment and maintaining a workplace free of harassment of any kind.

Our commitment to equal opportunity for all Associates is reinforced by policy and by actions. We do not tolerate discrimination of any kind. Not only is discrimination against our beliefs, it's against the law.

You may have worked for companies where supervisors and managers were "bosses". Here, your supervisor or manager is your coach. They are here to help by assisting you with training and resolving issues that affect your job.

Our Managers have been selected and trained in the technical aspects of their job. They are also accustomed to working with general management and people issues. They know the business and know the value of open communication. The caliber of our Management team is respected throughout the industry.

Respect for the Individual

Wal-Mart-Johnson
00008



## IF YOU WANT A SUCCESSFUL BUSINESS, YOUR PEOPLE MUST FEEL THAT YOU ARE WORKING FOR THEM — NOT THAT THEY ARE WORKING FOR YOU.
— Sam Walton

### Servant Leadership

Our founder, Sam Walton, taught us that effective leaders do not lead from behind their desks. Our leaders are out on the floor with you. Whether you are in a Store, Club, Distribution Center, or one of our other facilities, your Supervisor is out there with you. Some Management Associates based out of the Home Office travel extensively in the field so they stay in touch with our business. Expect to see these Associates and feel free to ask them questions, because they are there to serve you.

People at Wal-Mart are known for their listening skills. Because we teach people to listen, we are able to react to each other's ideas and needs. We encourage you to talk to your Supervisor about issues affecting you. He or she wants to hear your comments, ideas, and concerns.

Approach your Supervisor because you have ideas that we want to hear. Wal-Mart believes we should provide leadership that serves each Associate. Your Supervisor is there to guide, support, encourage, and provide

opportunities for every Associate to be successful. These principles are known as Servant Leadership.

Servant Leadership has long been a part of Wal-Mart. Our Company was founded by one of the greatest Servant Leaders of all: Sam Walton. Sam taught his Management team to visualize an upside-down pyramid. The Manager is at the bottom of the pyramid supporting and maintaining a balance for the rest of the pyramid.

### Everyone is a Servant Leader

You don't have to be a member of the Management team to practice Servant Leadership. Every Associate can be a Servant Leader. Here are some simple but effective examples: you can assist fellow Associates with their work, help make decisions at meetings, volunteer for fund-raisers or safety committees. By doing this, it will not only help fellow Associates and the Company, but will also develop your leadership skills.

### Open Door

Our Open Door Policy says that if you have an idea or a problem, you should go to your Supervisor to talk about it without fear of retaliation. Faster resolution may occur when the Associate goes through the immediate Supervisor first. However, if the Associate feels the Supervisor is the source of the problem, or if the problem has not been addressed satisfactorily, the Associate may go to any level of management in the Company. Remember, while the Open Door promises that you will be heard, it cannot promise that your opinion will always prevail. Any suppression of, or retaliation for using the Open Door Policy by a Supervisory Associate may result in disciplinary action, up to and including termination.

Wal-Mart-Johnson
00009

## COMMUNICATE EVERYTHING YOU CAN TO YOUR ASSOCIATES. THE MORE THEY KNOW, THE MORE THEY'LL CARE. ONCE THEY CARE, THERE'S NO STOPPING THEM.

*—Sam Walton*

### Union Philosophy

Wal-Mart is strongly opposed to third party representation. We are not anti-union; we are pro-Associate. We believe in maintaining an environment of open communication between all Associates. At Wal-Mart, we respect the individual rights of our Associates and encourage everyone to express their ideas, suggestions, comments, or concerns. Because we believe in maintaining an environment of open communications through the use of the Open Door, we do not believe there is a need for third party

representation. It is our position that every Associate can speak for him/herself without having to pay a union in order to be listened to and have issues resolved.

### Information Sharing

Our practice of information sharing sets us apart not only from our competition, but also from most other businesses. Wal-Mart has always believed we can work smarter if we all understand our Company's goals and how well we are meeting those goals. Sharing information helps all of us work together to keep our Company moving in the right direction.

For example, most Associates understand our sales goals and how each job impacts our achievement of those goals. We probably share more sales information with our Associates than any other retailer shares with their employees. This is just one example of our trust in each other. Along with the information comes a

responsibility to keep it within our Company. Much of the information we share regarding profit margin, future plans, sales, and shrinkage is confidential. It is up to every one of us to protect our competitive edge by keeping this information within our Company. Therefore, we consider it a violation of Company policy if you disclose confidential information to someone outside the Company, even a family member. Even something as simple as our intercom codes regarding shoplifters is valuable information that must be kept within our Company.

Communication is an important part of our success. We believe our Associates will enjoy their jobs more and work smarter if they understand our Company's goals. It's also important that each Associate has a way to tell others about their ideas. On the next few pages, we have listed some of the ways we communicate with each other.



Wal-Mart-Johnson
00010



"YOU CAN'T JUST KEEP DOING WHAT WORKS ONE TIME, EVERYTHING AROUND YOU IS CHANGING. TO SUCCEED, STAY OUT IN FRONT OF CHANGE."

