"YOUR OBLIGATION IS TO CONTRIBUTE TO OUR HISTORY."

*- David Glass*
*Chairman of the Executive Committee of the Board of Directors*
*Wal-Mart Stores, Inc.*

Wal-Mart takes great pride in having an outstanding business reputation. As an Associate, you enjoy the same reputation for honesty and integrity as our Company does. You are expected to live up to high standards of personal integrity.

### Honesty

Wal-Mart's reputation for honesty is one of our greatest assets. Likewise, your reputation for honesty is one of your greatest assets. Always conduct yourself in a professional manner and use good judgment in your actions and dealings with others.

Dishonesty in any form will not be tolerated and may result in disciplinary action, up to and including termination. It is everyone's responsibility to protect our Company's assets; it's your duty to let a member of the Management team know if you have reason to believe someone is dishonest.



David Glass, Chairman of the Executive Committee of the Board of Directors

In a retail environment, taking anything, large or small, is dishonest. For example, eating candy from a broken bag without paying for it is dishonest. You should always conduct yourself in a manner that will leave no doubt as to your honesty. If you have any question about what action you should take, check with your Manager.

### Company Property

We will provide you with the supplies and materials needed to perform your job. All Company supplies, property, and facilities should be used for Company business only and should not be used for personal gain. Always use Company supplies and property conservatively and with respect. When you leave work at the end of your shift, all Company property (except items like your smock/vest, name badge, etc.) must remain in the facility.

### Shrinkage Control

Shrinkage is merchandise or dollars that can't be accounted for. Shrinkage includes shoplifting. Wal-Mart takes a very serious view of shoplifting and will prosecute, to the fullest extent of the law, anyone caught shoplifting. In addition to shoplifting, shrinkage occurs because of pricing errors, mishandled paperwork, mis-rings on the register, and simple counting errors. Money lost due to shrinkage comes straight out of our Company's profits and takes money out of your Profit Sharing account. It is everyone's responsibility to help stop shrinkage.

"GREAT PERFORMERS ARE RECOGNIZED AND GIVEN OPPORTUNITIES TO GROW AND CONTRIBUTE BEYOND THEIR EXPECTATIONS."

*- Celia M. Swanson*
*Executive Vice President-Membership, Marketing and Administration*
*SAM'S Club*

### What You Can Do To Prevent Shrinkage

It pays to focus on controlling our shrinkage. Working together, we can eliminate shrinkage in everyone's area.

Follow these guidelines to help stop shrinkage:

- Help others to be honest by setting the example.
- Pay attention to details in following operational controls.
- Properly check-in merchandise and returns. Are we getting what we paid for?
- Serve our customers attentively. Look them in the eye and greet them whenever you're within ten feet of them.
- Try to do things right the first time. Paperwork errors cause a lot of our shrinkage. All of us who mark merchandise, take markdowns, and process invoices can help eliminate shrinkage.

Everyone works to keep our operating costs down so that we can consistently offer our customers lower prices. Cost-cutting ideas that are big money-savers by themselves, combined with hundreds of little cost-cutting ideas, drive our operating costs lower than our competitors.

### Expense Control

Our most important commitment to our customers is to offer low prices — always. We can do this because we strongly believe in keeping our operating costs down. The more expenses we control, the more we can cut prices and stay ahead of our competition.

Controlling expenses is a way of doing business that Sam Walton began perfecting with his first store, a Ben Franklin franchise store, in Newport, Arkansas. He discovered that by dropping prices on an item, he sold more of that item. The store made less money on each item, but more money overall.

Sam learned the art of discount pricing. He also learned that a key to discount pricing was controlling expenses. Sam wanted to be a leader of discount pricing, so this in turn meant that Wal-Mart would be a leader in controlling expenses.

### What You Can Do To Prevent Accidents

We must take every precaution to prevent accidents. You must take responsibility for your safety and for the safety of our customers. The key is consistent use of safe work practices. Here are some tips to help you have a successful and safe career with Wal-Mart, and to help you protect our customers:

- Stack merchandise in a stable manner so it won't fall.
- Protect your back by wearing a back support when you move merchandise and always practice good lifting techniques.
- Clean up any spill immediately so nobody slips.
- Help prevent falls — be alert for tripping hazards such as hangers on the floor, or even paper clips.
- Keep aisles and exits clear of boxes, merchandise, and unattended ladders to minimize hazards on the sales floor and in the stockrooms.

