# "THE ENVIRONMENTAL ISSUE IS IMPORTANT TO OUR CUSTOMERS, SO IT IS IMPORTANT TO US."

*—Sam Walton*

As a responsible member of the community, our commitment goes beyond simply selling merchandise. Our Associates have earned a reputation for caring about the communities in which they live and work. To further demonstrate this, we have programs available to Associates and partners to showcase their interest in helping others. We give everyone the opportunity to take part in the fund raisers held every year for Company-supported projects such as Children's Miracle Network (CMN), or the events held for the Matching Grant program. Our people are a great asset to our communities, and we want to reward them for doing all they can!

### United Way



Wal-Mart proudly sponsors United Way because it serves as a vital financial support to the broad needs in communities we serve. The money raised by each local United Way stays in the local community to support those needs through various non-profit organizations such as the Salvation Army, Boys/Girls Clubs, American Red Cross, homeless shelters, battered women's shelters, and food banks, to name a few. Wal-Mart has a corporate campaign annually in which our Associates contribute through payroll deductions, and the Wal-Mart Foundation matches their gift dollar for dollar with no cap on the amount.

### Children's Miracle Network

Wal-Mart recognizes the Children's Miracle Network as our "Charity of Choice," which means we support it as a Company every year in an annual fund raising campaign. During the year, our Associates raise money for this network of 170 hospitals across the United States, inspiring many critically ill children along the way. Wal-Mart/SAM'S Club is the largest corporate sponsor of Children's Miracle Network, as each of our locations participates in this campaign to raise money for their local CMN hospital.

### Environment

At Wal-Mart, we believe it is our responsibility to be a part of the collective effort to protect and preserve our natural resources. That's why we have developed a four-part Company wide commitment to:

- Provide environmentally improved products to our customers.
- Support educational programs for children.
- Look for better ways to build and operate Wal-Mart stores and offices.
- Support and encourage local community and environmental activities.

Wal-Mart provides grants to non-profit organizations or schools to support environmental efforts and education in the communities where

Wal-Mart-Johnson
00034

"DON'T COMPROMISE YOUR REPUTATION- IT'S A PRECIOUS COMMODITY.
DON'T COMPROMISE YOUR INTEGRITY... HAVE A GOOD NAME."
— *Sam Walton*

the stores are located. This Environmental Grant is available to each location once per year.



Each Store Manager is responsible for assigning a Green Coordinator for his/her store. The Green Coordinator is someone who has an interest in the environment and is eager to take on additional responsibility. Green Coordinators develop a Green Team to help with the direction of the store's environmental program. The Home Office also has a Green Team to promote recycling and participate in community events.

In 1993, Wal-Mart opened its first environmental store in Lawrence, Kansas. In 1995 and 1996, we followed with two additional stores in Moore, Oklahoma, and City of Industry, California. These innovative stores are energy efficient and environmentally friendly. They serve as laboratories for ideas that can be used in all future Wal-Mart stores. These stores are part of Wal-Mart's ongoing commitment to the environment. We invite all of you to work with us to achieve our goal of leaving the earth better than we found it.

*Volunteerism Always Pays* (VAP)

What a wonderful way to recognize our Associates and partners for their community involvement! This program is available to every Associate within our Company who volunteers a minimum of 15 hours in a quarter with a qualifying 501(c)3 non-profit organization. The Foundation will then make a $100 contribution to the organization on behalf of the Associate who gave of their time. So the next time you volunteer with organizations such as American Red Cross, or Boys and Girls Clubs, remember... Volunteerism Always Pays.

*Associate Matching Gift*

The purpose of this program is to encourage support of higher education by matching gifts made by Associates and Partners of our Company to eligible institution. Any full-time Associate who has been with the Company for at least one full year is eligible to make this gift to an accredited college or institution. The gifts may support such programs as departmental studies, academic programs, student activities, or scholarship programs. The Wal-Mart Foundation will match the contributor's gift of $25.00 or more up to a maximum of $250.00 per fiscal year.

