# EXHIBIT G

# 90 DAY EVALUATION

Name: Cassandra Johnson   SSN#: 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   Old Rate: 6.50   New Rate: 6.80

Job Position: Cashier

RATING: Above Standard   (Standard)   Below Standard

**Explain what the Associate has done to exceed Customer expectations.** Cassandra has helped members with by shown members delightful service buy helping merchandise, ringing merchandise.

**What has the Associate done to improve sales?** Cassandra has pointed out new merchandise. Cassandra has also used suggestive selling to compliment members items to members, or to compliment members.

**What has the Associate done to promote team building?** Cassandra is friendly, and gets along well with Cassandra has on up beat attitude that makes her comfortable to work.

**Explain what the Associate does well.** N/A Cassandra has had excellent attendance of has also had only one attendance infraction which was a tardy on 16. Cassandra needs to improve on membership for members and follow our (3) initiative to all cstm

**Explain what the Associate could do better.** Company goal of 35. Cassandra also needs to follow our (3) initiative to all cstm and the correct membership only.

**What other job functions has the Associate learned?** Cassandra has trained at the entry and exit above where and what merchandise we carry by doing returns and going at close.

**Explain what the Associate has done to improve profit.** Cassandra has sold some conversions (memberships) nice job of opening packages, this helps to reduce shrinkage.

**Explain how the Associate actively supports safe work practices and customer safety.** Cassandra wears her safety belt in Cassandra has shown good initiative in cleaning up spills, and being conscience that may arise.

**Indicate what needs to improve, when it will improve permanently, and how the Supervisor and Management will help.** I feel that I can improve on my attendance by puling myself in position to be able to come to work Sam Club in the future. on my members per hour and my uniform.

Assoc. Signature: Cassandra Johnson   Supervisor Signature: M. Van Dale   Mgmt. Signature: M. Van Dale
FILE COPY

Wal-Mart-Johnson
01157

## 90 DAY EVALUATION

SSN# 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    Old Rate 6.50    New Rate 6.80    Date of Review 12/30/96
Date of Hire 9/29/96

**RATING:**    Above Standard    (Standard)    Below Standard

**...ed Customer expectations.** Cassandra has helped members with questions, and has ...tful service by paging merchandise, ringing merchandise quickly and efficiently.

**...es?** Cassandra has pointed out new items to members, such as seasonal ...has also used suggestive selling to complement members already purchased items.

**...m building?** Cassandra is friendly, and gets along well with her co-workers. ...best attitude that makes her comfortable to work with ...

...Cassandra ...her attendance/punctuality which was a tardy on 10-19-96.
Cassandra needs to improve on members pre four currently (21.43) to the ...Cassandra also needs to play the initiative to sell extended warranties, (gas to de...The memberships, only (3) to date.

**...learned?** Cassandra has trained at the entry and exit doors, as well as learned ...has we carry by doing returns, and zoning at closing. Recently Cassandra has done a ...

**...rove profit.** Cassandra has sold some conversions (memberships), and has done a ...rages. This helps to reduce shrinkage.

**a safe work practices and customer safety.** Cassandra wears her safety belt and vest consistently. ...good initiative in cleaning up spills, and being conscious of any hazards.

**...l improve permanently, and how the Supervisor and Management will help.** ...in focus on my attendance by paying particular attention to the work schedule and I will try to improve ...have and in the future be able to join Sam's Club in attempt to pay retail pay ...

Supervisor Signature M. Van Colle    Mgmt. Signature M. Van Colle    Date 12/24/96
Cassandra [signature] 12/30/96

FILE COPY

Wal-Mart-Johnson
01158