# EXHIBIT H

WMP-12  
Rev: 7-87

**WAL-MART STORES, INC.**  
**ASSOCIATE EVALUATION FORM**

Date of Review: 3-30-97

Name: CASSANDRA JOHNSON          Social Security No. 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

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation      (2) - Periodic Review (6 month)      3 - Pay Increase-Anniversary  
4 - Promotion              5 - Pay Increase-Merit               6 - Demotion  
7 - Transfer               8 - Warning (Probation)              9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evaluation and discuss the positive and negative points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents together before filing the evaluation in the personnel file.

### GENERAL JOB PERFORMANCE

IN THE SPACE PROVIDED, DESCRIBE THE ASSOCIATE'S PERFORMANCE.

INITIATIVE - How is the associate's ability to act independently in new situation; the extent to which he/she sees what needs to be done and does it without being told?

COMMENTS: Cassandra is a very independent partner, she has a good sense of urgency and utilizes her time wisely. Cassandra is good about staying at her register and calling members over who are waiting in line.

PRODUCTIVITY - What is the actual work output of the associate relative to other associates? Consider what he/she actually produces rather than what the associate is capable of producing. Does the associate utilize preplanning and organization to increase productivity?

COMMENTS: Cassandra ensures a faster checkout for our members by calling them over to her register. Cassandra is good about prompt returns from breaks and lunches this in return increases productivity. To further increase productivity she could improve her member per hour. It is currently averaged at 27.8 mph our goal is 35 mph. Otherwise keep up the good work.

Associate Evaluation Form (Cont.)

DISCUSS THE MAJOR AREAS OF JOB PERFORMANCE NEEDING IMPROVEMENT: Cassandra could improve on selling extended warranties, practicing CWAC and using the 10ft rule.

AREAS OF JOB PERFORMANCE IMPROVED SINCE LAST EVALUATION:
Cassandra has improved on converting memberships since her 90 day review.

ASSOCIATE'S PLAN OF ACTION: ASSOCIATE, EXPLAIN THE STEPS YOU WILL TAKE TO IMPROVE ANY WEAKNESSES YOU MAY NOW HAVE:
I will try to work harder to improve my member per hr. and sales, and also try to remember to call each member by name.

CAREER GOALS: I would like to improve on all of my weaknesses and advance in the Sams family

ASSOCIATE'S COMMENTS: I enjoy working at #6330.

BASED ON THE ASSOCIATE'S PERFORMANCE OVER THE EVALUATION PERIOD, PLEASE CIRCLE THE APPROPRIATE PERFORMANCE RATING:

EXCEPTIONAL    (ABOVE STANDARD)    STANDARD    BELOW STANDARD    MARGINAL

Associate
Supervisor
Supervisor: Michelle Jones

Old Rate: N/A
New Rate: N/A
Date Signed: 3-24-97

WPK/8070-128C/0787-4

Wal-Mart-Johnson
01160

## Associate Evaluation Form (Cont.)

**EFFORT** - Describe the degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation. Does the associate work consistently?

COMMENTS: Cassandra is a very motivated cashier who is always willing to do what is asked of her. Cassandra also takes on situations without being told. Cassandra does very well at renewing members but could improve on selling warranties.

**DEPENDABILITY** - Cover the extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. Discuss amount of follow-up needed to ensure work completion.

COMMENTS: Cassandra is a very dependable associate who has an excellent attendance record. We can depend on Cassandra to perform and complete any task asked of her. Cassandra has no overs and shorts.

**JOB KNOWLEDGE** - Evaluate the associate's knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job. Does the associate utilize all resources available to help accomplish tasks?

COMMENTS: Cassandra is aware of the techniques and procedures used at our club. Cassandra is aware of codes that come up on the register such as BC, CA, B, D ect and she properly follows our check procedures. To increase her knowledge she could practice CWP.

**COOPERATIVENESS** - Is the associate willing to work harmoniously with others in getting the job done? Evaluate his/her readiness to observe and conform to the policies of Management. Does the associate maintain an attitude toward others that makes working together comfortable?

COMMENTS: Cassandra has a very good attitude always carrying a smile. Cassandra works well w/ other cashiers and service runners. We enjoy having her around! Cassandra is always willing to conform to the policies of management and makes working at Sam's comfortable.

WPK/8070-128C/0787-2

Wal-Mart-Johnson
01161

Associate Evaluation Form (Cont.)

JUDGMENT - Evaluate the associate's ability to make decisions which are sound -- has the freedom from impulsiveness and immaturity in his/her thinking; has the ability to base his/her actions on fact rather than emotion.

COMMENTS: Cassandra is a mature individual who is well liked on the front-end. She has the ability to base her actions on fact rather than emotion. As times get difficult Cassandra keeps her cool and handles situations in a business manner.

SAFETY - How are the associate's work habits as it relates to safety? Does he/she observe the rules, laws and policies regarding safety and cleanliness? Does he/she look for ways and suggest ways to improve safety of self and others? Does he/she take action on an unsafe condition even if it is not in his/her work area?

COMMENTS: Cassandra practices good safety techniques by always wearing her weight belt and proper lifting techniques. Cassandra is good about keeping her area neat and attending to spills. This ensures member safety as well as for the associates.

COURTESY TOWARDS CUSTOMERS - Cover the associate's attitude towards customer service. Does he/she show respect, consideration, cooperation for the needs and wants of the customer? Does he/she promote aggressive hospitality? Does associate greet and acknowledge all customers he/she comes in contact with? Does he/she enjoy being around the public and working with the public?

COMMENTS: Cassandra has a good attitude while at work, she speaks to the members in a respectful manner and holds friendly conversations with them while still doing her job. Cassandra is good about greeting her members but needs to improve on calling them by name and using the 10ft rule.

EVALUATION SUMMARY

DISCUSS THE ASSOCIATE'S MAJOR STRENGTHS: Cassandra is a very hard worker with an excellent attendance record. She is polite to members and fellow co-workers. Cassandra abides by store policies and procedures with little supervision. Cassandra is always a joy to have around.

WPK/8070-128C/0787-3

Wal-Mart-Johnson
01162