# EXHIBIT I

WMP-12                       WAL-MART STORES, INC.
Rev: 7-87                    ASSOCIATE EVALUATION FORM            Date of Review: 9/30/97

Name _Cassandra Johnson_                    Social Security No. _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_

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation      2 - Periodic Review (6 month)    **(3) - Pay Increase-Anniversary**
4 - Promotion              5 - Pay Increase-Merit           6 - Demotion
7 - Transfer               8 - Warning (Probation)          9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evaluation and discuss the positive and negative points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents together before filing the evaluation in the personnel file.

### GENERAL JOB PERFORMANCE

IN THE SPACE PROVIDED, DESCRIBE THE ASSOCIATE'S PERFORMANCE.

INITIATIVE - How is the associate's ability to act independently in new situation; the extent to which he/she sees what needs to be done and does it without being told?

COMMENTS: Cassandra takes the initiative to do returns, trash, and zoning during slow periods. She has learned MPU as well as "Costing". She knows how to handled situations independently, she can satisfy members without having to get reassurance that she is doing the proper procedures.

PRODUCTIVITY - What is the actual work output of the associate relative to other associates? Consider what he/she actually produces rather than what the associate is capable of producing. Does the associate utilize preplanning and organization to increase productivity?

COMMENTS: Cassandra is a productive cashier. Her m/p/h are 39 she has reached our club goal. Cassandra also does real well selling membership renewals. She could take the opportunity to focus on selling ext warr as well. Try to work on tasks such as film, and answering phones, and levels in a more timely manner.

WPK/8070-128C/0787-1

Wal-Mart-Johnson
01164

Associate Evaluation Form (Cont.)

EFFORT - Describe the degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation. Does the associate work consistently?

COMMENTS: Cassandra has done her best to be a top associate. She has taken the extra effort to learn MPU and dool procedures. Casandra could take the opportunity to work on her consistency with member service, such as answering levels and phones in a more timely matter.

DEPENDABILITY - Cover the extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. Discuss amount of follow-up needed to ensure work completion.

COMMENTS: Cassandra always completes any task asked of her and she can be relied upon to complete it properly. She needs no follow-up to ensure that her work will be complete. However she has recieved a 1st written on tardies. This is a serious issue. Please try to allow yourself enough time to get to work.

JOB KNOWLEDGE - Evaluate the associate's knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job. Does the associate utilize all resources available to help accomplish tasks?

COMMENTS: Cassandra has a good knowledge of how the front-end operates. She knows all the proper register procedures, #austerling, boxing, P.S.L.B. She also knows how to run MPU and take care of answering lights. Take the opportunity to work on increasing your productivity as far as getting members served in a timely manner.

COOPERATIVENESS - Is the associate willing to work harmoniously with others in getting the job done? Evaluate his/her readiness to observe and conform to the policies of Management. Does the associate maintain an attitude toward others that makes working together comfortable?

COMMENTS: Cassandra works very well with other associates. She will help out in other areas as well. She follows policies of management such as dress code and proper front-end procedures. Cassandra has a good attitude towards our associates, as well as our members. Work on communicating more openly w/ fellow partners in reference to daily situat

WPK/8070-128C/0787-2

Wal-Mart-Johnson
01165

Associate Evaluation Form (Cont.)

JUDGMENT - Evaluate the associate's ability to make decisions which are sound -- has the freedom from impulsiveness and immaturity in his/her thinking; has the ability to base his/her actions on fact rather than emotion.

COMMENTS: I feel Cassandra makes sound decisions when handling members and their concerns or complaints. She could take the opportunity to work on her time management skills. Cassandra could keep the refunds and phone calls to a minimum as to ensure a shorter wait at MRi

SAFETY - How are the associate's work habits as it relates to safety? Does he/she observe the rules, laws and policies regarding safety and cleanliness? Does he/she look for ways and suggest ways to improve safety of self and others? Does he/she take action on an unsafe condition even if it is not in his/her work area?

COMMENTS: Cassandra has good work habits when safety is concerned. She observes policies of management such as wearing her weight belt and vest. Cassandra helps improve safety by cleaning behind MPU, she will do safety sweeps and husky.
C.W.AP.

COURTESY TOWARDS CUSTOMERS - Cover the associate's attitude towards customer service. Does he/she show respect, consideration, cooperation for the needs and wants of the customer? Does he/she promote aggressive hospitality? Does associate greet and acknowledge all customers he/she comes in contact with? Does he/she enjoy being around the public and working with the public?

COMMENTS: Cassandra has a good attitude towards member service. She shows our members the respect and consideration they deserve. She is very friendly, and is very good at placing out 10 foot rule. Cassandra seems to enjoy working w/ the public and she is a joy to be around.

EVALUATION SUMMARY

DISCUSS THE ASSOCIATE'S MAJOR STRENGTHS: One of Cassandra's major strengths is her courtesy, and her ability to handle members with complaints and concerns. She has the ability to keep her cool when under pressure. She doesn't get stressed and she will handle the situation to the best of her ability. She also works well with other associates. She will do anything you ask of her, breaks lunchs and cleaning. She is always willing to lend a hand.

WPK/8070-128C/0787-3

Wal-Mart-Johnson
01166

Associate Evaluation Form (Cont.)

DISCUSS THE MAJOR AREAS OF JOB PERFORMANCE NEEDING IMPROVEMENT: Cassandra's sense of urgency is the major area that she could take the opportunity to improve on. Answering questions, levels, and answering phones in a timely manner while help member services.

AREAS OF JOB PERFORMANCE IMPROVED SINCE LAST EVALUATION: 10 ft. rule C.W.A.C.

Since her last evaluation Cassandra has improved on setting wallenties and renewals. She has also improved on using the 10 ft. rule. She does well at practicing C.W.A.C.

ASSOCIATE'S PLAN OF ACTION: ASSOCIATE, EXPLAIN THE STEPS YOU WILL TAKE TO IMPROVE ANY WEAKNESSES YOU MAY NOW HAVE:

I will try to improve on all of my weaknesses including the issues on which I recieved a coaching. I am currently trying to improve my sense of urgency when dealing with members and assigned tasks.

CAREER GOALS: I would like to train in a few other areas of the Club and improve on the areas I've already worked

ASSOCIATE'S COMMENTS: I've enjoyed working at Sam's, it's a very friendly environment to work in, and I hope to show improvement in my work and how I interact with my coworkers.

BASED ON THE ASSOCIATE'S PERFORMANCE OVER THE EVALUATION PERIOD, PLEASE CIRCLE THE APPROPRIATE PERFORMANCE RATING:

EXCEPTIONAL    (ABOVE STANDARD)    STANDARD    BELOW STANDARD    MARGINAL

_Cassandra Johnson_    _Mary Simons_    _Michelle ____
Associate            Supervisor          Supervisor

Old Rate           40 New Rate         8-28-97 Date Signed

WPK/8070-128C/0787-4

Wal-Mart-Johnson
01167