# EXHIBIT J

SWC 502 (8-90)   *keyed 4/3/98 no*

**SAM'S CLUB
ASSOCIATE EVALUATION FORM**

Date of Review: 9-30-98

Name: Cassandra Johnson          Social Security No. _____

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation      2 - Periodic Review (6 month)     **(3) - Pay Increase-Anniversary**
4 - Promotion              5 - Pay Increase-Merit             6 - Demotion
7 - Transfer               8 - Warning (Probation)            9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evalution and discuss the <u>positive</u> and <u>negative</u> points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents before filing the evaluation in the personnel file.

### JOB PERFORMANCE

(CIRCLE NUMBER OF RATING WHICH DESCRIBES ASSOCIATE'S PERFORMANCE)

<u>INITIATIVE</u> - The degree to which the associate acts independently in new situations; the extent to which he/she sees what needs to be done and does it without being told.

| 5 | **(4)** | 3 | 2 | 1 |
|---|---|---|---|---|
| Little or no supervision needed. Highly resourceful and aggressive. | Thinks and acts independently. Resourceful in new situation. | Initiative is satisfactory. Requires average supervision. | Requires frequent instructions. Needs close supervision. | Must be told everything to do. Takes no personal initiative. |

COMMENTS: Cassandra takes lots of initiative and can make independent decisions in any situation.

<u>PRODUCTIVITY</u> - The actual work output of the associate relative to other associates. Consider what he/she actually produces rather than what the associate is capable of producing.

| 5 | 4 | **(3)** | 2 | 1 |
|---|---|---|---|---|
| Definitely a top producer. | Produces more than most; above average. | Average output; definitely meets requirements. | Low output; below average. | Extremely low output; definitely not average. |

COMMENTS: Cassandra's IPH's are 339 which exceeds the company goal but her mph are 29 with a goal of 35.

WPK/FMS207-S/0286M-1

Wal-Mart-Johnson
01168

EFFORT - The degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | 4 | (3) | 2 | 1 |
|---|---|---|---|---|
| Intensely motivated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/she is forced to do so. |

COMMENTS: _Cassandra has satisfactory effort. Cass needs to exert some more motivation so we can get the members in + out._

DEPENDABILITY - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/herself. | More reliable than average; usually persists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistence. | Sometimes unreliable; avoids responsibility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

COMMENTS: _Cassandra shows up for work and is on time. She will complete tasks asked of her with little or no follow up. Cassandra has not attended cashier meetings._

JOB KNOWLEDGE - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

COMMENTS: _Cassandra knows her job very well and is able to train new partners when we need her or ask her too._

COOPERATIVENESS - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

COMMENTS: _Cassandra gets along with everybody in the club + well liked by the members._

WPK/FMS207-S/0286M-2

Wal-Mart-Johnson
01169

JUDGMENT - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| 5 | 4 | (3) | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider facts and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |

COMMENTS: Casandra can make sound decisions when the opportunity occurs but needs to adhere to company guidelines and policies such as attending meetings and transferring and opening boxes.

SAFETY - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Observes some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cleanliness. |

COMMENTS: Casandra is a very safety conscious person. She realizes that member safety is first. So, she will always clean what needs to be cleaned, keep it up. :)

COURTESY TOWARDS CUSTOMERS - Respect, consideration, cooperation for the needs and wants of the customer.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: Casandra has excellent people skills and is loved by all customers that go thru her line, because she will smile & laugh.

WPK/FMS207-S/0286M-3

Wal-Mart-Johnson
01170

EVALUATION SUMMARY

1. Identify what you consider to be areas that require improvement. List how these areas are to be improved and time limits within which improvements should be recognized. If you have any problems with attendance, it should be covered here.

   *Cassandra needs to show a greater effort and sense of urgency this will in turn increase her productivity/mph and be of greater service to the members.*

2. Identify what you consider to be the major strengths of the associate. These could be personal attributes, job performance or technical skills.

   *Cassandra is multitalented in her own way. She can be called to up to TMA, Service Runner, Service desk & the floor & also HBC & PhtA Club.*

3. Discuss improvement made by associate since last review as related to recommendations for improvement.

CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job responsibilties with the company? These comments should be made by the associate.

*I am trying to improve on all of my skills in all of the different area of the Club. I would like to advance in the Sams Club and remain here in this family environment.*

ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage the associate to make any comments on this evaluation. If you have questions or problems, feel free to discuss them with your supervisor. (Use blank sheet of paper for additional comments)

New Rate of Pay _____      Effective Date _____

_____  _____   9/12/98
Associate        Supervisor         Date Signed

.40 cents.

WPK/FMS207-S/0286M-4

Wal-Mart-Johnson
01171