# EXHIBIT K

Reason for this Review

[ ] 90 day    [ ] 6 month    [X] Annual    [ ] Special

SWC-502
(Rev. 7/99)

Name: *Cassandra Johnson*    Due Date: *8-30-99*
SSN: *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*    Hire Date: *9-31-99*

**SAM'S CLUB PARTNER
PERFORMANCE REVIEW**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Outstanding** Performance consistently exceeds requirements for complete competency in the job. | **Exceeds Requirements** Performance consistently meets and often exceeds the requirements for competency in the job. | **Meets Requirements** Performance consistently meets requirements for competency in the job. | **Improvement Needed** Performance sometimes meets requirements for competency, but often falls short, needs improvement. | **Below Standard** Performance falls substantially short of requirements for competency in the job. |

# Development Initiative

Rating:

**5**

1. Partner has certified in current position . . . . . . . . . . . . . [X] Yes [ ] No
2. Partner has acted as a Sponsor during the orientation process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [X] Yes [ ] No
3. Partner has cross-certified (since last evaluation) . . . . . . [X] Yes [ ] No

List Positions cross-certified

| Cashier | | |
|---|---|---|
| Service Runner | | |

**"Rating"**
3 "Yes" = Rating of 5
2 "Yes" = Rating of 4
1 "Yes" = Rating of 3
0 "Yes" = Rating of 1

Note: To be eligible for an increase, a partner needs to be certified in their current position.
(Effective:    )

# Comprehensive Performance

**Initiative**

The degree to which the Partner acts independently in new situations. The extent to which he/she sees what needs to be done and does it without being told.

Rating:

**3**

Strengths:
• Makes decisions based on what is best for the member.
• Follows Policies and practices them
• Follows procedures and other in doubt asks for assistance
• Handles complaints to the best of her ability then uses chain of command

Areas of Opportunity:
• Needs to work on sense of urgency
•

**Productivity/
Work Quality**

The actual work output of the Partner relative to others. Consider what is actually produced and the quality of the work.

Rating:

**3**

Strengths:
• Keeps area neat and clean
• Ensures paperwork is done accurately and in a timely manner
• Film is kept up and files straightened
•

Areas of Opportunity:
• Needs to push credit a
• work tableing events
• Credit #'s need to improve not
• acceptable

SAM'S CLUB          A DIVISION OF WAL-MART STORES, INC.          PAGE1

| **Effort** | The degree to which the Partner does his/her best to be a "World Class" individual (without regard to how effective he/she may be.) Consider conscientiousness and motivation. |
|---|---|
| **Rating:** | Strengths: |
| 2 | • *has the ability to be a leader*<br>• *knows what she needs to do*<br>• *to go far* |
| | Areas of Opportunity:<br>• *get motivated to be the best!*<br>• *strive for excellence* |

| **Dependability** | The extent to which the Partner can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. |
|---|---|
| **Rating:** | Strengths: |
| 3 | • *Very trustworthy*    • *Is flexible with schedule*<br>• *When ask to follow through w/ product*<br>• *completes it* |
| | Areas of Opportunity:<br>• *Needs to work on attendance* |

| **Teamwork** | Eagerness to work harmoniously with others in getting a job done. Observance of company and management policies. |
|---|---|
| **Rating:** | Strengths: |
| 5 | • *Gets along well w/ Partners*    • *Works well with members*<br>• *Follows policies*<br>• *Keeps management aware of situations* |
| | Areas of Opportunity:<br>• *Keeps lines of communication open*   • *Support fellow Partners*<br>• *Patience w/ fellow Partners* |

| **Judgment** | The extent to which the Partner makes sound decisions. Ability to base his/her actions on fact rather than emotion. |
|---|---|
| **Rating:** | Strengths: |
| 4 | • *Makes judgement calls*<br>• *Follows Procedures*<br>• *Knows and execute Refund Policy* |
| | Areas of Opportunity:<br>• *Remember to strive to help members*<br>• *200% in any way go that extra mile* |

| **Safety** | The development of work habits that prevent injury and loss, and promote cleanliness. The observation of rules, laws, and regulations regarding safety and cleanliness. |
|---|---|
| **Rating:** | Strengths: |
| 5 | • *Safety conscious Partner.*    • *Vest when needed + name badge*<br>• *Member safety comes first*   • *at all times*<br>• *Wears weight belt*    • *Keeps area clean + organized* |
| | Areas of Opportunity: |

Wal-Mart–Johnson
01173

| Member Service | Striving to exceed our Member's expectations. Respect, consideration, cooperation for the needs and wants of the Member. |
|---|---|
| Rating: **4** | **Strengths:** <br> • listens to members <br> • strives to answer questions <br> • knows policies and procedures <br> • Works out problems or concerns <br> • before calling management <br><br> **Areas of Opportunity:** <br> • Smile always <br> • Greet members before they greet you <br> • always remember we work # for <br> • the members |
| Communication | Express ideas clearly and positively, written or verbal. Ask questions when message is unclear. Actively listens. Keeps others informed. |
| Rating: **4** | **Strengths:** <br> • Very knowledgeable partner <br> • Keeps up with Policies & Procedures <br> • When in doubt asks questions <br> • Expresses ideas <br> • Creative and tries new styles of working <br> • adapt well to change <br><br> **Areas of Opportunity:** <br> Communicate with fellow partners |

# Summary

**Identify Overall Strengths:**
- Knowlegeable partner
- Exp in TMA, C.O.S, Floor zoning, HBA Hot dog Cart, Pizza club, Bakery, Demo's Personal
- Safety Conscious
- Works well with partners/member

**Identify areas of Opportunity:**
- Credit sign up #'s not acceptable need minimum 10 a week
- Need to continue working on attendance
- Sense of urgency → Cashtering to membership has improved since 7/89
- Smile + greet members before they greet you.
- Continue to push Secondaries

**Improvements since last evaluation**

| Identify the areas of Opportunity from previous review. | Discuss improvements made by Partner. |
|---|---|
| • Sense of urgency <br> • show effort | • Very little improvement made |

Wal-Mart-Johnson
01174

# Partner Comments

Career Goals – In order to help you achieve and succeed, we would like to know your goals

**1 Year**    **3 Year**

- 
- 
- 
- 
- 

Partner Comments – As a company, we strongly believe in the "Open Door Policy" and we encourage you to make any comments on this performance evaluation. If you have questions or concerns, please discuss them with your supervisor.

*[handwritten comments]*

# Evaluation Rating and Increase Calculation

**3.9** ÷ **10** = **.?**

Total Rating Points            Average Rating

Corresponding Pay Increase  .40     New Rate Of Pay  $8.50     Effective Date  9/30/99

**Signatures**

| Partner's Name | Partner's Signature | Partner's SSN | Date |
| --- | --- | --- | --- |

| Supervisor's Name | Supervisor's Signature | | Date |
| --- | --- | --- | --- |
| Madden | | | 9/30/99 |

| General Manager's Name | General Manager's Signature | | Date |
| --- | --- | --- | --- |
| | | | 10.5.99 |

SAM'S CLUB    A DIVISION OF WAL-MART STORES, INC.    PAGE4

Wal-Mart-Johnson
01175