# EXHIBIT L

# COACHING FOR IMPROVEMENT FORM

Name: Cassandra Johnson  SSN: _____  Location: _____  Dept: _____

Position: Membership/Re...Dept  Date: 3/12/01

The following was observed of this Associate's behavior and/or performance: Your attendance and productivity is well below the acceptable standards. Your credit sales are totally unacceptable and usually less than half of the 20 required for full timers.

What is the impact of this behavior/performance on customer service, other Associates, and the profitability of the operating unit? Your lack of credit sales directly effect the profitability of our club which effects renewals and sales. Your attendance problems has a direct impact on the quality of member service in a very critical area.

The behavior or performance expected next time: Achieve and/or exceed your credit expectations and attend work as scheduled.

The next level of corrective action if this behavior/performance continues will be: Decision-Making Day

Written plan of action to be completed by the Associate: I will continue to ask each member that I wait on that approaches me to apply for a Sam's Club account in a professional manner. I will try to not miss anytime from the club unless I absolutely have such illness and I'm not staying home because I don't want to work. I need my job and obligations just like everyone else here.

Associate's Comments: (1) I told George and Dawn I don't feel like I'm being treated unfairly. I'm trying to achieve my weekly goals and I feel recently I've been able to meet my goals.

|  | Print Name: | Signatures: | Level of Coaching |
|---|---|---|---|
| Associate coached: | Cassandra Johnson | [signature] | ✓ Written Coaching |
| Supervisor: | George Buly | [signature] | ___ Decision-Making Day |
| Witness: | Dawn M. Alander | [signature] |  |

Next Level of Supervision**: _____

**Only required if the Associate refuses to sign the Coaching for Improvement Form.

#9988342