# EXHIBIT M

# SAM'S CLUB HOURLY ASSOCIATE - PERFORMANCE EVALUATION - 90 day ☐ 6 Month ☐ Annual ☒

| NAME | | SOCIAL SECURITY # | | REVIEW DATE | |
|---|---|---|---|---|---|
| POSITION | | DEPT. NUMBER | | APPRAISAL PERIOD | |
| PAY LEVEL | A | CURRENT RATE | | NEW RATE | |

**INSTRUCTIONS:** Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations
No = Below Expectations

### Relates Well to Associates

| | Y/N | Give Examples |
|---|---|---|
| 1. **Communication** — *Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | Y | |
| 2. **Team Work** — *Shares knowledge. *Shares workload. *Works well in a group, equally contributing to the overall goal/task. *Exhibits cooperation with others. | Y | |
| 3. **Honesty/Integrity** — *Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | Y | |
| 4. **Kindness/Courtesy** — *Demonstrates respect and consideration for others. *Has a friendly and pleasant attitude. | Y | |

### Strives for Excellence

| | Y/N | Give Examples |
|---|---|---|
| 5. **Training** — *Is certified in current job position and proficient in job responsibilities. *Eager to learn other positions in the club. | Y | |
| 6. **Dependability** — *Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | Y | |
| 7. **Effort/Initiative** — *Tries to do the best job they can do. *Identifies what needs to be done and does it without being told. | Y | |
| 8. **Expense Control** — *Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, safety, shrink, etc. | Y | |

### Services to the Member

| | Y/N | Give Examples |
|---|---|---|
| 9. **Sense of Urgency** — *Responds quickly to instruction/direction. *Understands the importance of service and gives Members' calls, requests and questions their immediate attention. | Y | |
| 10. **10-Foot Rule** — *Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | Y | |
| 11. **Proper Dress Code** — *Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. # of Time Adjustments due to not having badge ___ | Y | |
| 12. **Exceeds Member Expectations** — *Demonstrates aggressive hospitality. *Displays a desire and readiness to go beyond what is expected to please the Member. | Y | |

### Job Standards

| | Y/N | Give Examples |
|---|---|---|
| 13. **Job Knowledge** — *Completely understands position responsibilities. *Can perform all tasks related to their job function. | Y | |
| 14. **Productivity** — *Actual output of Associate meets expectations relative to club goals and to other Associates with equal experience and job responsibilities. *Productivity Standards | Y | |
| 15. **Safety** — *Observes rules regarding safety. *Demonstrates work habits that prevent injury or loss. *Cleanliness & standards of department | Y | |
| 16. **Quality Of Work** — *Completes all job responsibilities efficiently and error-free. | Y | |

SAM'S CLUB People Group, Effective May 1, 2001

Page 1 of 2

Wal-Mart-Johnson
01176

## Section B is for Lead Level Positions only.

INSTRUCTIONS: Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations
No = Below Expectations

| | Y/N | Give Examples |
|---|---|---|
| **1. Role Model**<br>"Is an example of culture. "Supports direction of the Company and club leadership. | | |
| **2. Listens To Other Ideas/Concerns**<br>"Hears with thoughtful attention; alert to catch the meaning behind the words. "Responds quickly to issues that need to be addressed and recognizes outstanding input/ideas. | | |
| **3. Manages Department Performance**<br>"Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | | |
| **4. Mentors/Teaches**<br>"Is a trusted guide or counselor. "Educates others by instruction, demonstration or with practice. Ensures all team members are position certified. | | |

## C. Use the scoring section to determine the Associate raise.

### Scoring

**All Associates:**

Total Number of Yes's in Section A [___] out of 16

- 16 = 50 Cents
- 14 - 15 = 40 Cents
- 13 = 30 Cents
- 12 - 0 = No Increase

**Associates in Lead Positions Only:**
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856, & 910)

Total Number of Yes's in Section A [___] out of 16
Total Number of Yes's in Section B [___] out of 4
Total Yes's [___] out of 20

- 20 = 50 Cents
- 18 - 19 = 40 Cents
- 17 = 30 Cents
- 16 - 0 = No Increase

## D. 

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

### Strengths

- 
- 
- 
- 
- 

### Goals

1. 
2. 
3. 

### Comments

Associate's Name: _____ Signature: _____ Date: _____

Hourly Supervisor's Name: _____ Signature: _____ Date: _____

Salaried Supervisor's Name: _____ Signature: _____ Date: _____

Facility Manager's Name: _____ Signature: _____ Date: _____

SAM'S CLUB People Group, Effective May 1, 2001

Page 2 of 2

Wal-Mart-Johnson
01177