# EXHIBIT N

SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| NAME | [handwritten] | SOCIAL SECURITY # | | HIRE DATE | |
|---|---|---|---|---|---|
| POSITION | Cashier | DEPT. NUMBER | | APPRAISAL PERIOD/EVAL DUE DATE | |
| JOB CLASS | | CURRENT RATE | | NEW RATE | |

DATE EVAL KEYED 8/2/02 KEYED BY [initials]

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | | Yes/No | |
|---|---|---|---|
| 1. | **Communication**<br>*Expresses ideas clearly and positively (written and/or verbal) *Actively listens and asks questions if unclear. *Keeps others informed. | | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| 2. | **Team Work**<br>*Willing to teach others to meet dept goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as your own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and champion a positive attitude and spirit. |
| 3. | **Honesty/Integrity**<br>*Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| 4. | **Dependability/Responsibility**<br>*Follows up on work *Carries out assigned tasks *Accountability for work *Can be depended upon to be available and on time for work.<br>Days Absent ____ Days Tardy ____ | | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |

| | | Yes/No | |
|---|---|---|---|
| 5. | **Development**<br>*Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others ask you questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

Wal-Mart-Johnson
01178

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | |
|---|---|---|
| **6. Decision Making**<br>"Makes sound decisions based on facts and in line w/company philosophies "Evaluates alternatives and considers the impact on people, money and future outcomes "Involves others who appropriate | ☺ ☺ ☺ ☺ ☺ | Your coach/manager can trust you to make good decisions.<br>You learn from your mistakes and do not repeat them.<br>You "do your homework" before making a decision so you are confident about your choices.<br>Your coach/manager trusts that you will get him/her involved when necessary.<br>Your decisions support the company philosophy. |
| **7. Effort/Initiative**<br>"Self-starter "Works w/o detailed instruction "Challenges the status quo "Identifies what needs to be done and does it without being told. | ☺ ☺ ☺ ☺ | There is no question that you strive to do the very best job possible.<br>Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>You have a reputation for working smart and efficiently.<br>You look for more efficient ways to accomplish tasks.<br>You question procedures that are not logical. |
| **8. Expense Control**<br>"Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | ☺ ☺ ☺ ☺ ☺ | You do not waste company supplies.<br>If there is a less expensive way to doing something, you will find it.<br>You challenge others when they want to do something that costs company money or waste of company assets.<br>You consider the return on investment before pursuing something that costs company money or time.<br>You maximize your work time and don't waste time on unnecessary things. |

| | Yes/No | |
|---|---|---|
| **9. Sense of Urgency**<br>"Responds quickly to instruction/direction. "Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | ▪ ▪ ▪ ▪ ▪ | Your peers, manager and customers count on you to get things done – on time.<br>You do not have to be reminded to accomplish tasks assigned.<br>Customers feel their issues are important to you because of the urgency you place on addressing them.<br>You are focused on accomplishing work quickly.<br>You always practice the Sundown Rule. |
| **10. 10-Foot Rule**<br>"Looks everyone in the eye and greets them within 10 feet. "Calls Associates/Members by name. | ▪ ▪ ▪ ▪ ▪ | New Associates see you as an example of someone practicing the 10-Foot Rule.<br>Customers can expect you to call them by name.<br>Other Associates can expect you to speak to them when passing.<br>You are sincere when acknowledging others.<br>You practice the 10-foot Rule even during stressful times. |
| **11. Proper Dress Code**<br>"Adheres to company guidelines regarding dress code. "Maintains a clean and professional appearance. | ▪ ▪ ▪ ▪ ▪ | You always dress according to the dress code.<br>Your personal hygiene meets company guidelines.<br>You professionally address others who are outside of the dress code guidelines.<br>You have less than 2 time adjustments per year due to not having your badge.<br>You have less than 2 time adjustments due to not clocking in and out. |
| **12. Customer Service**<br>"Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. "Displays a desire and readiness to go beyond what is expected to please the customer. | ▪ ▪ ▪ ▪ ▪ | Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>You are known as an Associate who will go above and beyond to take care of a customer.<br>Your Manager has not received any complaints about you from your customers or peers.<br>You treat both members and peers as customers regarding service levels.<br>You help others give great customer service by assisting when possible. |

Wal-Mart-Johnson
01179

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | Yes/No | |
|---|---|---|
| **13. Job Knowledge**<br>*Completely understands position responsibilities. *Can perform all tasks related to their job function. *Proficient in applicable computer applications. | | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| **14. Productivity**<br>*Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. *Stays focused. | | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>Productivity expectations for your position:  Dept Numeric Goals (Cashiers Only) IPH Actual _____ IPH Goal _____ |
| **15. Flexibility/Job Adaptability**<br>*Plans and adjusts workload w/changing priorities w/a sense of urgency *Responsive to changing circumstances *Meets deadlines w/o daily supervision | | • You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| **16. Quality Of Work**<br>*Completes all job responsibilities efficiently and error-free. *Strives to improve quality of work. *Plans projects and manages time well. | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. |

| | Yes/No | Give Examples |
|---|---|---|
| **17. Role Model**<br>*Is an example of culture. *Supports direction of the Company and department's leadership. *Inspires a positive attitude in dept *Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| **18. Listens To Other Ideas/Concerns**<br>*Hears with thoughtful attention *Responds quickly to issues that need to be addressed *Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and input.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| **19. Manages Dept. Performance**<br>*Understands goals of department and works through team to accomplish objectives. *Monitors area performance on a regular basis by review of key tools of the trade. *Reacts to trends as needed. *Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

Wal-Mart-Johnson
01180

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| 20. | Mentors/Teaches |
|---|---|
| | • "Takes time to teach other Associates things they've learned. "Educates others by instruction, demonstration or with practice. |
| | • You are working to develop your replacement in anticipation of your promotion to another position. |
| | • Associates count on you to share your job knowledge to help them be successful. |
| | • You take a sincere and active role in developing others. |
| | • You invest time in teaching other associates the things you have learned. |
| | • You are a role model for continuous learning through your own personal/professional development. |

### All Associates:

Total Number of Yes's in Section A: ___ out of 16    16 = 50 cents    14 – 15 = 40 cents    13 = 30 cents    12 – 0 = No Increase

### Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A ___ out of 16
Total Number of Yes's in Section B ___ out of 4

Total Yes's ___ out of 20    20 = 50 cents    18 – 19 = 40 cents    17 = 30 cents    16 – 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

Wal-Mart-Johnson
01181

SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

Print Associate's Name: _____
Print Hourly Supervisor Name: _____
Print Manager's Name: _____
Print GM's Name: _____

Signature: _____ Date: 0?-03-02
Signature: _____ Date: 8-30-02
Signature: _____ Date: _____
Signature: _____ Date: 09-3-02

Wal-Mart-Johnson
01182