# EXHIBIT O

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| NAME | Cassandra | SOCIAL SECURITY # | 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 | HIRE DATE | |
|---|---|---|---|---|---|
| POSITION | TMP | DEPT. NUMBER | | APPRAISAL PERIOD | |
| JOB CLASS | | CURRENT RATE | | NEW RATE | |

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | Yes/No | |
|---|---|---|
| **1. Communication**<br>*Expresses ideas clearly and positively (written and/or verbal)*, *Actively listens and asks questions if unclear* "Keeps others informed. | | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| **2. Team Work**<br>"Willing to teach others to meet dept. goals, "Shares workload. "Works well in a group, equally contributes to the overall goal/task. "Cooperates w/others. | | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as you own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and champion a positive attitude and spirit. |
| **3. Honesty/Integrity**<br>"Maintains moral standards. "Demonstrates sincerity and a soundness in character. "Is reliable and trustworthy. | | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or non-productive comments or gossip. |
| **4. Dependability/Responsibility**<br>"Follows up on work "Carries out assigned tasks "Accountable for work "Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |

| | Yes/No | |
|---|---|---|
| **5. Development**<br>"Strives to improve job skills, "Strives to improve the quality of work. "Is interested and understands their role in achieving budgeted numbers. | | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others ask your questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

Wal-Mart-Johnson 01152

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| # | Category | Rating |  |
|---|---|---|---|
| 6. | **Decision Making**<br>*Makes sound decisions based on facts and in line w/company philosophies *Evaluates alternatives and considers the impact on people, money and future outcomes *Involves others when appropriate | | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. |
| 7. | **Effort/Initiative**<br>*Self-starter *Works w/o detailed instruction *Challenges the status quo *Identifies what needs to be done and does it without being told. | | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. |
| 8. | **Expense Control**<br>*Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. |

| # | Category | Yes/No |  |
|---|---|---|---|
| 9. | **Sense of Urgency**<br>*Responds quickly to instruction/direction. *Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | | • Your peers, manager and customers count on you to get things done — on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. |
| 10. | **10-Foot Rule**<br>*Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. |
| 11. | **Proper Dress Code**<br>*Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. | | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally bring to your manager's attention when others are outside dress code guidelines.<br>• You have less than 2 time adjustments this year due to forgetting your badge.<br>• You have less than 2 time adjustments this year due to forgetting to clock in and/or out. |
| 12. | **Customer Service**<br>*Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. *Displays a desire and readiness to go beyond what is expected to please the customer. | | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. |

Wal-Mart-Johnson
01153

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | Job Specific | Yes/No |
|---|---|---|
| 13. **Job Knowledge**<br>*Completely understands position responsibilities. *Can perform all tasks related to their job function. *Proficient in applicable computer applications. | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. | ✓ |
| 14. **Productivity**<br>*Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. *Stays focused. | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>• Productivity expectations for your position: _____ Dept Numeric Goals (Cashiers Only) IPH Actual _____ IPH Goal _____ | |
| 15. **Flexibility/Job Adaptability**<br>*Plans and adjusts workload w/changing priorities w/a sense of urgency. *Responsive to changing circumstances. *Meets deadlines w/o daily supervision | • You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. | |
| 16. **Quality Of Work**<br>*Completes all job responsibilities efficiently and error-free. *Strives to improve quality of work. *Plans projects and manages time well. | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. | |

| | Give Examples | Yes/No |
|---|---|---|
| 17. **Role Model**<br>*Is an example of culture. *Supports direction of the Company and department's leadership. *Inspires a positive attitude in dept *Follows company policy and direction | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. | |
| 18. **Listens To Other Ideas/Concerns**<br>*Hears with thoughtful attention *Responds quickly to issues that need to be addressed *Offers and recognizes outstanding input/ideas. | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. | |
| 19. **Manages Dept. Performance**<br>*Understands goals of department and works through team to accomplish objectives. *Monitors area performance on a regular basis by review of key tools of the trade. *Reacts to trends as needed. *Demonstrates a capacity to direct a group of associates' performance. | • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. | |

Wal-Mart-Johnson 01154

**SAM'S CLUB Performance Evaluation – Field Hourly Associates**

Effective May 1, 2002

| 20. | Mentors/Teaches |
|---|---|
| | Takes time to teach other Associates things they've learned. Educates others by instruction, demonstration or with practice. |

- You are working to develop your replacement in anticipation of your promotion to another position.
- Associates count on you to share your job knowledge to help them be successful.
- You take a sincere and active role in developing others.
- You invest time in teaching other associates the things you have learned.
- You are a role model for continuous learning through your own personal/professional development.

**All Associates:**

Total Number of Yes's in Section A: _____ out of 16

10 = 50 cents    14 – 15 = 40 cents    13 = 30 cents    12 – 0 = No Increase

**Associates in Lead Positions Only:**
(Job Codes: 100, 101, 102, 325, 510, 608, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A _____ out of 16
Total Number of Yes's in Section B _____ out of 4
Total Yes's _____ out of 20

20 = 50 cents    18 – 19 = 40 cents    17 = 30 cents    16 – 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

Wal-Mart-Johnson
01155




Use this button to clear the form before you exit. Otherwise the information you have entered will remain on the document.

Wal-Mart-Johnson
01156