# EXHIBIT P

SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective June 1, 1994

| NAME | CASSANDRA JOHNSON | SOCIAL SECURITY # | 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 | HIRE DATE | 9/30/96 |
|---|---|---|---|---|---|
| POSITION | TIRE CASHIER | DEPT. NUMBER | 50 | APPRAISAL PERIOD | YEARLY |
| JOB CLASS | 501 | CURRENT RATE | 10.64 | NEW RATE | 11.06 |

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | | Yes/No |
|---|---|---|
| 1. | **Communication** *Expresses ideas clearly and positively (written and/or verbal). "Actively listens and asks questions if unclear." "Keeps others informed."* | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| 2. | **Team Work** *"Willing to teach others to meet dept goals. "Shares workload." "Works well in a group, equally contributes to the overall positives." "Cooperates with others.* | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as you own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and churning a positive attitude and spirit. |
| 3. | **Honesty/Integrity** *"Maintains moral standards." "Demonstrates sincerity and a soundness in character." "Is reliable and trustworthy.* | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| 4. | **Dependability/Responsibility** *"Follows up on work. "Carries out assigned tasks "Accountable for work "Can be depended upon to be available and on time for work. Days Absent _____ Days Tardy _____* | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |

| | | Yes/No |
|---|---|---|
| 5. | **Development** *"Strives to improve job skills. "Strives to improve the quality of work. "Is interested and understands their role in achieving budgeted numbers* | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others ask you questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

Wal-Mart-Johnson 01147

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective June 10, 2004

| # | Category | Description | Y/N |
|---|---|---|---|
| 6. | Decision Making<br>*Makes sound decisions based on facts and in line with company philosophies. *Evaluates alternatives and considers the impact on people, money and associates/customers. *Involves others when appropriate. | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and try not to repeat them.<br>• You tell your homework before making a decision so you are confident about the choices your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. | Y |
| 7. | Effort/Initiative<br>*Self-starter *Works with detailed instruction *Challenges the status quo *Identifies what needs to be done and does it without being told. | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. | X |
| 8. | Expense Control<br>*Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. | Y |

*What's that look like [illegible handwriting]*

| # | Category | Description | Yes/No |
|---|---|---|---|
| 9. | Sense of Urgency<br>*Responds quickly to instruction/direction. *Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. | |
| 10. | 10-Foot Rule<br>*Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. | |
| 11. | Proper Dress Code<br>*Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally bring to you manager's attention when others are outside dress code guidelines.<br>• You have less than two time adjustments this year due to forgetting your badge.<br>• You have less than 2 time adjustments this year due to forgetting to clock in and/or out. | |
| 12. | Customer Service<br>*Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. *Displays a desire and readiness to go beyond what is expected to please the customer. | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. | |

*Sometimes have to be reminded [illegible handwriting]*

Wal-Mart-Johnson
01148

SAM'S C[...] Performance Evaluation: Field Hourly Associate                                  Effective June 10, 2004

## Job Specific

| | Yes/No | |
|---|---|---|
| **13. Job Knowledge**<br>"Completely understands position responsibilities. "Can perform all tasks related to their job function. "Proficient in applicable computer applications. | Y | Your coach/manager trusts you to do a good job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates count on you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| **14. Productivity**<br>"Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. "Stays focused. | Y | Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>• Productivity expectations for your position:  Dept. Numeric Goals (Cashiers Only) IPH Actual ___ IPH Goal ___ |
| **15. Flexibility/Job Adaptability**<br>"Plans and adjusts workload w/changing priorities w/a sense of urgency. "Responsive to changing circumstances "Meets deadlines w/o daily supervision. | | • You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| **16. Quality Of Work**<br>"Completes all job responsibilities efficiently and error-free. "Strives to improve quality of work. "Plans projects and manages time well. | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. |

| | Yes/No | Give Examples |
|---|---|---|
| **17. Role Model**<br>"Is an example of culture. "Supports direction of the Company and department's leadership. "Inspires a positive attitude in dept. "Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| **18. Listens To Other Ideas/Concerns**<br>"Hears with thoughtful attention "Responds quickly to issues that need to be addressed "Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| **19. Manages Dept. Performance**<br>"Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

Wal-Mart-Johnson
01149

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Ehr... June 10, 2004

**Mentors/Teaches** — Y

- Sets time to teach other Associates things through... learned.
- Teaches others by instruction, demonstration or with practice.
- You are willing to develop your replacement in anticipation of your promotion to another position.
- Associates... count on you to share your... knowledge to help them be successful.
- You take an... role and active role in developing others.
- You invest time in teaching other associates the things you have learned.
- You are a role model for continuous learning through your own personal/professional development.

**Comments:**
Teaches others very good.

### All Associates:

Total Number of Yes's in Section A:  ___ out of 16     16 = 55 cents     13 – 15 = 40 cents (circled)     12 – 0 = No Increase

### Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A   ___ out of 16
Total Number of Yes's in Section B   ___ out of 4
Total Yes's                         ___ out of 20     20 = 55 cents     17 – 19 = 40 cents     16 – 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

Wal-Mart-Johnson
01150



SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective June 10, 2004

| | | |
|---|---|---|
| Print Associate's Name: | CASSANDRA JOHNSON | Signature: _____ Date: 9-08-04 |
| Print Hourly Supervisor's Name: | JOHNNY REVIS | Signature: _____ Date: 9-08-04 |
| Print Manager's Name: | JEREMY STONE | Signature: _____ Date: 9-08-04 |
| Print GM's Name: | CORNELL RANDOLPH | Signature: _____ Date: 9-08-04 |

Use this button to clear the form before you exit. Otherwise the information you have entered will remain on the document.

Wal-Mart–Johnson 01151