# EXHIBIT Q

Associate's Commendation Form

Name: CASSANDRA JOHNSON          SS# 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    Facility# 6330
Date Hired: 09/30/1996           Position: Cashier (all)

This form is to be used to recognize any action for which Associates personnel information is changed.

---

‡ Pay increase due to rollout of new Pay Structure on 06/12/2004.

---

If a change in pay class occurs please fill out the following:

Position:     From: Cashier (all)      To: Cashier (all)
Department:   From: 50                 To: 50
Job Code:     From: 501                To: 501
Hourly Rate:  From: 10.00              To: 10.66
Pay Class:    From: 1                  To: 3

Associate Signature: _____   Date: 6/4/04

Facility Manager
Signature: _____   Date: 6-8-2004

*********************************************************************
** Do NOT key these adjustments into SMART. The system will automatically **
** load them the evening of 06/12/2004                                    **
*********************************************************************

Effective Date: 06/12/2004 retroactive to 05/29/2004