# EXHIBIT R



1

```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

CASSANDRA JOHNSON,                )
     Plaintiff,                   )
                                  )
         v.                       )  C.A. No.
                                  )  04-1450 (JJF)
WAL-MART STORES, INC.,            )
a Delaware corporation,           )
     Defendant.                   )
```

Deposition of **JOHNNY REVIS**, taken before Cheryl A. Anthony, Court Reporter, in the law offices of Schmittinger & Rodriguez, 414 South State Street, Dover, Delaware, on Wednesday, June 22, 2005, beginning at 9:35 a.m.

APPEARANCES:

    SCHMITTINGER & RODRIGUEZ, PA
    BY:  NOEL E. PRIMOS, ESQUIRE
    414 South State Street
    Dover, Delaware  19901
    Attorney for Plaintiffs.

    BALLARD, SPAHR, ANDERS & INGERSOLL, LLP
    BY:  FARRAH I. GOLD, ESQUIRE
    919 North Market Street
    17th Floor
    Wilmington, Delaware  19801
    Attorney for Defendant.

**ORIGINAL RETAINED BY NOEL E. PRIMOS, ESQUIRE**

---

**ANTHONY REPORTING**
PO Box 234
**Dover, Delaware  19903**
**(302) 674-8884**

1      A.      Let me see.  August 8th, I have been
2  there -- it will be two years at Sam's.
3      Q.      So 2003?
4      A.      Yes.
5      Q.      That would be August 8th of 2003?
6      A.      Yes, uh-huh.
7      Q.      And immediately prior to coming to Sam's,
8  where were you employed?
9      A.      Sears.
10     Q.      What was your position at Sears?
11     A.      I was like a customer service manager,
12 salesman.
13     Q.      Was that in some particular department?
14     A.      Automotive.
15     Q.      Automotive?
16     A.      Uh-huh.
17     Q.      Does that include tire service?
18     A.      Yes, tire service, alignment, rims, tires,
19 all of your little accessories for automobiles.
20     Q.      Was that at the Sears at the Dover Mall?
21     A.      Yes.
22     Q.      Okay.  How long did you hold that position
23 of customer service manager and salesman?
24     A.      I mean it was off and on on that, because

1  they wanted me to do this and this.  I guess for about
2  three and a half years I got put on that, maybe a little
3  bit more.
4      Q.   Now, were you employed in some other
5  position at Sears prior to that?
6      A.   No, no.
7      Q.   So the total amount of time that you worked
8  at Sears prior to coming to Sam's Club was three and a
9  half years?
10     A.   It was five and a half years at Sears, but I
11 was a tire tech, also.
12     Q.   So a total of five and a half years of
13 employment?
14     A.   Yes, sir.
15     Q.   And during the last three and a half years,
16 roughly --
17     A.   I was the customer service manager, yeah.
18     Q.   -- you were the customer service manager?
19     A.   Uh-huh.
20     Q.   Okay.  Now, prior to working at Sears, had
21 you had any other experience as a tire tech, or was that
22 the first time that you worked as a tire tech?
23     A.   Unh-unh.
24     Q.   Okay.  Remember, you have to say yes or no

1  for the record.
2      A.   You said do I have any more experience than
3  a tire tech?
4      Q.   Prior to working at Sears, where you said
5  first you started out as a tire tech and then you
6  eventually moved up to customer service manager, had you
7  had any previous experience as a tire tech?
8      A.   Yes.
9      Q.   And where was that?
10     A.   I worked at -- let me see -- Goodyear.
11     Q.   What location?
12     A.   That was in -- Let me see where that was.  I
13 think that was Fairfax County, Virginia.  It was Cravens
14 Tires.  That was the name of the company.  That was the
15 company.  It was Goodyear.
16     Q.   Cravens Tires?
17     A.   Cravens Tires.
18     Q.   Do you remember roughly the years that you
19 were there?
20     A.   No.  I can't remember.
21     Q.   About how long were you there?  Do you
22 recall?
23     A.   I can't even recall how long I was there.
24     Q.   What about any other experience as a tire

1   tech?

2   A.   I was at Merchant Tire Company.

3   Q.   Merchant?

4   A.   Merchant, yes.

5   Q.   Where was that located?

6   A.   That was at Arlington, Virginia.

7   Q.   Arlington, Virginia?

8   A.   Uh-huh.

9   Q.   About how long -- do you remember -- were
10  you there?

11  A.   That was in my youth days. That was so far
12  back, I can't even remember.

13  Q.   And that would have been when? In the '80s?
14  '70s?

15  A.   Pretty much in the '80s.

16  Q.   In the '80s?

17  A.   Yes.

18  Q.   Any other places where you have gained that
19  type of experience?

20  A.   I can't recollect at this time. I can't
21  think.

22  Q.   Okay. Prior to being the customer service
23  manager at Sears there for those three and a half years,
24  prior to that time had you ever had experience as a

1    A.    Unh-unh.

2    Q.    Okay. Now, when you were the customer
3 service manager at Sears, can you just describe for me
4 what were your duties in that position?

