# EXHIBIT S

CONFIDENTIAL
Wal-Mart-Johnson 000338

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

| NAME | JOHNNY REVIS | SOCIAL SECURITY # | | HIRE DATE | 08/06/2003 |
|---|---|---|---|---|---|
| POSITION | TIRE CENTER | DEPT. NUMBER | 816 | APPRAISAL PERIOD | 90 DAY |
| JOB CLASS | 100 | CURRENT RATE | | NEW RATE | |

Effective May 1, 2002

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | Yes/No |
|---|---|
| **1. Communication** *Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | • Your coach/manager is kept informed of the decisions you make in your job. • Your coach/manager knows what you are struggling with and what is working well. • You ask questions when you don't know something or need additional information. • Customers have/develop a positive and professional image of your department during/after your communication with them. • You maintain appropriate records and documentation necessary for your job. |
| **2. Team Work** *Willing to teach others to meet dept. goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | • Your coach/manager counts on you to help keep the team positive and productive. • You complete your share of the workload and when finished, actively help others with their workload. • You focus on and help achieve the team goals as well as you own. • You have a positive working relationship with other team members. • You participate in team meetings and champion a positive attitude and spirit. |
| **3. Honesty/Integrity** *Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | • Your peers, managers and customers trust you. • You are viewed as someone who will always do the right thing. • You can be trusted with confidential business information and company assets. • You challenge things that are wrong or unethical in an appropriate manner. • You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| **4. Dependability/Responsibility** *Follows up on work. *Carries out assigned tasks. *Accountable for work. *Can be depended upon to be available and on time for work. Days Absent ____ Days Tardy ____ | • Your peers and managers trust you to carry your share of the workload. • Your coach/manager can count on you to be at work and on time. • Your attendance is within company guidelines. • No active coachings at any level. • You follow up on projects or tasks until you are certain completion or closure is accomplished. |
| **5. Development** *Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge. • Others ask you questions when they need information about how to do their job well. • You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill. • You have completed at least 2 training courses or you have achieved 2 certifications. • You actively challenge yourself to learn more. |

Wal-Mart-Johnson 04399

CONFIDENTIAL

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| # | Category | | Yes/No |
|---|---|---|---|
| 6. | **Decision Making**<br>"Makes sound decisions based on facts and in line w/company philosophies" "Evaluates alternatives and considers the impact on people, money and future outcomes" "Involves others when appropriate" | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. | |
| 7. | **Effort/Initiative**<br>"Self-starter" "Works w/o detailed instruction "Challenges the status quo" "Identifies what needs to be done and does it without being told" | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. | |
| 8. | **Expense Control**<br>"Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. | |
| 9. | **Sense of Urgency**<br>"Responds quickly to instruction/direction. "Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | • Your peer, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. | |
| 10. | **10-Foot Rule**<br>"Looks everyone in the eye and greets them within 10 feet.<br>"Calls Associates/Members by name. | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. | |
| 11. | **Proper Dress Code**<br>"Adheres to company guidelines regarding dress code.<br>"Maintains a clean and professional appearance. | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally bring to you manager's attention when others are outside dress code guidelines.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You have less than two time adjustments this year due to forgetting your badge. | |
| 12. | **Customer Service**<br>"Demonstrates a willingness to help any customer, internal and external, witnessed, consideration and helpfulness. "Displays a desire and readiness to go beyond what is expected to please the customer. | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• You have less than 2 time adjustments this year due to forgetting to clock in and/or out.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. | |

CONFIDENTIAL
Wal-Mart-Johnson
01340

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

## Job Performance

| | Yes/No | |
|---|---|---|
| **13. Job Knowledge**<br>*Completely understands position responsibilities. *Can perform all tasks related to their job function. *Proficient in applicable computer applications. | | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| **14. Productivity**<br>*Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. | | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>• Productivity expectations for your position:<br>   Dept Numeric Goals (Cashiers Only) IPH Actual _____ IPH Goal _____ |
| **15. Flexibility/Job Adaptability**<br>*Plans and adjusts workload w/changing priorities w/a sense of urgency *Responsive to changing circumstances *Meets deadlines w/o daily supervision | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| **16. Quality Of Work**<br>*Completes all job responsibilities efficiently and error-free. *Strives to improve quality of work. *Plans projects and manages time well. | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. |

| | Yes/No | Give Examples |
|---|---|---|
| **17. Role Model**<br>*Is an example of culture. *Supports direction of the Company and department's leadership. *Inspires a positive attitude in dept *Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| **18. Listens To Other Ideas/Concerns**<br>*Hears with thoughtful attention *Responds quickly to issues that need to be addressed *Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| **19. Manages Dept. Performance**<br>*Understands goals of department and works through team to accomplish objectives. *Monitors area performance on a regular basis by review of key tools of the trade. *Reacts to trends as needed. *Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