— Sam Walton

### Wal-Mart Today

Our first Company newsletter was published in 1970. Shortly thereafter, it was named *Wal-Mart World* as a result of an Associate contest. For 23 years it kept that name and evolved as a communication source focused on Associates and Company news. In 1993, it was renamed *Wal-Mart Today*. It reflects our growing Company as well as the changing retail industry. We currently have three Company publications:



• *Wal-Mart Today* is published monthly for all Associates in all divisions. This publication supports our commitment to reporting Company news, perpetuating our culture, educating, motivating, and providing recognition for our Associates' outstanding deeds.



Over 200 articles are received every month from Associates throughout our Company who report what is happening in our facilities around the world. The addresses for sending in your articles are listed in every issue of *Wal-Mart Today*.

• *The Wal-Mart Pipeline* is a web-based information tool. It is sometimes referred to as Wal-Mart's Intranet (internal internet). It is a navigable site that allows our associates to move through different types of information by simply following the links provided. The content includes policies and procedures, on-line forms, departmental corporate information. Please contact your personnel manager to see where Pipeline is available in your facility.

### Wal-Mart Television

Our Company began satellite television broadcasts in January 1988. This private network was established to provide visual communication to all of our Stores, Supercenters, Clubs, Distribution Centers, and Transportation Operations.

Programming consists of merchandise information, sales reports, training and development, corporate updates, and general interest Company news.

Today, Wal-Mart Television is one of the largest private satellite networks in the world. In addition to the daily satellite broadcasts, we produce other programming that is delivered to our facilities on videotape. We also produce multimedia for Computer Based Learning modules and provide audio/visual support for numerous corporate meetings throughout the country.



Wal-Mart-Johnson
00011

"WE CAN DO WHAT WE KNOW. THE MORE WE KNOW, THE MORE WE CAN DO.
TALK TO ASSOCIATES. TALK TO EACH OTHER. LEARN AND TEACH."

*Tom Coughlin*
*President and C.E.O. of /Wal-Mart Stores, Sam's Club, and U.S.A.*
*Wal-Mart Stores Division*

### Grass Roots

Each year, all Associates from all areas of our Company gather to talk openly about ideas and concerns. These Grass Roots meetings provide our Associates with a forum to discuss issues they believe are important. While we encourage Associates to use the Open Door at any time, Grass Roots allows for all our Associates to meet collectively.

During the meeting, your ideas and concerns are addressed, and your management team will answer your questions. You will also complete a confidential survey during the Grass Roots process. You should express yourself freely and feel confident that your questions and comments will never be used against you.

All Associates attend Grass Roots meetings. If additional information is needed to address your issue or concern, it is management's responsibility to follow up and get back to you with an answer. Additionally, results from your Grass Roots surveys are shared with

company leaders to ensure that your concerns are heard at all levels.

Many divisions have mini Grass Roots meetings throughout the year. This encourages management and all Associates to keep the lines of communication open all year and not just during the yearly Grass Roots survey. These meetings support the basic belief of respect for the individual and the belief that our

Associates provide the best ideas for our Company's future growth and success.



Wal-Mart-Johnson
00012

IMPROVEMENTS IN PRODUCT TECHNOLOGY HAVE GREATLY IMPROVED OUR ASSOCIATES' PRODUCTIVITY AND EFFICIENCY AT STORE LEVEL."

— *Don Harris*
*Executive Vice President of Operations*
*Wal-Mart Stores Division*

Sam Walton said many times that customer service distinguishes our Company from all others. In his words, "Give customers what they want — and a little more. Let them know you appreciate them. Make good on all your mistakes, and don't make excuses – apologize. Stand behind everything you do. The two most important words I ever wrote were on the first Wal-Mart sign – 'Satisfaction Guaranteed.'"

### The Customer is the Real Boss

Each one of us represents Wal-Mart to our customers. Without our customers, we would not be in business. Occasionally, you may encounter a dissatisfied customer — remember this customer is just as important to us as the satisfied customer.

We don't want any customer to leave our store or club dissatisfied. Consistently exceeding our customers' expectations is what puts us on top. If you need help with an unhappy customer, it is okay to ask your supervisor for assistance.

### Satisfaction Guaranteed

Simply stated, this means doing everything we can to please the customer. Repair, exchange, or refund with a thank-you and a smile. Customers are our livelihood. Your job is to make them feel like they are the most important part of our business by meeting their needs and exceeding their expectations. A customer is not just the person who shops in our stores, but is everyone you come in contact with. If the phone rings — it's a customer. If you receive a letter — it's a customer. If fellow Associates ask you for help — remember that they are also your customers.



*All Associates should give the customers what they want. Merchandise. In fact, the customers are the reason for our Company. And they can do us the simple courtesy of taking their money elsewhere, if they aren't happy with the service or prices in our stores. The real key to our success lies in our ability to please the customer. "Our boss." They will support a great company, and help us thrive, or they can, literally, put us out of business. If we provide them 100% satisfaction every day.*

*Sam Walton*
*The Best Good*

Wal-Mart-Johnson
00013

# EXCEED YOUR CUSTOMERS' EXPECTATIONS. IF YOU DO, THEY'LL COME BACK OVER AND OVER. GIVE THEM WHAT THEY WANT, AND A LITTLE MORE.