"TO PUSH RESPONSIBILITY DOWN IN YOUR ORGANIZATION, AND TO FORCE GOOD IDEAS TO BUBBLE UP WITHIN IT, YOU MUST LISTEN TO WHAT YOUR ASSOCIATES ARE TRYING TO TELL YOU." — *Sam Walton*





If we work together to fix recognized hazards and use safe work practices, we'll help eliminate accidents, ensure your well-being, help our customers enjoy a pleasant, safe shopping experience, and control a major source of expense to our Company. Wal-Mart is committed to maintaining a safe working environment for our Associates and a safe shopping environment for our customers and members. By giving daily attention to identifying and controlling areas of risk, every Associate can help live up to our commitment.

Following established procedures to help minimize losses is important to you, to our customers, and to our vendors — it's just as important as providing value, quality and service. Your personal pledge to make Wal-Mart a safe place, and encouraging other Associates to do the same, is one of the most important pledges you can make. Safe work practices are everyone's responsibility.

### *Protecting our Assets*

In addition to our customers, Wal-Mart has two very important assets — our People and our Products.

Wal-Mart is committed to protecting our assets. Shrinkage and accident costs are expenses that can be controlled through proper work practices and careful attention to detail. By controlling these expenses, we can continue to sell merchandise to our customers at low prices while protecting your well being. With your help we can maintain our status as the industry leader in approaches to controlling shrinkage and preventing accidents.

### *Idea Generators*

Idea Generators come in all shapes and sizes. Sam Walton once said, "Listen to our Associates, they are our best idea generators." You can approach your supervisor with your ideas for improving your facility's operations.

We encourage you to contribute your money-saving ideas wherever and whenever you can. These ideas have allowed us to save millions of dollars. In addition to saving money, generating new ideas can also increase our levels of customer service.

The story of the first People Greeter is a classic example of Associate empowerment. The position was not created, as most people believe, by Sam Walton. It was created by an Associate in Crowley, Louisiana. Sam Walton and Tom Coughlin stumbled upon the first People Greeter in 1980. After Sam talked with the Store Manager and the People Greeter, he returned to the Home Office with what he thought was one of the greatest ideas he had ever heard.

"SAM WALTON LEFT US A LEGACY. HE CREATED A COMPANY WITH AN ENVIRONMENT THAT ENCOURAGES US TO BE OVERACHIEVERS."

*—Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*

Sam took the idea from the Associate and built a position that has become a trademark symbolizing customer service for Wal-Mart.

The important position of a People Greeter would not have existed in all our stores if Sam Walton did not truly believe that the best ideas for our Company come from Associates at all levels of the Company. The success of our Company depends on you and your ideas. You have the power to take your ideas as far as they can go! Not all ideas can be used, but every idea will receive consideration. Always explore ideas, and always think of new and better ways to do business — because you have the power.

### It Is My Job!

This phrase is seldom heard in other workplaces. You are probably accustomed to hearing "It isn't my job." Here you have the authority to make sure the customer receives the best service and the best value.

That means if you can improve your facility by doing something outside of your department — you can! You can by sharing your ideas and working together. It is your job to make sure our customers get great value, selection, and courteous service in a clean, safe environment.

### Be Successful

You have countless opportunities to succeed. Some of the key ingredients for success at your job are listening, learning, and always doing your best. Set high expectations for yourself and work toward those goals. Share your ideas, and know you work for a Company that enables you to make decisions and to succeed.

Who knows? You may hold the next "People Greeter" idea for Wal-Mart!



### Promotions and Transfers

Servant Leadership principles are evident in our record of promoting hourly Associates to the Management team. Approximately 60% of our Management team began their careers as hourly Associates. This figure reflects our belief in serving Associates by encouraging them and providing the tools necessary to develop their careers in our Wal-Mart family. If you are interested in the opportunity to be promoted, the first step is to speak to your facility Manager.

During your career with Wal-Mart, you may be cross-trained in other departments in your facility. This will challenge you in new areas and help you be a well-rounded Associate. We also allow transfers between divisions. Associates transfer from one division to another to take advantage of different opportunities as they become available. While you may desire a transfer at some point in your career, please keep in mind that there must be a position available and you must be the most qualified for the position. Other guidelines apply, so please visit with your Manager if you're interested in other opportunities.