Wal-Mart-Johnson
00035

> "IT'S NOT WHAT YOU GATHER IN LIFE, BUT WHAT YOU SCATTER THAT TELLS THE KIND OF LIFE YOU HAVE LIVED. LET'S SCATTER THE GOOD THINGS."
>
> *Helen Walton*
> *Wife of Sam Walton*

### Scholarship Programs

As one of many Company benefits, Wal-Mart Associates who are high school seniors are eligible to compete for an Associate scholarship through a regional program sponsored by the Company. Wal-Mart also offers a scholarship for high school seniors who are the sons/daughters of Wal-Mart Associates who have been employed full time for one year at the time the scholarship is given. The applications are sent to your Personnel Manager, and should be available to you sometime in early spring.

Our Distribution Centers also have a scholarship program available to qualifying Associate applicants. The scholarship is awarded each spring by the Wal-Mart Foundation. These applications can be obtained through your location's personnel office.

### Store Level Grants to Our Communities

Our largest community involvement program is the Matching Grant. Each location is given funds to match 501(c)3 non-profit organization's fund-raising profits up to $1,000. Your Store or Club may have a select group of people who oversee these programs, such as the SAM'S Spirit Committee, Green Coordinators, or Personnel Associates.



### Missing Children's Network

The Missing Children's Network is devoted to bringing kids home. It was formed in 1996 as a partnership between Wal-Mart and the National Center for Missing and Exploited Children (NCMEC). NCMEC is a non-profit organization and the most widely recognized finder of missing children.

Wal-Mart helps call attention to missing children by posting photos and information on bulletin boards in every Wal-Mart store and SAM'S Club nationwide. The faces of missing children are brought to the attention of thousands of people every day.

Listed with the photos and information is the all-important toll-free hotline to NCMEC (1-800-THE-LOST) so that the public can provide leads and assist in finding missing children.

Wal-Mart-Johnson
00036

## "...WHEN ONE OF OUR EXPERIMENTS WORKS, WATCH OUT! TAKE SAM'S CLUB FOR INSTANCE."
— *Sam Walton*

### The Beginning of SAM'S Club

In the early 1980s, Mr. Sam heard of a new type of business. Wholesalers with very low overhead were selling merchandise at margins considerably below the discount retailers. Since Wal-Mart had always represented "Every Day Low Prices," Sam Walton saw a new challenge to achieve a larger market share and provide greater value to a new customer base — small businesses. Soon after, in April 1983, the first SAM'S Club was opened in Midwest City, Oklahoma.

### Business Philosophy

We are committed to providing a higher standard of living to our members at an affordable price. We do that by increasing the value of Membership through the Productivity Loop. This means that we increase Membership and sales by lowering our expenses, which enables us to lower prices.



### Productivity Loop

We offer a limited assortment of high volume items. The packaging of these items is in large, economical sizes.

Individual items are another portion of our merchandise assortment. These items change frequently, and create a new and exciting shopping experience for all Members. In addition, we offer several benefits to our Members. The different types of Memberships, benefits, and qualifications will be discussed during your orientation.

### SAM'S Club Dress Code

SAM'S Club Associates are expected to follow the Company's conservative dress code. Associates should be neat, well-groomed, and appropriately dressed while on the job. Name badges and back supports are issued to every Associate and are considered part of your daily work attire. Each work environment will have specific guidelines for your particular job. These guidelines are available from your Supervisor.

### Personal Hygiene

Appearance must be neat and clean. Hair should be clean and well groomed.



Wal-Mart-Johnson 00037

"THE TRULY GREAT COMPANIES UNDERSTAND THAT THE LEVEL OF SUCCESS IN ANY ORGANIZATION IS DIRECTLY RELATED TO THE LEVEL OF TALENT AND COMMITMENT OF THEIR ASSOCIATES. WE ARE FORTUNATE THAT SAM'S CLUB AND WAL-MART HAVE ASSOCIATES WITH THESE QUALITIES THAT HAVE MADE OUR COMPANY GREAT AND THEY CONTINUE TO DO SO EVERYDAY."