5    A.    My duties in that position was service the
6 customer, make sure they let the customer know what
7 progress is going on with their vehicle, make sure that
8 everybody is doing their job, make sure the mechanic has
9 the parts that they need, make sure everything is
10 pre-stocked on the shelves. We have a young man to do
11 that. It was just maintain the floor -- that's the main
12 thing -- and make sure everybody is doing what they are
13 supposed to do.

14    Q.    Now, when you say make sure everybody is
15 doing what they are supposed to do--

16    A.    The job.

17    Q.    -- who are you referring to?

18    A.    The job, the people working in the tire
19 department.

20    Q.    The tire department, specifically?

21    A.    Yes. That's where I was working.

22    Q.    I thought you said you worked in automotive,
23 which dealt with things such as oil changes and other
24 things.

1  A. Yes, tires, too.

2  Q. But also oil changes?

3  A. Yes.

4  Q. Did they do mechanical work?

5  A. Yes. They did mechanical work, front end
6  work, alignments, brakes.

7  Q. So they did other things besides tires there
8  at Sears?

9  A. Yes.

10 Q. Now, when you say you made sure all of the
11 employees were doing what they were supposed to be
12 doing, would that include the mechanics, as well?

13 A. Uh-huh.

14 Q. Remember, you have to make --

15 A. Yes, yes.

16 Q. I know it's hard to remember that sometimes,
17 because we are in a conversation here.

18 A. Yes.

19 Q. Now, about how many employees were you
20 responsible for supervising at Sears when you were the
21 customer service manager?

22 A. Maybe eight.

23 Q. Eight employees were under you?

24 A. Uh-huh.

13

| | | |
|---|---|---|
| 1 | Q. | And how many of those were mechanics? |
| 2 | A. | There was three. |
| 3 | Q. | Three? What were the other employees? |
| 4 | A. | We got tire techs in there. |
| 5 | Q. | And a tire tech is someone different than a mechanic then? |
| 7 | A. | Yes. The tire tech means he is all tires and batteries. |
| 9 | Q. | Okay. So you had three tire techs. How many mechanics did you have under you? |
| 11 | A. | Maybe three of them. |
| 12 | Q. | Any other types of employees that were under you? |
| 14 | A. | We have sales associates on the floor out front. |
| 16 | Q. | Okay. When you started at Sam's, what position did you start in? |
| 18 | A. | Tire tech. |
| 19 | Q. | And that was in August of '03, right? |
| 20 | A. | Uh-huh, yes, sir. |
| 21 | Q. | What was your pay rate at that time? |
| 22 | A. | I can't remember. |
| 23 | Q. | Was it the same as what you had been making at Sears -- |

tell jokes?

   A.   Well, I joke with everybody.

   Q.   That is just your personality?

   A.   That is just my personality, yes, sir.

   Q.   Did you ever direct your jokes particularly at Ms. Johnson?

   A.   No.

   Q.   You never did?

   A.   No.

   Q.   Did you ever make any comments about Ms. Johnson's weight?

   A.   No.

   Q.   You never did?

   A.   No.

   Q.   Did you ever refer to Ms. Johnson as a bear?

   A.   Us guys, we was talking about what kind of animal do each of us look like. I said I look like so-and-so, and so-and-so say they look like this. And someone says: What do you think Cassandra looks like? I said a big bear, and that was all. It was just a joke thing. We all had a conversation. That's it. It was over with.

   Q.   Okay. You said that Ms. Johnson looked like a big bear. Now, was Ms. Johnson present when you said

```
 1  that?
 2       A.    No.
 3       Q.    She wasn't present?
 4       A.    No.
 5       Q.    It was just the men in the department that
 6  were present?
 7       A.    Yes.
 8       Q.    Now, when you said that, did they laugh?
 9       A.    Yes.  We all laughed.
10       Q.    They all laughed?
11       A.    Yes.  We all laughed.
12       Q.    Okay.  Do you ever remember an occasion
13  where Ms. Johnson had been out in the heat -- it was in
14  the summertime -- and she had been out and she had
15  gotten hot and maybe a little sweaty.  And there was
16  like a pole or a wall in the inside area and she was
17  sort of scratching herself against this pole, and you
18  said:  That is what bears do?
19       A.    No.
20       Q.    You never said that?
21       A.    No.
22       Q.    Okay.  During this conversation when you
23  were comparing employees to different animals, do you
24  remember anything that you said about any other employee
```