Wal-Mart-Johnson
CONFIDENTIAL

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | |
|---|---|---|
| 20. Mentors/Teaches | | • You are working to develop your replacement in anticipation of your promotion to another position. |
| *Takes time to teach other Associates things they've learned. | | • Associates count on you to share your job knowledge to help them be successful. |
| *Educates others by instruction, demonstration or with practice. | | • You take a sincere and active role in developing others. |
| | | • You invest time in teaching other associates the things you have learned. |
| | | • You are a role model for continuous learning through your own personal/professional development. |

### All Associates:

Total Number of Yes's in Section A: ▓▓▓ out of 16

16 = 50 cents    14 – 15 = 40 cents    13 = 30 cents    12 – 0 = No Increase

### Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A    ▓▓ out of 16
Total Number of Yes's in Section B    ▓▓ out of 4

Total Yes's    ▓▓ out of 20

20 = 50 cents    18 – 19 = 40 cents    17 = 30 cents    16 – 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments.

Additional comments may be attached on a separate sheet of paper.

CONFIDENTIAL

Effective May 1, 2002

**SAM'S CLUB Performance Evaluation – Field Hourly Associates**

| | | |
|---|---|---|
| Print Associate's Name: Johnny Kevis | Signature: [illegible] | Date: 10-28-03 |
| Print Hourly Supervisor's Name: | Signature: | Date: |
| Print Manager's Name: [illegible] | Signature: [illegible] | Date: 10-29-03 |
| Print GM's Name: [illegible] | Signature: [illegible] | Date: |

Use this button to clear the form before you exit. Otherwise the information you have entered will remain on the document.

Wal-Mart-Johnson
CONFIDENTIAL

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

| NAME | JOHNNY REVIS | SOCIAL SECURITY # | | HIRE DATE | 8/6/2003 |
|---|---|---|---|---|---|
| POSITION | TIRES | DEPT. NUMBER | 50 | APPRAISAL PERIOD | 8 MONTHS |
| JOB CLASS | 814 | CURRENT RATE | | NEW RATE | |

Instructions: Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

## Respect for the Individual

| | | Yes/No |
|---|---|---|
| 1. | **Communication** — "Expresses ideas clearly and positively (written and/or verbal). "Actively listens and asks questions if unclear. "Keeps others informed. | Y |
| | • Your coach/manager is kept informed of the decisions you make in your job. | |
| | • Your coach/manager knows what you are struggling with and what is working well. | |
| | • You ask questions when you don't know something or need additional information. | |
| | • Customers have/develop a positive and professional image of your department during/after your communication with them. | |
| | • You maintain appropriate records and documentation necessary for your job. | |
| 2. | **Team Work** — "Works well in a group, equally contributes to the overall goal/task. "Cooperates w/others. | Y |
| | • Your coach/manager counts on you to help keep the team positive and productive. | |
| | • You complete your share of the workload and when finished, actively help others with their workload. | |
| | • You focus on and help achieve the team goals as well as you own. | |
| | • You have a positive working relationship with other team members. | |
| | • You participate in team meetings and champion a positive attitude and spirit. | |
| 3. | **Honesty/Integrity** — "Maintains moral standards. "Demonstrates sincerity and a soundness in character. "Is reliable and trustworthy. | Y |
| | • Your peers, managers and customers trust you. | |
| | • You are viewed as someone who will always do the right thing. | |
| | • You can be trusted with confidential business information and company assets. | |
| | • You challenge things that are wrong or unethical in an appropriate manner. | |
| | • You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. | |
| 4. | **Dependability/Responsibility** — "Follows up on work. "Carries out assigned tasks. "Accountable for work. "Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | Y |
| | • Your coach/manager can count on you to be at work and on time. | |
| | • Your attendance is within company guidelines. | |
| | • No active coachings at any level. | |
| | • You follow up on projects or tasks until you are certain completion or closure is accomplished. | |
| **Comments:** Enstills Team Work in his cowerkers. Dependable, Friendly, Very Responsible | | |

| | | Yes/No |
|---|---|---|
| 5. | **Development** — "Strives to improve job skills. "Strives to improve the quality of work. "Is interested and understands their role in achieving budgeted numbers. | |
| | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge. | |
| | • Others ask you questions when they need information about how to do their job well. | |
| | • You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill. | |
| | • You have completed at least 2 training courses or you have achieved 2 certifications. | |
| | • You actively challenge yourself to learn more. | |