*Sam Walton*

## The Sundown Rule

This rule says that all Associates should respond to calls from customers, Stores, or Clubs by sundown of the day they are received. This is just one example of our commitment to friendly customer service. Responding quickly to customers shows that you care. You won't always solve every problem or complete every task before sundown, but by keeping your customers informed you demonstrate one of the foundations of our Company — that we care.

## Meet, Him and Greet 'Em

One way of meeting your customers' needs and exceeding their



expectations is practicing aggressive hospitality or "meet 'em and greet 'em." For example, if a customer asks you where a product is:

- Meet the customers' needs by showing them where the department is.
- Exceed their expectations by taking them to the product.

Make customers feel welcome — smile, look them in the eye, and greet everyone who comes within ten feet of you. This is called the "10-Foot Attitude." If at all possible, call the customer by name.

The People Greeter program is one example of Wal-Mart's aggressive hospitality that started a trend. The People Greeter has the unique responsibility of meeting and welcoming customers as they enter Wal-Mart facilities. The People Greeter has many responsibilities, including the job of handing out shopping carts and smiles, and letting our customers know we're glad they came to Wal-Mart.

## We're Merchants First

We are in business to sell merchandise. Merchandising products to our customers is what we are all about. These guidelines can help us maintain that focus.

- We must have what our customers want.
- Our merchandise has to be the quality that they demand.
- We must have the sizes and styles our customers need.
- We must have the quantities they want.
- We must understand the features and benefits of each product.
- We have to offer a better value, on the same or similar products, than any of our competitors.

You have to make customers feel good about the products they buy and the values they take home. As David Glass said, "So many times we over-complicate this business. But if you simply think like a customer, you will do a better job of merchandise presentation and selection than any other way."

Wal-Mart-Johnson
00014



Wal-Mart-Johnson
00015

"IF WE DEVELOP OUR ASSISTANT MANAGERS AND OUR
DEPARTMENT MANAGERS, THERE IS NOTHING WE CAN'T DO TO TAKE
BUSINESS AWAY FROM OUR COMPETITORS."

*Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*

Every Day Low Price
(EDLP)

"Every" and "Day" are two words...but there's nothing everyday about this strategy. First and foremost, EDLP is an economic strategy. It means we work hard to keep our expenses lower than our competitors so that we can afford to sell for less. At Wal-Mart, our customers get our best price every day, not just during sales. Every Associate contributes to EDLP. The process of keeping costs low, improving productivity through self-improvement, and contributing ideas makes it possible for us to lower or "roll back" our prices regularly.

As a result of practicing EDLP, customers recognize that Wal-Mart's prices are lower so they shop at Wal-Mart more often. EDLP is a responsibility and an opportunity for each Wal-Mart Associate. EDLP is what we do for our customers.

"IF WE TRULY DEDICATE OURSELVES TO INSTILL THAT THRILL OF MERCHANDISING — THE THRILL OF BUYING AND SELLING SOMETHING AT A PROFIT — INTO EVERY ONE OF OUR ASSOCIATES, NOTHING CAN EVER STOP US."

*Sam Walton*

### VPI/GPI Program

Retailing is a lot more than just putting merchandise on a shelf with the hope that it will sell. It's all about being a merchant. Sam Walton discovered early in his retail career that his efforts to feature and promote merchandise made a huge difference in sales.

Sam had a vision that every Associate would learn to be a merchant and that each would learn merchandising to improve the sales rate of items. To teach this concept, Sam developed the VPI/GPI Program. VPI stands for Volume Producing Item in Wal-Mart and GPI stands for Gross Profit Item in SAM'S Club. These programs exist to teach us merchandising. Sam expected that every Associate would choose an item that had under-developed potential, feature that item prominently, and demonstrate to customers the value and importance of the item. Sam found that every time an Associate did this, sales of the item improved dramatically.

### Store Within A Store (S.W.A.S.)

"We call it Store Within A Store, and it's the simplest idea in the world." (From "Sam Walton: Made in America.") This is one of the greatest examples of true empowerment.



Wal-Mart is a huge Company. A Company this size could not run efficiently and effectively if the authority to make decisions rested only with the upper levels of management. The "Store Within A Store" concept helps shrink Wal-Mart down to size — we can concentrate on running the Company one department at a time.

In "Store Within A Store" or "Club Within A Club," Department Managers manage their own business. Department Managers learn the costs of their goods, the freight cost, and the profit margins. They see how their store ranks with every other store in their Division. They order and promote their merchandise.

This is a unique approach to retailing and to most other businesses. No formal education is required to become a Department Manager or to run a "Store Within A Store." The only thing required is a zest for learning and the willingness to use the power given to you to the best of your ability.



Wal-Mart-Johnson
00016