"RETAILING IS LIKE A SPORT. IT IS VERY COMPETITIVE, LIKE SPORTS, IT IS A LOT MORE FUN WHEN YOU KEEP SCORE, AND YOU CAN SEE THE PROGRESS THAT YOU ARE MAKING."

*- Mike Duke*
*Executive Vice President of Administration*
*Wal-Mart Stores, Inc.*

## Performance Appraisals

Our performance appraisal program is designed to establish goals, appraise an Associate's performance, increase productivity, and make development/training plans. Future pay increases are generally based on performance. The frequency of pay increases will be determined by the guidelines of the division in which you work.

The performance appraisal becomes a part of your personnel file. It is a record of strengths and areas of improvement, a tool by which your progress is measured. Discuss all aspects of your performance appraisal openly with your Manager.



## Training

We support Associates by providing training to enhance their success with our Company. We believe training is an important part of understanding your job responsibilities. Your training will consist of formal and on-the-job training. It's your responsibility to listen, ask questions, learn, and apply what you've learned.

In our business, there is constant change. We must be able to adjust to meet our business needs. Because of this, your education doesn't stop with your initial job training. You will receive updates as new policies and procedures are implemented. If you are ever uncertain about how to handle a situation, please ask your Manager.

During your career with Wal-Mart, you will continue to receive training and coaching, both formal and informal. Your training will consist of both technical training and customer skills training. Your division will provide the training, but should you encounter a situation you don't know how to handle, ask for assistance. Division-specific management training is provided to each Manager at different times during their careers.



While each division may refer to training courses by different names, they still teach the same basic Company Founding Beliefs. These courses teach people skills, how to coach and provide meaningful feedback to our Associates, and how to stay focused on our common Company direction.

"POOR CUSTOMER SERVICE IS SOMETHING NO COMPANY CAN AFFORD."

– Coleman Peterson
Executive Vice President People Group
Wal-Mart Stores, Inc.

### The Walton Institute

In 1986, the Walton Institute began training our managers to be leaders and sharpen their management skills. Classes are now taught in the Bentonville area by our Training & Communications team and outside experts from around the country. The Institute is an extensive, weeklong class that teaches Managers new skills in organization, communication, teaching, problem-solving, and cooperative leadership. Our commitment to the team concept and your commitment to being a team player are becoming increasingly important as store sizes grow and the pace of completing tasks increases. We believe that when it comes to serving our customers' needs, working together as a team will win the customers' business over and over again.

### Computer Based Learning

Computer Based Learning (CBL) is an interactive, multimedia-based training tool. CBL training consists of completing modules. Modules contain information on a certain topic, including policies and procedures (e.g., Customer Service, Associate Safety). At the end of each module is a skill survey that checks your progress and reinforces learning. The modules that you see are based on your job. CBL training will then be reinforced with on-the-job training. CBL is not available in all divisions of the Company at this time. See your Personnel Manager to find out if CBL is available in your facility.



"WHAT WE NEED IN OUR STORES IS INGENUITY, MORALITY AND HONESTY."
*-Sam Walton*

### New Hire Period

Wal-Mart has high expectations to motivate you to perform at your top potential. To be successful, your performance must meet or exceed our company's needs and the requirements of your job.

An Associate's first 90 days of employment are considered a new hire period. During this time, your performance will be closely monitored. A "below expectations" new hire period may result in disciplinary action up to termination.

### General Rules

These rules, and those throughout this booklet, are designed for your well being and that of our Company. They apply to Associates in all divisions. All Associates are expected to be aware of and follow them. These are not all of the rules or procedures you will be expected to follow. Others will be discussed in Associate meetings, in person by your supervisor or posted on bulletin boards, and some things are just good common sense. **Violation of these rules or other policies not listed in this handbook may result in disciplinary action, up to and including termination.**

We expect the cooperation of all Associates in the observation of these rules, which are designed for our common protection and benefit. Every situation involving misconduct cannot possibly be listed here. However, keep in mind our rules are designed to promote safe work practices, efficiency, and orderly operations. Supervisors have responsibility for making sure we all meet these objectives.