Tom Grimm
President and Chief Executive Officer
SAM'S Club

### Miscellaneous

Red vests are issued to certain Associates in certain areas of the club. If you do not bring your vest, badge, and back support to work with you daily, you may be asked to return home to get these materials. If you lose either the red vest or back support, you will be charged for the replacement of these items.

### Safe Work Practices

#### Back Supports

In a working warehouse, Associates are required to lift and move materials and merchandise frequently. Back supports (weight belts) play an important role in back protection.

#### Forklifts

Remember these key points about forklift safety during open hours of the club: (1) Two spotters are required to accompany any forklift on the floor. (2) Both spotters and the forklift driver must wear a vest for visibility when pulling merchandise. (3) The aisle where you are pulling merchandise must be sealed off with yellow rope on both ends to help prevent any Member or Associates accidents.

#### Floors

All floors must be clear of foreign objects such as pallets or shrink-wrap. When spills occur, clean them up immediately. Make sure this area is blocked off to avoid member or Associate accidents.

#### Box Cutters

Floor partners are issued box cutters for stocking purposes. Make sure safe work practices are followed regarding box cutter procedures.

#### Reserve Steel/Merchandise

Pallets of merchandise are stored in reserve above selling slots all over the club. Be aware of the following:
(1) Make sure heavy items are not stacked on light merchandise to avoid accidents. (2) All merchandise in the steel must be completely shrink-wrapped and stored on a standard pallet in good condition. (3) Ensure all heavy display merchandise is secured.

All of these topics are explained in detail in the Risk Management Resource Manual and will be reviewed further in your Risk Control training during orientation.

### Associate

#### Purchases/Packages

Purchases may be made during Associates' meal or rest breaks.

Purchases may only be made when the warehouse is open for business. All Associate packages will be subject to inspection upon entering and leaving the club. Merchandise should be taken out of the club immediately after being purchased and not stored or held to be picked up later. SAM'S Club Associates may not purchase merchandise which has been marked down by the club in any area, including fresh departments. When purchasing merchandise, immediately take it to the registers after you finish shopping. Never place it in an understock (storage or holding) area.

Holding merchandise to purchase at a later date is against company policy.

Wal-Mart-Johnson
00038

"WE WORK FOR A GREAT COMPANY AND WHAT MAKES THIS COMPANY SO GREAT IS OUR ASSOCIATES WHO ARE ON THE FRONT LINES EVERY DAY TAKING CARE OF OUR MEMBERS. WE CAN BUILD BUILDINGS AND HAVE GREAT MERCHANDISE THAT OUR COMPETITORS CAN EASILY COPY, BUT THE ONE THING THEY CAN'T COPY IS OUR PEOPLE."

*Jim Haworth*
Executive Vice President of Operations
SAM'S Club



### Associate Membership Card

All SAM'S Club field Associates, full- and peak-time, are eligible to receive a complimentary SAM'S Club Advantage Membership Card during their period of employment at SAM'S Club. This does not apply to SAM'S Club Home Office Associates. This complimentary membership card includes an additional card that may be issued to anyone over the age of 18 living in the Associate's household. These cards are non-transferable and entitle the cardholders to purchase merchandise at any SAM'S Club at the posted warehouse prices plus applicable sales tax. These cards are automatically renewed each year as long as the Associate is employed in the field by SAM'S Club. If it is determined that a Associate is abusing the privilege to use his/her membership card, the Associate will lose this benefit and may be subject to further disciplinary action. Should an Associate terminate employment with the Company, all Company property will be turned in, and the membership will deleted.

Wal-Mart-Johnson
00039

## "OUR ASSOCIATES WHO DRIVE THE TRUCKS AND WORK AT OUR DISTRIBUTION CENTERS DO AN OUTSTANDING JOB KEEPING THE SHELVES STOCKED FOR OUR CUSTOMERS."