1  besides Ms. Johnson, as far as comparing them to an
2  animal?
3      A.  What do you mean by that?
4      Q.  You said that Ms. Johnson reminded you of a
5  big bear, and everyone laughed. Do you remember a
6  comparison that you made with any other employee, like
7  you look like a such-and-such and you remind me of a
8  such-and-such?
9      A.  What do you mean?
10     Q.  Like was there another employee that you
11 said: You remind me of a cat?
12     A.  Yes. Jeremy said I look like a seal. I
13 said: That's pretty good. I look like an old sea lion.
14 I said yeah. We was laughing.
15     Q.  I understand. But we are talking about what
16 you said that someone else looked like. Other than
17 Ms. Johnson and you said she looked like a big bear, did
18 you say anyone else looked like a particular type of
19 animal?
20     A.  I might have had. I could have told Gary:
21 You look like Tweety Bird. And he said: All right. I
22 will take that. We were laughing and having a
23 conversation.
24     Q.  There was one male employee that you said he

1   looked look Tweety Bird?

2      A.   Yes.  We were all laughing.

3      Q.   I am trying to --

4      A.   I understand.

5      Q.   I am trying to find out.  Specifically, were
6   there any other employees that you indicated they
7   reminded you of a particular type of animal?

8      A.   Yes.  There was quite a few.

9      Q.   Can you give me some specific examples in
10  that conversation?

11     A.   I told Gary he looked like Tweety Bird.  We
12  joked around.  He said:  Well, you look like so-and-so.

13     Q.   Now, when you say so-and-so, he said, you
14  look like so-and-so, what?  You look like what animal?

15     A.   Then I said --

16     Q.   No.  He didn't use so-and-so, because
17  so-and-so is not an animal.

18     A.   I said it to him.  That is a figure of
19  speech.

20     Q.   I understand. But I'm trying to get you to
21  tell me or explain to me specific examples.  What was
22  said about different employees and what animals they
23  resembled in that conversation?

24     A.   Well, then I got Greg Scott.  He said he

1  looked like a lion.  I said:  Yeah, you do a lot of
2  roaring.
3       Q.    Who said --
4       A.    Scott.
5       Q.    Who said who looked like a lion?
6       A.    Yes.  I said:  You represent a lion, because
7  you do a lot of roaring.  We were just having a friendly
8  conversation thing.  That's it.
9       Q.    You said to him:  You look like a lion,
10 because you do a lot of roaring?
11      A.    Yes.
12      Q.    When you said Ms. Johnson looked like a big
13 bear --
14      A.    No.
15      Q.    -- did you explain why you said that?
16      A.    No, not to my recollection.  I don't know.
17      Q.    Other than this comment that Ms. Johnson
18 looked like a big bear, did you ever make any comments
19 referring to her weight?
20      A.    No.
21      Q.    Did you ever make any comments about any
22 other employee's weight?
23      A.    No.
24      Q.    Do you remember a conversation that you had

Case 1:04-cv-01450-JJF    Document 30-21    Filed 10/31/2005    Page 15 of 16

34

1  with Ms. Johnson when you were the team lead, where you
2  showed her a picture of a full-figured woman --
3      A.   No.
4      Q.   -- and you made a comment about that?
5      A.   No.  I haven't showed nothing to
6  Ms. Johnson.
7      Q.   You didn't do what?
8      A.   I didn't show no pictures to Ms. Johnson.
9      Q.   Did you show a similar type picture to other
10 employees?
11     A.   To a couple of boys in the back.
12     Q.   You showed a full-figured woman picture to
13 the boys in the back?
14     A.   Yes.
15     Q.   When was that?  Do you remember?
16     A.   No.  I can't remember that.  It was just
17 something I showed to the guys in the back.  And then
18 they said:  I don't believe this.
19     Q.   Who said:  I don't believe this?
20     A.   The guys in the back, I was showing it to
21 them.  We was all standing around.  And I said:  I got
22 this.  My cousin gave it to me off the Internet.
23          And I said:  Look at this.  They looked at
24 it, and they said:  This ain't real.  I said:  All

1  right.  We got to get to work, you all.  I took the
2  paper and threw it in the trash.  We were all done with
3  that.
4       Q.   Did you all have some laughs over it?
5       A.   Yes.  We all had some laughs.  We were like:
6  Wow.  Someone must have made it up.  That was it.
7       Q.   And when you showed this to the guys, did
8  you say:  This looks like Ms. Johnson?
9       A.   No.  No, sir, no, sir.
10      Q.   Where was Ms. Johnson at the time?
11      A.   I think she was off that day.  To my
12 recollection, I think she was off.
13      Q.   But you are not sure?
14      A.   I am not sure, but she wasn't around where
15 we was at at that time, at that point.
16      Q.   Do you ever remember any occasions where
17 Ms. Johnson was somewhere else in the store and you were
18 speaking over the intercom, saying:  Ms. Johnson, where
19 are you?  You need to be here in the tire center?
20           Do you ever remember any occasions where
21 that happened?
22      A.   No.  All I called for is breaks, because
23 sometimes you take breaks too long.  That's all I do.  I
24 page them on the intercom and say:  You need to come to