Effective May 1, 2002

CONFIDENTIAL
Wal-Mart-Johnson

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | Yes/No |
|---|---|---|
| **6. Decision Making** "Makes sound decisions based on facts and in line w/company philosophies" "Evaluates alternatives and considers the impact on people, money and future outcomes" "Involves others when appropriate | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. | y |
| **7. Effort/Initiative** "Self-starter" "Works w/o detailed instruction" "Challenges the status quo" "Identifies what needs to be done and does it without being told. | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. | y |
| **8. Expense Control** "Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maintain your work area and don't waste time on unnecessary things. | y |
| Comments: Makes sound decisions Exercises good expense controls [illegible] | | |
| **9. Sense of Urgency** The [illegible] quickly to instruction/direction. [illegible] Importance of service and greets Cli (IRS/Members) calls, requests and questions their immediate attention. | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers can expect their issues are important to you because of the urgency you place on addressing them.<br>• You are sincere when acknowledging others.<br>• You always practice the 10-foot Rule even during stressful times. | y |
| **10. 10-Foot Rule** "Looks everyone in the eye and greets them within 10 feet. "Calls Associates/Members by name. | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• You always dress according to the dress code.<br>• Customers can expect you to call them by name. | y |
| **11. Proper Dress Code** [illegible] to company guidelines, wearing dress cod's. Maintains a clean and professional appearance. | • Your personal hygiene meets company guidelines.<br>• You professionally bring to your manager's attention when others are outside dress code guidelines.<br>• You have less than two time adjustments this year due to forgetting your badge.<br>• You have less than 2 time adjustments this year due to forgetting to clock in and/or out. | y |
| **12. Customer Service** "Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness." "Displays a desire and readiness to go beyond what is expected to please the customer. | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. | y |
| Comments: [illegible handwriting] | | |

CONFIDENTIAL
Wal-Mart-Johnson
01346

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

## Job Specific

| | Yes/No |
|---|---|
| **13. Job Knowledge**<br>"Completely understands position responsibilities. "Can perform all tasks related to their job function. "Proficient in applicable computer applications. | Y |
| • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. | |
| **14. Productivity**<br>"Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. "Stays focused. | Y |
| • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>Productivity expectations for your position: _____ Dept Numeric Goals (Cashiers Only) IPH Actual _____ IPH Goal | |
| **15. [Dependability]**<br>[illegible] | Y |
| • You are [illegible] important now and can be trusted to meet deadlines<br>• [illegible]<br>• [illegible]<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can exit all job roles if necessary to accomplish the work. | |
| **16. Quality Of Work**<br>"Completes all job responsibilities efficiently and error-free. [illegible] | Y |
| • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching<br>• You are committed to doing things right the first time.<br>• [illegible]<br>• [illegible]<br>• You work to improve your skills to deliver an even higher quality of work. | |
| **17. Role Model**<br>[illegible] culture. [illegible] a positive attitude in company [illegible] leadership. [illegible] a positive attitude in dept. "Follows company policy and direction | Y |
| • Other associates look to you for leadership and guidance.<br>• [illegible] positive attitude in your department.<br>• [illegible] someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. | |
| **18. Listens To Other Ideas/Concerns**<br>[illegible] with thoughtful attention "Responds quickly to issues that need to be addressed "Offers and recognizes outstanding input/ideas. | Y |
| • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. | |
| **19. Manages Dept. Performance**<br>"Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | Y |
| • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You meet or exceed your department specific goals.<br>• You actively deal with poor performance issues in a timely manner. | |

Give Examples –

good job knowledge

Very productive Easiers [illegible]

[illegible] associates stays productive

CONFIDENTIAL

Wal-Mart-Johnson 01346

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | |
|---|---|---|
| **20. Mentors/Teaches**<br>*Takes time to teach other Associates things they've learned.<br>*Educates others by instruction, demonstration or with practice. | Y | • You are working to develop your replacement in anticipation of your promotion to another position.<br>• Associates count on you to share your job knowledge to help them be successful.<br>• You take a sincere and active role in developing others.<br>• You invest time in teaching other associates the things you have learned.<br>• You are a role model for continuous learning through your own personal/professional development. |

**Comments:**

Johnny is a good role model for the tire shop. He does an excellent job at Mentoring & teaching his associates.