1. All workplace injuries and accidents, no matter how slight, must be reported to a Supervisor immediately and a written report must be made.
2. If you have been injured on the job, you should follow your authorized doctor's orders.
3. Associates may not operate machinery, equipment, or power tools without the proper authority, training, or license. You must be 18 years or older to operate most machinery, equipment, or power tools.
4. All safety equipment that is issued or required to perform certain types of work shall be used while performing that work.
5. Running, scuffling, throwing objects, and horseplay will not be tolerated.
6. Associates must not remove or operate any machine without safety guards in place.
7. Firearms or other potentially dangerous or illegal weapons (except company-issued box cutters) are prohibited on Company property, including Company vehicles.
8. Dishonesty, for purposes of this handbook, may include such things as misappropriation of goods or money belonging to our Company or others; misuse of the Associate discount privilege or other improper transactions for personal gain or loss to the Company; and unauthorized use or possession of property, equipment, materials, documents

"WE GET OUR BEST RESULTS FROM ORDINARY PEOPLE DOING AN EXTRAORDINARY JOB."

—*Sam Walton*

or records belonging to our Company, a customer, or another Associate. It is your responsibility to inform a member of the Management team if you have reason to believe another Associate is being dishonest.

9. Profanity has no place at work, wherever your work location or whatever the circumstances. It will not be tolerated.
10. Loafing, idleness, sleeping, and excessive personal calls on work time will not be tolerated. Personal long-distance phone calls may not be charged on Company phones.
11. The use, possession, sale, transfer, acceptance, or purchase of illegal drugs at any time is strictly prohibited. The use, possession of an open container, personal sale, transfer, or acceptance of alcohol on Wal-Mart property or while performing Wal-Mart business is strictly prohibited.
12. Leaving Company property while on the clock, unless on Company business, is strictly prohibited.
13. Associates must not clock in or out for any other Associate.
14. Social relationships between supervisors and those they supervise, which may create the perception of favoritism, should be avoided.

In addition to these rules, each division may have specific rules tailored for that division. Please ask your facility manager for more details regarding any additional rules.

### Separation of Employment

It's our hope that your employment experience with us will be a rewarding one. We realize that situations may arise when it becomes necessary to separate employment. Should you voluntarily resign your position, we ask that you give your Supervisor two weeks notice. This allows your Supervisor time to prepare for your departure.

When you leave, all Company charge and discount cards, name badges, and other Company property must be returned to your Supervisor at the time of separation.

### Wal-Mart/SAM'S Club Specific Work Rules

These rules are in addition to the General Rules previously covered.

1. Shopping during work time is not permitted. You may shop during your meal or rest breaks.
2. Understocking merchandise to pay for later is considered misconduct and is not permitted.
3. Marking down merchandise for purchase by you, your relatives, or friends is not permitted.
4. Checking out relatives, friends, or yourself at the cash register is not permitted.
5. Food and beverages are prohibited while on the sales floor or in the receiving area.
6. Purchasing merchandise before it is on the sales floor is prohibited.
7. Parking spaces most accessible to the entrances are reserved for customers/members. Associates may not park in these areas during scheduled work time. Please see your facility manager for any additional parking guidelines.
8. All Associates are to enter and exit the facility through the front entrance during business hours. Please see your facility manager for the procedure during non-business hours.

"IF YOU LOVE YOUR WORK, YOU WILL BE OUT THERE EVERY DAY TRYING TO DO IT THE BEST YOU CAN, AND SOON EVERYONE AROUND YOU WILL CATCH THAT PASSION FROM YOU — LIKE A FEVER."

—*Sam Walton*

### Attendance

Your work schedule may vary depending upon the needs of our business and our customers. Your work hours will be scheduled to meet these changing needs. We will always do our best to work with your requirements, but your flexibility is also necessary.

Working during your scheduled hours is important for your success as a Wal-Mart Associate. If you are not able to come to work, or will arrive at work late, you are expected to personally notify your Manager each day before your scheduled time to report to work. Should you not report to work for three consecutive days without proper notification, we will consider this as your voluntary resignation.

### Coaching

People generally want to perform well and be successful. Our Coaching for Improvement process is designed to inform an Associate when they are not meeting the requirements and expectations of their position.

If an Associate's performance or conduct falls below the expectations of their position, then the Associate is informed of the problem and encouraged to take responsibility for their actions. This process will include developing a plan of action for improving performance to the required level, or changing conduct.