— *Sam Walton*

Sam Walton's foresight to develop our own Logistics Operation has given Wal-Mart the competitive edge in the retail industry. Our Distribution Centers, in partnership with our Transportation Operations, are designed for the movement of millions of cases of goods each month. The Distribution Centers average 1.2 million square feet in size and operate around the clock to accommodate the needs of our customer, the stores, and clubs. Each Center has the latest possible technology built into it, including cutting-edge conveyor systems, electronic scanning equipment, and a complex computer system. Because of the type of work performed in the Centers and Transportation Operations, certain guidelines are necessary for the safety and well-being of our Associates.

### Logistics Dress Code

We have established conservative dress and appearance guidelines with safety in mind, and to allow for maximum mobility. Jeans are allowed, but must be in good repair and not frayed or ragged. For safety reasons, shirts or blouses should not have large baggy sleeves.

Associates working in the Distribution Centers and Transportation Operations are permitted to wear shorts during warmer months, provided they are no more than six (6) inches above the knee. Overly revealing clothing or bare midriffs are not allowed. It is important to protect your feet, therefore substantial shoes must be worn — no sandals or open-toed shoes. It is essential that all Associates practice good personal hygiene.

### Identification Badge Policy

Each Associate will be issued an identification badge that is required to be worn visibly at all times during working hours. As each Associate enters and leaves the facility, Loss Prevention will check to ensure that badges are worn with the picture facing front.

### Time Records

Your pay is calculated from the time clock entries that you make using your ID badge. Correct time entries are your responsibility. Always clock in immediately before starting to work or returning from meals; clock out immediately after stopping work for meals or at the completion of your workday. If an error is made in clocking in or out, immediately go to your Supervisor or Manager to



Wal-Mart-Johnson
00040

"OUR LOGISTICS ASSOCIATES CONSISTENTLY PROVIDE EXCEPTIONAL CUSTOMER SERVICE TO OUR NUMBER ONE CUSTOMER – THE STORES AND CLUBS."

*Mike Duke*
*Executive Vice President of Administration*
*Wal-Mart Stores, Inc.*

have the correct time noted and initialed by you and your Supervisor or Manager.

Wal-Mart appreciates enthusiastic Associates, but in no case are you to ever volunteer your off-duty time by performing work without clocking in.

No one is to clock any other badge but his or her own. Violation of this policy may result in disciplinary action, up to and including termination. Correct time entries and use of the designated clock are your responsibility.

### Work Schedule

At the time you are hired, your normal working hours will be discussed with you. It is important you understand and follow your work schedule. You are not guaranteed the same schedule or position throughout your employment.

Occasionally, because of the fluctuating nature of our business, your schedule may have to be changed. You may be asked to work additional hours, or even fewer hours. You may also experience changes in the shifts you are scheduled to work, as well as the position.

If there is any reason you feel you could not change your work schedule or work overtime hours when needed, please discuss this immediately with your Manager or Supervisor.

They will try to work with you on these issues whenever possible.

You are expected to be in your work area at the beginning of your shift. Any time you are unable to report to work due to illness or unexpected circumstances, you must call in at least 30 minutes prior to your scheduled start time and speak to your Manager or Supervisor.

Wal-Mart-Johnson
00041

> "I'VE ALWAYS ENJOYED CHALLENGING OUR PEOPLE. IF YOU EXPECT
> GREAT THINGS FROM FOLKS, THEY'LL EXPECT IT FROM THEMSELVES.
> OUR PEOPLE HAVE NEVER LET US DOWN."
>
> *Sam Walton*