**All Associates:**

Total Number of Yes's in Section A. 16 out of 16 — 16 = 50 cents — 15 - 14 = 40 cents — 13 = 30 cents — 12 – 0 = No Increase

**Associates in Lead Positions Only:**
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 850 & 910)

20 = 50 cents — 19 - 18 = 40 cents — 17 = 30 cents — 16 – 0 = No Increase

Total Number of Yes's in Section A 16 out of 16
Total Number of Yes's in Section B 4 out of 4
Total Yes's 20 out of 20

List the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments.
Additional comments may be attached on a separate sheet of paper.

| Strengths: | Opportunities: |
|---|---|
| Attitude — Flexibility<br>Leadership — Reliability<br>Communication — Effort. | Learn more computer Applications<br>Get more comfortable with online coachings |
| **Goals:** | **Comments:** |
| | |

CONFIDENTIAL

Wal-Mart-Johnson
01347

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Print Associate's Name: Johny Reus      Signature: [signed]      Date: 1-25-04

Print Hourly Supervisor's Name: _____      Signature: _____      Date: _____

Print Manager's Name: Jimmy D Stone      Signature: [signed]      Date: _____

Print GM's Name: [signed] Connell      Signature: [signed]      Date: _____

Use this button to clear the form before you exit. Otherwise the information you have entered will remain on the document.

[Clear Form]

Effective May 1, 2002

CONFIDENTIAL
Wal-Mart-Johnson
01348

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

| | | |
|---|---|---|
| NAME JOHNNY REVIS | SOCIAL SECURITY # ...-..-... 50.. | HIRE DATE 8/6/03 |
| POSITION TMA LEAD | DEPT. NUMBER | APPRAISAL PERIOD YEARLY |
| JOB CLASS 814 | CURRENT RATE | NEW RATE 11.96 |

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | | Yes/No |
|---|---|---|
| **1. Communication** | • Your coach/manager is kept informed of the decisions you make in your job. | |
| *Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | • Your coach/manager knows what you are struggling with and what is working well. | |
| | • You ask questions when you don't know something or need additional information. | |
| | • Customers have/develop a positive and professional image of your department during/after your communication with them. | |
| | • You maintain appropriate records and documentation necessary for your job. | |
| **2. Team Work** | • Your coach/manager counts on you to help keep the team positive and productive. | |
| *Willing to teach others to meet dept goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | • You complete your share of the workload and when finished, actively help others with their workload. | |
| | • You focus on and help achieve the team goals as well as you own. | |
| | • You have a positive working relationship with other team members. | |
| | • You participate in team meetings and champion a positive attitude and spirit. | |
| **3. Honesty/Integrity** | • Your peers, managers and customers trust you. | |
| *Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | • You are viewed as someone who will always do the right thing. | |
| | • You can be trusted with confidential business information and company assets. | |
| | • You challenge things that are wrong or unethical in an appropriate manner. | |
| | • You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. | |
| **4. Dependability/Responsibility** | • You follow up on projects or tasks until you are certain completion or closure is accomplished. | |
| *Follows up on work *Carries out assigned tasks *Accountable for work *Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | • Your coach/manager can count on you to be at work and on time. | |
| | • Your attendance is within company guidelines. | |
| | • No active coachings at any level. | |
| **5. Development** | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge. | |
| *Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | • Others ask you questions when they need information about how to do their job well. | |
| | • You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill. | |
| | • You have completed at least 2 training courses or you have achieved 2 certifications. | |
| | • You actively challenge yourself to learn more. | |