There are, however, certain actions of misconduct that may result in immediate termination. These actions include, but are not limited to, the following examples:

- Fraud
- Theft
- Unauthorized possession, use, or removal of Company property
- Dishonesty/Compromised Integrity
- Abuse of the Associate discount card
- Falsification of Company records
- Possession/use of a firearm or other dangerous weapon on Company property
- Violation of the Alcohol and Drug Abuse Policy
- Fighting/assault or threats
- Rude or abusive conduct toward a customer or Associate
- Under-ringing or ringing your own purchases
- Serious Harassment/Inappropriate Conduct
- Violating the Workplace Violence Policy
- Violating the Conflict of Interest Policy
- Grazing (eating or drinking from an open/damaged package or an item that has not been paid for, no matter how small)
- Violating the Statement of Ethics Policy
- Theft of Company time

### Drug-Free

We have made a commitment to provide a drug and alcohol-free workplace. The use, possession, sale, transfer, acceptance, or purchase of illegal drugs at any time is strictly prohibited. The use, possession of open containers, personal sale, transfer, or acceptance of alcohol on Wal-Mart property or while performing Wal-Mart business is strictly prohibited. Associates are prohibited from reporting to work under the influence of Alcohol, and/or consuming Alcohol

"WE HOLD OURSELVES TO SOME OF THE HIGHEST STANDARDS OF ANY COMPANY IN THE NATION."

*Coleman Peterson*
*Executive Vice President People Group*
*Wal-Mart Stores, Inc.*

during their scheduled work shift, including break and meal periods. Any violation of this policy will be grounds for immediate termination and may result in a report to the appropriate law enforcement authorities.

### Fraternization

Under no circumstances may a Supervisor become romantically involved with someone they supervise, or with someone whose terms or conditions of employment they may influence, or where the protection of company assets may be compromised. Hourly or Salaried Supervisors may not date Associates they supervise. Associates who violate this policy will be subject to immediate termination.

### Gifts and Gratuities

No gifts or gratuities that have monetary value are to be requested, encouraged, or accepted from any Supplier, Supplier Representative, or potential Supplier Representative. Departments must not solicit gifts or gratuities from Suppliers for departmental parties or departmental events. Suppliers may not donate gifts for the purpose of raising funds for charities or non-profit organizations. Gifts or gratuities include, but are not limited to: "free goods," tickets to sporting or entertainment events, kickbacks in the form of money or merchandise, "special" discounts to one of Wal-Mart's Associates, discounted or no-longer-used samples, Supplier-paid trips, liquor, food products, meals, and personal services. When practical, any such item received must be returned to the sender with an explanation of this policy. Any item not returned shall be considered the property of Wal-Mart Stores, Inc.

### Harassment/Inappropriate Conduct

Harassment or Inappropriate Conduct of any type, whether sexual, ethnic, or racial, is not tolerated at Wal-Mart. Wal-Mart is committed to maintaining a work environment that is free of unlawful harassment as well as other inappropriate conduct, regardless of whether the conduct rises to the level of unlawful harassment. We want to provide a work environment where everyone is comfortable.

**Any negative or stereotypical comment or action, whether welcome or unwelcome, aimed at an individual's gender, race, religion, physical or mental disability, physical appearance, age, marital status, national origin, color, or sexual orientation is inappropriate at Wal-Mart and will not be tolerated.**

Associates who engage in any type of harassment or inappropriate conduct on Wal-Mart property, at Wal-Mart sponsored functions, or while traveling on behalf of the Company, whether "on the clock" or not will be subject to disciplinary action up to and including termination.

"THE MOST IMPORTANT ASSETS THAT WE HAVE ARE INTEGRITY AND HONESTY IN DEALING WITH OUR ASSOCIATES, CUSTOMERS AND OUR SUPPLIERS."

*- Dave Dible*
*Executive Vice President Specialty Groups*
*Wal-Mart Stores, Inc.*

Associates who are subjected to conduct prohibited under this policy are encouraged to report their concern to any salaried member of management. Prompt action will be taken and no retaliation will occur against the Associate making the report. All allegations of harassment/inappropriate conduct will be investigated. Confidentiality will be maintained to the extent that is practical. Appropriate action will be taken to eliminate such conduct and to ensure there will be no recurrence of the conduct.

If you, or someone you work with, have been a victim of harassment or inappropriate conduct, you should immediately report the offensive conduct to a salaried member of management. You may also contact your Regional Personnel Manager, the People Group, or the Ethics Hotline (1-800-WMETHIC).