### Safe Work Practices

1. All injuries and accidents, no matter how insignificant, must be reported to a Supervisor immediately, and a written report must be completed.
2. Associates are not permitted to walk, stand, or climb on or over any type of conveyor, machine, equipment, or merchandise. This includes forklifts, tuggers, carts, slip sheets, and hand jacks.
3. Admittance to, or passage through, any area that has been roped off, barricaded, or otherwise designated as a danger zone is prohibited.
4. A 20-foot safety area around operating forklifts must be maintained when the load is being moved vertically.
5. Always keep your work area clean so it does not create a safety hazard to you or to others.
6. Unauthorized Associates shall not be permitted to perform any maintenance work on any equipment or machinery in the facility.
7. Sandals, open-toed shoes, and high heels should not be worn while working on the Distribution Center floor or shop area.
8. All equipment operators must have the appropriate permit(s) before operating power equipment.
9. Associates using any hand-held laser scanner must avoid looking into the end of the unit. At no time should this unit be pointed at another person.
10. Associates must park their vehicles in parking spaces in the direction of travel. Do not cut across the parking lot or park in visitor or disabled spaces.
11. Personal safety equipment issued to Associates must always be worn during work activity.

* Further safety information will be covered with you during new hire orientation



### Food and Tobacco

Beverages, eating, or use of tobacco products of any kind are not allowed in your work area. The use of tobacco products will be allowed only in designated, posted areas.

Wal-Mart-Johnson
00042

"THE MOST EXCITING AND REWARDING PART OF OUR INTERNATIONAL BUSINESS IS THE DEVELOPMENT OF OUR WAL-MART ASSOCIATES THROUGHOUT THE WORLD — THEY ARE THE WAL-MART CULTURE TO OUR MILLIONS OF CUSTOMERS WORLDWIDE."

*John B. Menzer*
President and Chief Executive Officer
Wal-Mart International Division



 *Argentina*   *Canada*   *Germany*   *Puerto Rico*   *United Kingdom*

 *Brazil*   *China*   *Mexico*   *South Korea*

Wal-Mart's Every Day Low Price promise is a message clearly understood in any language. As the world's largest retailer, we are constantly seeking avenues for growth. Some of the best opportunities now lie in markets outside the United States. Already, customers in Argentina, Brazil, Canada, China, Germany, Mexico, Puerto Rico, South Korea and the United Kingdom have begun to embrace the Wal-Mart way of doing business as our international expansion plans unfold. And many more opportunities are appearing on the horizon.

### Testing International Waters

Wal-Mart became an international Company in 1991, when the first SAM'S Club opened in Polanco, within Mexico City. Since that time, our partnership with CIFRA S.A. de C.V. in Mexico has helped make us that country's largest retailer.

Our Company's opportunity north of the border in Canada came in 1994, when the 122-store chain of Woolco stores was purchased. After remodeling facilities and training Associates, the stores saw their sales per square foot double and their market share grow to more than 40% of the discount retail market.

### A Focused Start

With success in North America firmly established, expansion into points further away has quickly followed. South America, Latin America, Asia and Europe are providing excellent opportunities for development. With stores and clubs now open in Argentina, Brazil, Puerto Rico, China, South Korea, Germany, and the United Kingdom, in addition to Mexico and Canada, we continue to keep a watchful eye toward new and exciting opportunities in other new markets around the world. In spite of cultural and business challenges, one thing becomes increasingly clear: Wal-Mart's Three Basic Beliefs translate well throughout the world.

### Our Universal Message

The results of our international expansion efforts are exciting. Our new customers are proving just how universal Wal-Mart's philosophy of great values and customer service really is. In fact, grand openings in some of these overseas stores have set Company records as customers line up to experience low prices and value unheard of in their country's retail industry.

Eventually, Wal-Mart will be a household name as much throughout the world as it is here at home. So regardless of the language spoken, Wal-Mart's customer-first message is being heard loud and clear.

Wal-Mart-Johnson 00043

> "ISN'T IT GREAT TO SEE PEOPLE DO MORE THAN THEY EVER DREAMED THEY COULD DO ... OR YOU THOUGHT THEY COULD DO? THAT'S THE FUN OF THIS BUSINESS AS FAR AS I'M CONCERNED."
>
> — *Sam Walton*

Wal-Mart's Home Office on 8th Street in Bentonville was a necessity, not a luxury, when constructed. By 1969, there were 18 Wal-Mart stores in operation, which meant a centralized office would soon be needed, rather than the fragmented quarters in downtown Bentonville which also served the 14 Walton variety stores.