Effective May 1, 2002

CONFIDENTIAL
Wal-Mart-Johnson
01845

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| # | Category | | Rating |
|---|---|---|---|
| 6. | **Decision Making** "Makes sound decisions based on facts and in line w/company philosophies. "Evaluates alternatives and considers the impact on people, money and future outcomes. "Involves others when appropriate. | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. | Y |
| 7. | **Effort/Initiative** "Self-starter. "Works w/o detailed instruction. "Challenges the status quo. "Identifies what needs to be done and does it without being told. | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. | Y |
| 8. | **Expense Control** "Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. | |
| 9. | **Sense of Urgency** "Responds quickly to instruction/direction. "Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. | Yes/No<br>N |
| 10. | **10-Foot Rule** "Looks everyone in the eye and greets them within 10 feet. "Calls Associates/Members by name. | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. | |
| 11. | **Proper Dress Code** "Adheres to company guidelines regarding dress code. "Maintains a clean and professional appearance. | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally bring to your manager's attention when others are outside dress code guidelines.<br>• You treat both members and peers as customers regarding service levels.<br>• You have less than 2 time adjustments this year due to forgetting your badge. | |
| 12. | **Customer Service** "Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. "Displays a desire and readiness to go beyond what is expected to please the customer. | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. | |

CONFIDENTIAL
Wal-Mart-Johnson
01350

**SAM'S CLUB Performance Evaluation – Field Hourly Associates**

Effective May 1, 2002

| | Yes/No | Job Specific |
|---|---|---|
| **13. Job Knowledge** "Completely understands position responsibilities. "Can perform all tasks related to their job function. "Proficient in applicable computer applications. | | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate. On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| **14. Productivity** "Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. "Stays focused. | | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>• Productivity expectations for your position:  Dept Numeric Goals (Cashiers Only) IPH Actual ___ IPH Goal ___ |
| **15. Flexibility/Job Adaptability** "Plans and adjusts workload w/changing priorities w/a sense of urgency. "Responsive to changing circumstances "Meets deadlines w/o daily supervision | | • You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| **16. Quality Of Work** "Completes all job responsibilities efficiently and error-free. "Strives to improve quality of work. "Plans projects and manages time well. | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skill to deliver an even higher quality of work. |

| | Yes/No | Give Examples |
|---|---|---|
| **17. Role Model** "Is an example of culture. "Supports direction of the Company and department's leadership. "Inspires a positive attitude in your dept. "Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• Other associates are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| **18. Listens To Other Ideas/Concerns** "Hears with thoughtful attention. "Responds quickly to issues that need to be addressed "Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| **19. Manages Dept. Performance** "Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluations, promotions or coaching of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

Wal-Mart-Johnson 003751
CONFIDENTIAL

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| 20. | Mentors/Teaches |  |
|---|---|---|
|  | *Takes time to teach other Associates things they've learned.<br>*Educates others by instruction, demonstration or with practice. | • You are working to develop your replacement in anticipation of your promotion to another position.<br>• Associates count on you to share your job knowledge to help them be successful.<br>• You take a sincere and active role in developing others.<br>• You invest time in teaching other associates the things you have learned.<br>• You are a role model for continuous learning through your own personal/professional development. |

**Comments:** Thomas is a positive role model with his coaching & holding weekly meetings with the mic. He will continue managing performance of Mary K. & further [illegible] holding weekly meetings with [illegible]

## All Associates:

Total Number of Yes's in Section A: [_____] out of 16

16 = 50 cents    14 – 15 = 40 cents    13 = 30 cents    12 – 0 = No Increase

## Associates In Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A [____] out of 16
Total Number of Yes's in Section B [____] out of 4

Total Yes's [____] out of 20

20 = 50 cents    18 – 19 = 40 cents    17 = 30 cents    16 – 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments.
Additional comments may be attached on a separate sheet of paper.



Wal-Mart-Johnson
01352

**CONFIDENTIAL**

SAM'S CLUB Performance Evaluation – Field Hourly Associates

| | | |
|---|---|---|
| Print Associate's Name: JOHNNY REVIS | Signature: | Date: 2-10-04 |
| Print Hourly Supervisor's Name: | Signature: | Date: N/A |
| Print Manager's Name: JEREMY STONE | Signature: | Date: 7/10/04 |
| Print GM's Name: CORNELL RANDOLPH | Signature: | Date: 8-10-04 |

Use this button to clear the form before you exit. Otherwise the information you have entered will remain on the document.

Effective May 1, 2002