### Employment of Relatives

Applicants will be considered for employment without regard to whether a relative of the applicant is employed by the company. No applicant or Associate, however, may be considered for or placed in a position where a member of the applicant's/Associate's immediate family member would supervise them or influence the terms or conditions of their employment. Immediate family members will not be assigned positions when such placements would adversely impact the protection of company assets.

### Identification Badges

Each Associate will be issued an identification badge that is required to be visibly worn above the waist during working hours. Each Associate will be checked to ensure that his or her badge is visibly displayed. Lending your badge to someone is grounds for termination. Report lost or stolen badges immediately. If you work in the Home Office and you lose your badge, you must pay the replacement cost of the badge.

### Managing Your Time

This is one of your responsibilities. Our expectation is very clear. Always clock in to begin your workday and at other appropriate times; ask your Supervisor for specific details. If you forget to do this, notify your Supervisor immediately so corrections can be made. Your hard work is appreciated, and we want to pay you for this work. Remember that working off the clock is not only against Wal-Mart policy — it's against the law. Always clock in when you are working—Always! There are no exceptions.

**Never clock any other Associate in or out.** Violation of this policy may result in disciplinary action, up to and including termination.



"DEVELOP A RELIABILITY TO DO WHAT YOU SAY YOU'LL DO... AND DO IT WHEN YOU SAY YOU WILL."

*Don Soderquist*
*Senior Vice Chairman, Retired*
*Wal-Mart Stores, Inc.*

### Meal and Break Periods

Associates will be provided break and meal periods during their scheduled work shift. Associates are paid for up to two break periods per work shift. No associate should work over six hours without taking at least a 30-minute meal period. Remember to clock in and out for meal periods.

Associates should not be required nor requested to perform work during their break and/or meal periods.

Where state law requires additional or more frequent break/meal periods will be followed.

### Personal Finances

Although your personal financial matters are private and confidential, writing insufficient-funds checks to the Company is a breach of our trust in you. These situations can lead to Coaching, being charged for the costs incurred by the Company, and possible termination of employment.

### Personnel Records

Each Associate has a personnel file where employment records are maintained. Make sure you provide your Personnel Manager with changes that affect you personally. This includes information like address, phone number, or name changes; family status changes, insurance or Profit Sharing changes, and so on. This is necessary to keep all your records current.

Upon request, current Associates will be allowed reasonable access to view their personnel file with a member of management present.

### Smoking

Smoking and the use of smokeless tobacco products are permitted in designated locations only. Associates may not take longer or more frequent breaks to smoke or use smokeless tobacco. Your facility has specific guidelines regarding the use of tobacco (smokeless or cigarettes) products. Please familiarize yourself with these requirements. Failure to follow these guidelines or state laws regarding the use of tobacco products may result in disciplinary action, up to and including termination.

### Statement of Ethics

Wal-Mart Stores, Inc. has a Statement of Ethics Policy that applies to all Associates. All Associates are responsible for understanding, complying with, and reporting any violations or suspected violations of the Statement of Ethics. Reports of violations or suspected violations may be made by calling 1-800-WMETHIC. This includes business and personnel ethics. If you have any questions, please contact your facility Manager to review the Statement.



"As a Wal-Mart Associate you can make a positive impact on our company, customers and your fellow Associates. Welcome aboard."

- Ed Kolodzieski
Senior Vice President
Wal-Mart Neighborhood Market Stores
Wal-Mart Stores Division

### Transfers

We encourage everyone to explore different avenues within our Company. When you were hired, you were most likely hired for a specific position or area, however, flexibility is important in our business.

Occasionally, you will be asked to work in areas other than your current assignment. You may also request a transfer from one division, facility, or department to another based on some specific guidelines. Some benefits may change if you transfer between divisions. Transfer requests will be given fair consideration if:

1. Your performance, attendance and conduct are satisfactory or above; and
2. An open position for which you are qualified exists in the facility or department to which you want to transfer; and
3. Your Supervisor and any other involved members of the Management team approve the transfer.

Additional guidelines may exist in your facility. Please see your Manager for details. Please note, other facilities or divisions will not be able to discuss the transfer with you unless that facility or division has received a signed transfer request from your Manager.

### Work Attire

The "Wal-Mart Way" is to always present the best image possible to our customer. It is important that your clothing be professional and appropriate for your job. You will be expected to maintain a clean and conservative personal appearance and good personal hygiene. Each work environment will have a specific policy for your particular job. Your Supervisor can provide additional information on your facility's dress code policy.