Fifteen acres on a farm outside of town were bought for the purpose of building this office space. The site was also to include an adjoining warehouse — the first real warehouse for the Company.

By today's standards, it was a very modest structure. The office was 15,000 square feet and the warehouse was 60,000 square feet. Both were completed and in use in early 1970.

The first office housed everything. All executive, administrative, merchandising, accounting, benefits, personnel, transportation, operations, dispatch, and support functions were housed there. Sam Walton said at the time the complex was not only too large, but would "last for more than a lifetime." This is understandable because at the time there were only 21 stores and 1,500 total employees (the term "Associate" was not used until 1972). Even Sam later laughed at this prediction.

Since 1970, the offices have expanded greatly to reflect the growth of the Company, as would be expected of an enterprise that is now the world's largest retailer. The original site, once outside city limits, is now virtually at the mid-point of town. The first warehouse has become needed office space, and other expansions, additions, and parking soon consumed the initial 15 acres and a great deal more.

Now, Home Office operations can be found at many different locations in the Bentonville-Rogers area. All are interconnected by sophisticated communication technology.

Regardless of the location of the Home Office, one belief remains the same: Home Office Associates are here to support the field Associates that service each and every one of our customers day in and day out.

### Specific Work Rules

1. Associates must park their vehicles in parking spaces in the direction of travel. Do not cut across the parking lot. Do not park in visitor, disabled, United Way, pharmacy parking spaces, or in fire lanes. Park only in areas designated for Associate parking. Excessive violations of this rule will result in coaching, up to and including termination. The speed limit in all parking lots is 10 MPH at all times.

2. Associates may not add electrical appliances to any work area without prior approval of the Maintenance Electricians.

3. Anyone invited to the Home Office must register, wear a visitor's badge, and be escorted while in the facility.

Wal-Mart-Johnson 00044



"LEAVE ALWAYS BEGIN WITH THE BEST PEOPLE AND THEN ENSURE THAT THEY HAVE THE TRAINING NECESSARY TO EXCEL AT THEIR JOBS. WE WILL CONTINUE TO BE THE BEST PLACE FOR CUSTOMERS TO SHOP."

—Coleman Peterson
Executive Vice President, People Group
Wal-Mart Stores, Inc.

Under the Family and Medical Leave Act (FMLA) of 1993, *eligible* Associates may take up to 12 work-weeks of unpaid, job-protected leave in a 12-month period, which begins on the first day of the leave, for certain family and medical reasons.

### Associate Eligibility

To be eligible for FMLA benefits, an Associate must:

1. work for a covered employer for a total of 12 months (Wal-Mart is a covered employer);
2. have worked at least 1,250* hours over the previous 12 months; and
3. work at a U.S. location or in any U.S. territory or possession where at least 50 Associates are employed by Wal-Mart within 75 miles.

*Wal-Mart's Leave of Absence policy requires only 1,000 hours (see Leave of Absence policy for more details.)

### Leave Entitlement

An eligible Associate is entitled to a total of 12 work-weeks of unpaid leave during any 12-month period for one or more of the following reasons:

- to care for the Associate's child after birth or placement with the Associate for adoption or foster care;
- to care for the Associate's family member (spouse, child, or parent) with a serious health condition; or for the Associate's own serious health condition that makes him/her unable to perform his/her job.

Leave to care for the Associate's child after birth, or placement for adoption or foster care must conclude within 12 months of the birth or placement of the child.

"Serious health condition" means an illness, injury, impairment, or physical or mental condition that involves either:

- any period of incapacity for treatment connected with inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical-care facility, or
- continuing treatment by a health care provider that includes four or more days of incapacity (i.e., inability to work or perform regular daily activities), or
- continuing treatment for any chronic, long-term, or incurable condition.