### Work Time

Work time should be dedicated to serving our customers. For this reason, engaging in non-work related activities during work time is not permitted. Associates may not engage in solicitation or distribution of literature during work time. In addition, solicitation or distribution of literature is not permitted at any time in selling areas during the hours the store is open to the public. Distribution of literature is not permitted at any time in any work area. Non-Associates are prohibited from soliciting or distributing literature in any Company facility at any time.

"THE COMBINATION OF OUR DISTRIBUTION AND TRANSPORTATION OPERATIONS, ALONG WITH OUR DEDICATED ASSOCIATES, GIVES US A UNIQUE, COMPETITIVE ADVANTAGE."

– Rollin Ford
Senior Vice President of Logistics
Wal-Mart Stores, Inc.

## Workplace Violence

Wal-Mart is committed to providing a safe and secure working environment for all Associates. In keeping with this commitment, all Associates are expected to assist in maintaining an environment that is free of harassment, violence, and threats of violence. This could include potentially violent situations with other Associates, Supervisors, Suppliers, Customers, or Associate acquaintances or family members.

Harassment, violence, threats of violence, and other similar conduct are unacceptable behaviors and violations of Company policy. Any Associate who violates this policy will be disciplined, up to and including termination from the Company. Any Associate who is terminated for violation of this policy will not be eligible for re-hire. In appropriate cases, the Company may seek criminal prosecution and will fully cooperate with law enforcement authorities.

Wal-Mart will not tolerate physical harassment, violence, or threats of violence, including, but not limited to, the following examples:

- Veiled threats of harm (Comments such as "You had better watch your back.")
- Intimidation
- Threatening harm or harming another person
- Bringing a gun, illegal knife, explosives, or other weapons of any kind onto Company property, in a Company vehicle, or to Company sponsored events
- Engaging in dangerous, threatening, or unwanted horseplay
- Striking, punching, slapping, pushing, or assaulting another person
- Fighting or challenging another person to a fight
- Stalking

Any Associate who is concerned about safety or violence should report it immediately to a salaried member of the management.

"SHARE PROFITS WITH ALL YOUR ASSOCIATES, AND TREAT THEM AS PARTNERS. IN TURN, THEY WILL TREAT YOU AS A PARTNER."

— *Sam Walton*

### Profit Sharing Plan

Our Profit Sharing Plan began in 1972 because Sam and Bud Walton wanted to share the success of our Company with those who make it happen – our Associates!

As an Associate, you do not pay into our Profit Sharing Plan – it is supported 100% by Company contributions. But Profit Sharing is not a giveaway or a free ride. We all have to work hard to serve our customers and hold down expenses in order for our Profit Sharing accounts to grow. Average performance won't do it – we all have to excel in order to help set Wal-Mart apart from other retailers. Company profits help determine what Wal-Mart can contribute to our Profit Sharing accounts. Profit and sales performance help to determine the long-term performance of our stock, which is where the majority of our Profit Sharing Plan monies are invested. That's why so many of our Associates watch Company sales numbers and the stock price. They have a financial interest in it because Profit Sharing depends upon it!

To participate in Profit Sharing, an Associate only has to work for one year and during that year work at least 1,000 hours of service during that 12-consecutive-month period. The first contribution can be made to your account on the January 31st following the 13th month of employment, provided you have met the eligibility requirements above and worked at least 1,000 hours during the Plan year (February 1 – January 31). Money is invested and remains in a trust until you leave the Company or reach the age of 69½.



To become vested (have ownership) of your Profit Sharing, you must remain with the Company over a period of time.

For more details on the Profit Sharing Plan, please refer to the Summary Plan Description in your Benefits book.

### 401(k) Plan

The 401(k) Plan offers our Associates yet another way to save for the future. Through the 401(k) Plan, you can contribute your own money toward retirement and have choices as to how the money is invested. The Company can also add money to your 401(k) account and help your savings grow even more!

The money you choose to save through the 401(k) Plan is handled through the convenience of payroll deductions and is taken out of your paycheck before federal income tax is withheld. This lowers your taxable income and helps you stretch your savings dollars even further. You have

"FOR US, TREATING OUR ASSOCIATES AS IMPORTANT ASSETS IS NOT ONLY RIGHT, IT'S SECOND NATURE — SOMETHING THAT'S INGRAINED."