Where medically necessary, Associates may take *intermittent* or *reduced hours* FMLA leave, which means taking leave in blocks of time, or by reducing their normal work schedule, to care for a seriously ill or injured family member, or because the Associate is seriously ill or injured and unable to work. Associates should try to schedule such leave time as to not disrupt Company operations.

### Compensation and Health Benefits

Associates may elect to use vacation, personal, or illness protection time for compensation while on leave, however, such time will still count as FMLA leave and against the Associate's 12 work-weeks of leave time.

Wal-Mart will maintain group health insurance coverage for an Associate on FMLA leave whenever such insurance

Wal-Mart-Johnson 00045



# "THIS COMPANY HAS SO MUCH MORE TO DO, SO MUCH MORE TO OFFER..."
## "LET'S FIRST TAKE CARE OF OUR ASSOCIATES."

*Lee Scott*
*President and Chief Executive Officer*
*Wal-Mart Stores, Inc.*

was provided before the leave was taken and on the same terms as if the Associate had continued to work. Associates must make arrangements to pay their share of health insurance premiums while on leave.

### Notice and Certification

Associates seeking to use FMLA leave are required to provide 30-days advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. However, where the need for leave is not foreseeable, notice must be given as soon as possible but not later than three days after beginning the leave.

Associates are also required to provide:

- medical certification supporting the need for leave due to a serious health condition affecting the Associate or a family member;
- periodic reports during leave regarding the Associate's status and intent to return to work, and certification of the Associate's ability to return to work when leave was taken for the Associate's own serious health condition.

Wal-Mart may also request second or third medical opinions (at Wal-Mart's expense) and periodic recertification during the leave.

Wal-Mart must inform Associates of their rights and responsibilities under FMLA, including posting a notice and giving specific written information on what is required of the Associate and what might happen in certain circumstances, such as if the Associate fails to return to work after FMLA leave.

### Job Restoration

Upon return from FMLA leave of 12 work-weeks or less, an Associate must be restored to his/her same job, or to an equivalent job with equivalent pay, benefits, and other terms and conditions of employment.

In addition, an Associate's use of FMLA leave cannot result in the loss of any employment benefit that the Associate earned or was entitled to before using FMLA leave, nor be counted against the Associate under an attendance policy.

### Additional Information

Associates should contact a member of the Management team for additional information on FMLA or refer to Wal-Mart's Leave of Absence Policy for more specific information. You may also contact your Regional Personnel Manager or the People Group if you have any questions. Where state law provides more generous leave entitlements, state law will be followed.

Wal-Mart-Johnson 00046



Wal-Mart-Johnson 00047



Wal-Mart-Johnson 00048



After you have read the contents of this handbook:

1. Read and sign the Acknowledgment,

2. Separate the Acknowledgment at the perforation, and

3. Give the signed Acknowledgment to your Manager.

This handbook is intended solely as a general information guide to let Associates know about the current policies and programs Wal-Mart has in place. The policies and benefits presented in this handbook are for your information and do not constitute terms or conditions of employment. This handbook supersedes all prior handbooks. This handbook is not a contract. From time to time, Wal-Mart may determine that it needs to change some of the policies or programs in this handbook in order to better meet the requirements of our Associates and the Company. If any policies or programs are changed, modified, deleted, or supplemented, Wal-Mart will notify Associates as soon as possible.
I acknowledge that I have received and read this handbook as well as this Acknowledgment, and that I have had the opportunity to ask my Manager questions about both and that I fully understand the contents of both as they relate to my employment with Wal-Mart. I understand that the information contained in this handbook are guidelines only, and are in no way to be interpreted as a contract.

Date: _____

Social Security Number: _____

Print Your Name: _____

Signature: _____

Wal-Mart-Johnson
00049

WAL★MART®

©2001 Wal-Mart Stores, Inc.

Wal-Mart-Johnson
00050