*Sam Walton*



a range of investment choices and the flexibility to change your investment fund choices whenever you wish. The eligibility requirements for the 401(k) Plan are the same as for the Profit Sharing Plan.

Enrollment material is sent to you when you become eligible for the plan. For more specific information on the 401(k) Plan, please read the prospectus and Summary Plan Description in your Benefits book.

### Associate Stock Ownership Plan

Our Company strongly believes in the philosophy of partnership with our Associates. The Associate Stock Ownership Plan is a voluntary, easy way in which Associates can buy Wal-Mart stock and share in the ownership of the company. Any Associate who is the age of majority in his/her state (usually age 18) can participate by completing an enrollment card and turning it in to the Personnel Manager or Store Management Team. Management will then be responsible for entering it into the Payroll System. You can have from $2 up to $1000 deducted from your check to buy stock. There are no fees involved in buying the stock.

If you choose to participate in the Associate Stock Ownership Plan, the Company will contribute 15% for every dollar you purchase, up to the first $1,800 you purchase each plan year through payroll deductions.

You can change or discontinue payroll deduction by turning in an enrollment card to your facility's Personnel Manager or Management Team. You can sell stock at any time by calling Equiserve at 1-800-438-6278. You will receive statements about your account twice a year.

Associates who own $2,000 or more of Wal-Mart stock may be able to borrow money by using stock in their accounts to secure a line of credit.

To learn about specific details and eligibility requirements of these benefits, please refer to the current Benefits Summary Plan Description.





"THE REAL KEY IS THE FACT THAT WE'RE PARTNERS. I HOPE YOU FEEL LIKE A PARTNER WITH WAL-MART."
— *Sam Walton*

## Full-Time Associates

Eligible full-time Associates receive the following benefits*:

- Profit Sharing (minimum of 1,000 hours per year and after 12 months employment).
- 401(k) (minimum of 1,000 hours per year and after 12 months employment).
- Stock Ownership Plan/Stock Loan Program.
- Vacation (after 1 year).
- Holiday Pay (after 90 days).
- Wal-Mart Associates - Wal-Mart Discount Card.
- SAM'S Club Field Associates - Advantage Membership Card.
- Personal Time.
- Jury Duty.
- Leave of Absence (Medical, Personal, and Military).
- Illness Protection Plan.
- Medical Coverage.
- Dental Insurance.
- Life Insurance.
- Accidental Death and Dismemberment.
- Short/Long-Term Disability Coverage.
- Resources For Living (confidential professional counseling and assistance).
- Bereavement Leave.
- Scholarship Programs.
- Holiday Bonus (if hired prior to 1/1/01 and after 5 years of service).
- Child Care Discounts.

A full-time Associate is one who regularly works at least 28 hours per week or 20 hours per week if hired prior to September 1, 1979.

## Peak-Time Associates

Eligible peak-time Associates receive the following benefits*:

- Profit Sharing (minimum of 1,000 hours per year and after 12 months employment).
- 401(k) (minimum of 1,000 hours per year and after 12 months employment).
- Stock Ownership Plan/Stock Loan Program.
- Vacation (after 2 years of employment).
- Holiday Pay (after 90 days).
- Wal-Mart Associates - Wal-Mart Discount Card.
- SAM'S Club Field Associates - Advantage Membership Card.
- Personal Time.
- Jury Duty.
- Leave of Absence (Medical, Personal, and Military).
- Medical Coverage (Associate only, after two years of employment).
- Resources For Living (confidential professional counseling and assistance).
- Bereavement Leave.
- Scholarship Programs.
- Holiday Bonus (if hired prior to 1/1/01 and after 5 years of service).
- Child Care Discounts.

A peak-time Associate is one who regularly works less than 28 hours per week.

## Temporary Associates

Eligible temporary Associates receive the following benefits*:

- Stock Ownership Plan
- Bereavement Leave (unpaid).
- Wal-Mart Associates - Wal-Mart Discount Card.
- SAM'S Club Field Associates - Advantage Membership Card.
- Jury Duty.
- Resources For Living (confidential professional counseling and assistance).
- Child Care Discounts.

Wal-Mart offers several benefit programs for our Associates to choose from. These benefits provide security and protection for many Associates and their families.

For more information on your benefits, please refer to the current Benefits Summary Plan Description (SPD) and Benefits Summary (WMP109).

*These benefits are not all inclusive. Please see your facility manager for additional benefits for which you may be eligible.