# EXHIBIT T

# 90 DAY EVALUATION

Name: _Nate Gibson_
Job Position: _TMA Tech_    SSN# _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_    Old Rate _6.50_    New Rate _6.90_

RATING:    *(Above Standard)*    Standard    Below Standard

**Explain what the Associate has done to exceed Customer expectations.**

_Nate has been helping customers out, take care of them, get on the floor and ck_

**What has the Associate done to promote team building?**

_Nate has been having the ten foot rule_

**What has the Associate done to promote team building?**

_Nate clean shop work hard, keep safety and others or them_

**Explain what the Associate could do better.**

_Nate __ kids and spend hart to talk her what to do and will keep them behavior_

**What other job functions has the Associate learned?**

_keep learned about tile, tubes and rotters and will learn his job well before_

**Explain what the Associate has done to improve profit.**

_Nate is in the shop and he learned his job well before_

**Explain how the Associate actively supports safe work practices and customer safety.**

_Nate is very careful and obey safty rules, obey and how the costly mistake_

↑ FOLD HERE FOR FILING ↑

**dictate what needs to improve, when it will improve permanently, and how the Supervisor and Management will help.**

_I feel on redwood __ how to do all the things that I've been __
in the tile __ concrete_

Supervisor Signature _Jim McElyea_    Mgmt. Signature _____

FILE COPY

CONFIDENTIAL    Wal-Mart-Johnson

**JUDGMENT** - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider facts and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |



COMMENTS: __Nate makes good and mature decisions in the shop, never puts anyone in danger; follows procedures__

**SAFETY** - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Observes some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cleanliness. |

COMMENTS: __Nate - always wears belt, glasses and keeps doors and shut and members out__

**COURTESY TOWARDS CUSTOMERS** - Respect, consideration, cooperation for the needs and wants of the customer.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: __Nate will do any thing asked of him by the member or Myself__

**CONFIDENTIAL**

**EFFORT** - The degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Intensely motivated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation. level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/she is forced to do so. |

COMMENTS: _Nate cares a great deal about doing a good job._

---

**DEPENDABILITY** - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/ herself. | More reliable than average; usually persists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistance. | Sometimes unreliable; avoids responsibility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

COMMENTS: _You can count on Nate to come to work. Nate is very reliable, and Trustworthy._

---

**JOB KNOWLEDGE** - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

COMMENTS: _Nate has learned a lot about car Tires Battories in the short time he has been here. Nate is a natur in the tire center_

---

**COOPERATIVENESS** - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

COMMENTS: _The men in the shop love Nate, and he loves them works well with everyone. Follows Management Policies_

---

WPK/FMS207-S/0286M-2　　　　　　　　**CONFIDENTIAL**　　　　　　　**Wal-Mart-Johnson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　01368

ROM :SAMS CLUB                    FAX NO. :3026784225              Jan. 20 2004 05:13PM P28

## EVALUATION SUMMARY

1.  Identify what you consider to be areas that require improvement. List how these
    areas are to be improved and time limits within which improvements should be
    recognized. If you have any problems with attendance, it should be covered here.

    _Continue to learn more about sales area. Register_
    _and sales floor. Learn to read Tire Books and Battery Book_
    _Better_

2.  Identify what you consider to be the major strengths of the associate. These could be
    personal attributes, job performance or technical skills.

    _Trustworth, dependable. has good machanical skills_
    _great personality_

3.  Discuss improvement made by associate since last review as related to recommendations
    for improvement.

    _Has learned a great deal about cars and tires_
    _in three months_

## CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job
responsibilties with the company? These comments should be made by the associate.

_learn how to do PM_
_work computers_
_learn how to work register_

## ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage
the associate to make any comments on this evaluation. If you have questions or problems,
feel free to discuss them with your supervisor. (Use blank sheet of paper for additional
comments)

New Rate of Pay _____    Effective Date _____

_Patton T Wilson_ _____    _____    _7/30/88_
     Associate                                  Supervisor               Date Signed

**CONFIDENTIAL**              **Wal-Mart-Johnson**
                                                                          01363

ROM :SAMS CLUB                    FAX NO. :3026784225              Jan. 20 2004 05:09PM  P21

SWC 502 (8-90)

**SAM'S CLUB**
**ASSOCIATE EVALUATION FORM**

Date of Review: *4-20-99*

Name *Nate Gibson*

Social Security No. _____

## REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation
4 - Promotion
7 - Transfer

2 - Periodic Review (6 month)
5 - Pay Increase-Merit
8 - Warning (Probation)

(3) - Pay Increase-Anniversary
6 - Demotion
9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evalution and discuss the <u>positive</u> and <u>negative</u> points.
The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents before filing the evaluation in the personnel file.

## JOB PERFORMANCE

### (CIRCLE NUMBER OF RATING WHICH DESCRIBES ASSOCIATE'S PERFORMANCE)

<u>INITIATIVE</u> - The degree to which the associate acts independently in new situations; the extent to which he/she sees what needs to be done and does it without being told.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Little or no supervision needed. Highly resourceful and aggressive. | Thinks and acts independently. Resourceful in new situation. | Initiative is satisfactory. Requires average supervision. | Requires frequent instructions. Needs close supervision. | Must be told everything to do. Takes no personal initiative. |

COMMENTS: *NATes above average Always looking for things to do.*

<u>PRODUCTIVITY</u> - The actual work output of the associate relative to other associates. Consider what he/she actually produces rather than what the associate is capable of producing.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Definitely a top producer. | Produces more than most; above average. | Average output; definitely meets requirements. | Low output; below average. | Extremely low output; definitely not average. |

COMMENTS: *NATe is a hard worker, always trying to to keep members line down to a minimum. In one year has become very efficient.*

OM :SAMS CLUB                FAX NO. :3026784225            Jan. 20 2004 05:10PM  P22

EFFORT - The degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Intensely motivated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/she is forced to do so. |

COMMENTS: _NATE gives A good EFFORT Every dAy he Is AT work._

DEPENDABILITY - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/herself. | More reliable than average; usually persists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistence. | Sometimes unreliable; avoids responsibility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

COMMENTS: _NATE Alway comes to work when scheduled and is Flexible when Sams club needs him to be great Asset to the tire department_

JOB KNOWLEDGE - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

COMMENTS: _NAte meet Sams Club Requirment. has learned Alot in one yeAR. But can still learn more about Tire sizes Books to look up tires and BATTs_

COOPERATIVENESS - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

COMMENTS: _NATE is loved by All the men in the shop works hARmoniously with all associAtes_

**JUDGMENT** - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider 'facts' and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |

COMMENTS: _Makes sure EveryMember leaves satisfied and always safe_

**SAFETY** - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| (5) | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Obeserves some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cleanliness. |

COMMENTS: _Always follows safty rules wears belt, glasses And goes beyond to help keep shop clean Isusid Hand outside shop_

**COURTESY TOWARDS CUSTOMERS** - Respect, consideration, cooperation for the needs and wants of the customer.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: _Nate always is trying to help Member, goes beyond with member satisfaction_

**CONFIDENTIAL**        Wal-Mart-Johnson 01377

ROM :SAMS CLUB                    FAX NO. :3026784225          Jan. 20 2004 05:11PM  P24

## EVALUATION SUMMARY

1.  Identify what you consider to be areas that require improvement.  List how these
    areas are to be improved and time limits within which improvements should be
    recognized. If you have any problems with attendance, it should be covered here.

    _NATE CAN LEARN MORE AbOut TIRE books,_
    _BaTTERY books.  99 order For Shop_

2.  Identify what you consider to be the major strengths of the associate. These could be
    personal attributes, job performance or technical skills.

    _Dependable    Hardworking, Friendly    SAFTY_

3.  Discuss improvement made by associate since last review as related to recommendations
    for improvement.
    _NATE has come to work not Knowing anything_
    _about the tire shop. Now he is one of my best_
    _Men, hardworking, dependable_

## CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job
responsibilties with the company? These comments should be made by the associate.

_I WOULD LIKE TO BE ONE OF THE MAIN CENTER_
_ONE DAY. ALSO TO GET MORE KNOWLEDGE ON TIRE_
_BATTERY, BOOKS EX._

## ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage
the associate to make any comments on this evaluation. If you have questions or problems,
feel free to discuss them with your supervisor. (Use blank sheet of paper for additional
comments)

_I REALLY LIKE WORKING IN THE TIRE CENTER._
_AND WE HAVE THE FAMILY BOND EVERY WORK_
_AREA SHOULD HAVE. WHICH MAKES ME ENJOY_
_COMING TO WORK AND DOING MY JOB REQUIRED_

_+40_

New Rate of Pay _____        Effective Date _April 20.1999_

_Anton T. Sirong_          _Ron Makenrole_          _ADD MARCH 18. 99_
  Associate                    Supervisor                   Date Signed

WPK/FMS20 /-S/0285M-4              **CONFIDENTIAL**          Wal-Mart-Johnson
                                                            01374

OM :SAMS CLUB                    FAX NO. :3026784225              Jan. 20 2004 05:07PM  P17

SWC-502
(Rev. 7/99)

Reason for this Review

[ ] 90 day   [ ] 6 month   [X] Annual   [ ] Special

**SAM'S CLUB PARTNER**
**PERFORMANCE REVIEW**

Name: Nate Gibson     Due Date: 3-20-00

SSN: _____           Hire Date: 4-20-98

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Outstanding | Exceeds Requirements | Meets Requirements | Improvement Needed | Below Standard |
| Performance consistently exceeds requirements for complete competency in the job. | Performance consistently meets and often exceeds the requirements for competency in the job. | Performance consistently meets requirements for competency in the job. | Performance sometimes meets requirements for competency, but often falls short; needs improvement. | Performance falls substantially short of requirements for competency in the job. |

# Development Initiative

Rating:

**3**

1. Partner has certified in current position . . . . . . . . . .   [ ] Yes  [ ] No
2. Partner has acted as a Sponsor during the orientation
   process . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No
3. Partner has cross-certified (since last evaluation). . . . . .   [ ] Yes  [ ] No

List Positions cross-certified

| | | |
|---|---|---|
| | | |
| | | |

**"Rating"**
3 "Yes" = Rating of 5
2 "Yes" = Rating of 4
1 "Yes" = Rating of 3
0 "Yes" = Rating of 1

Note: To be eligible for an increase, a partner needs to be certified in their current position.
(Effective:    )

# Comprehensive Performance

**Initiative**

Rating:

**4**

The degree to which the Partner acts independently in new situations. The extent to which he/she sees what needs to be done and does it without being told.

Strengths:
- Keep shop tools and stop kept up
- Show leadership in Tub Shop Area

Areas of Opportunity:
- Find him more things to do when shop is slow

**Productivity/ Work Quality**

Rating:

**5**

The actual work output of the Partner relative to others. Consider what is actually produced and the quality of the work.

Strengths:
- Nate is a real Big Prg of the Shop
- work is EXBTREMLY good few mistakes
- Quality and quanity

Areas of Opportunity:

Wal-Mart-Johnson
01369

CONFIDENTIAL    INC.        PAGE1

**Effort**

The degree to which the Partner does his/her best to be a "World Class" individual (without regard to how effective he/she may be.)  Consider conscientiousness and motivation.

Strengths:

Rating:

*4*

- *note is world Class*
- *nato is a leader*

Areas of Opportunity:
- *Learn by*

**Dependability**

The extent to which the Partner can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

Strengths:

Rating:

*5*

- *work when scheduled*
- *Trustworthy and persistent gets the job don*
- *even when difficult*

Areas of Opportunity:

**Teamwork**

Eagerness to work harmoniously with others in getting a job done.  Observance of company and management policies.

Strengths:

Rating:

*5*

- *works great with associates, helps out at all*
- *follows policies at Sams club*

Areas of Opportunity:

**Judgment**

The extent to which the Partner makes sound decisions.  Ability to base his/her actions on fact rather than emotion.

Strengths:

Rating:

*5*

- *never sees anyone out in danger*
- *notes judgment is made from is experiences*
- *not emotions*

Areas of Opportunity:

**Safety**

The development of work habits that prevent injury and loss, and promote cleanliness. The observation of rules, laws, and regulations regarding safety and cleanliness.

Strengths:

Rating:

*5*

- *wear belts and glasses*
- *keep boots down or clean up*
- *keep shop clean and organize*

Areas of Opportunity:

CONFIDENTIAL

Wal-Mart-Johnson
01370

ROM :SAMS CLUB                    FAX NO. :3026784225              Jan. 20 2004 05:08PM  P19

| **Member Service** | Striving to exceed our Member's expectations. Respect, consideration, cooperation for the needs and wants of the Member. |
|---|---|

**Rating:**

[ 5 ]

Strengths:
- help with member problems
- Show respect and is considerate to our members
- makes sure vehicle leave safe - even if it take

Areas of Opportunity: extra time or energy

| **Communication** | Express ideas clearly and positively, written or verbal. Ask questions when message is unclear. Actively listens. Keeps others informed. |
|---|---|

**Rating:**

[ 5 ]

Strengths:
- Keeps in communication with me and paper work front desk
- makes sure paper work is completed correctly

Areas of Opportunity:

# Summary

**Identify Overall Strengths:**
- dependable
- Trustworth
- leadership skills
- judgement is sound
- Hardworker
- 
- 

**Identify areas of Opportunity**
- when talking in shop area learn to be a little more
- discreet when talking
- 
- 

**Improvements since last evaluation**

Identify the areas of Opportunity from previous review.
- 
- 
- 

Discuss improvements made by Partner.
- Experience about Tire class and B
- matures in to a leader.

**CONFIDENTIAL**

Wal-Mart–Johnson
01371

SAM'S CLUB                A DIVISION OF WAL-MART STORES, INC.                PAGE3

OM :SAMS CLUB                    FAX NO. :3026704225              Jan. 20 2004 05:09PM  P20

# Partner Comments

Career Goals – In order to help you achieve and succeed, we would like to know your goals

**1 Year** | **3 Year**

- LEARN HOW TO RUN THE REGISTER BUT NOT ALL THE TIME. CAUSE I'M A SHOP PERSON.

- MAYBE I WOULD LIKE TO BE RON'S ASST

Partner Comments - As a company, we strongly believe in the "Open Door Policy" and we encourage you to make any comments on this performance evaluation. If you have questions or concerns, please discuss them with your supervisor.

I REALLY LIKE WORKING AT SAMS CLUB. ESPECIALLY WITH RON MCREYNOLDS BECAUSE HE KEEPS ME ON POINT AND REALLY HELPS ME AT TIMES. I FEEL LIKE GIVING UP. I TRY TO DO THE BEST I CAN TO KEEP CUSTOMERS AND PARTNERS HAPPY. I WILL CONTINUE TO DO MY BEST. AFTER THIS EVALUATION I THINK I SHOULD BE ABLE TO RECEIVE A MERITT RAISE. BECAUSE I DO MORE THEN MY PART TO MAKE THE TIRE CENTER RUN BETTER. I LOVE WORKING AT SAMS BUT I ALSO HAVE TO MAKE SURE I HAVE ENOUGH MONEY TO COVER AND HELP ME WITH THINGS I NEED.

# Evaluation Rating and Increase Calculation



| Total Rating Points | | Average Rating |
|---|---|---|
| 46 | ÷ 10 = | |

Corresponding Pay Increase     50¢

New Rate Of Pay

Effective Date

# Signatures

| Partner's Name | Partner's Signature | Partner's SSN | Date |
|---|---|---|---|
| M. NATHAN T GIBSON | Patty T Bilay | 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 | 2/20/00 |

| Supervisor's Name | Supervisor's Signature | | Date |
|---|---|---|---|
| Ron McReynolds | Ron McReynolds | | 2/20/00 |

| General Manager's Name | General Manager's Signature | | Date |
|---|---|---|---|

CONFIDENTIAL

Wal-Mart-Johnson
01372

A DIVISION OF WAL-MART STORES, INC.          PAGE4

ROM :SAMS CLUB                    FAX NO. :3026784225              Jan. 20 2004 05:06PM  P13

Reason for this Review

SWC-502
(Rev. 7/99)

[ ] 90 day   [ ] 6 month   [X] Annual   [ ] Special

**Name:** Nate Gibson   **Due Date:** 3-20-01
**SSN:**                 **Hire Date:** 4-20-98

**SAM'S CLUB PARTNER
PERFORMANCE REVIEW**

| 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| **Outstanding** Performance consistently exceeds requirements for complete competency in the job. | **Exceeds Requirements** Performance consistently meets and often exceeds the requirements for competency in the job. | **Meets Requirements** Performance consistently meets requirements for competency in the job. | **Improvement Needed** Performance sometimes meets requirements for competency, but often falls short; needs improvement. | **Below Standard** Performance falls substantially short of requirements for competency in the job. |

# Development Initiative

Rating:

    3

1. Partner has certified in current position . . . . . . . . . . .   [ ] Yes  [ ] No
2. Partner has acted as a Sponsor during the orientation
   process . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No
3. Partner has cross-certified (since last evaluation). . . . .   [ ] Yes  [ ] No

List Positions cross-certified

|  |  |  |
|--|--|--|
|  |  |  |
|  |  |  |

**"Rating"**
3 "Yes" = Rating of 5
2 "Yes" = Rating of 4
1 "Yes" = Rating of 3
0 "Yes" = Rating of 1

**Note:** To be eligible for an increase, a partner needs to be certified in their current position.
(Effective:          )

Wal-Mart-Johnson
01378

# Comprehensive Performance

**Initiative**

Rating:

    5

The degree to which the Partner acts independently in new situations. The extent to which he/she sees what needs to be done and does it without being told.
Strengths:
- Nate endways to get the job done even if it is difficult. Nate pushes carts and help front door and help pull boxes

Areas of Opportunity:

**CONFIDENTIAL**

**Productivity/
Work Quality**

Rating:

    5

The actual work output of the Partner relative to others. Consider what is actually produced and the quality of the work.
Strengths:
- Nate is the back bone of Tire Shop
- gets a lot of work done. Big reason we are
- up 250,000 dollars. Last year. And Nate work

Areas of Opportunity: is always done with member safty for
and mistp. Very few minor mistake

SAM'S CLUB          A DIVISION OF WAL-MART STORES, INC.          PAGE1

DM :SAMS CLUB                    FAX NO. :3026784225            Jan. 20 2004 05:06PM  P14

**Effort**

The degree to which the Partner does his/her best to be a "World Class" individual (without regard to how effective he/she may be.)  Consider conscientiousness and motivation.

Rating:

Strengths:

**4**

- Nate is worldclass helps on Floor in shop and
- Sales Area Always going Beyond to use the Tjob Tools
- Curb

Areas of Opportunity:

- Keep Busy at all Times

---

**Dependability**

The extent to which the Partner can be depended upon to be available for work and to do it properly.  The degree to which he/she is reliable, trustworthy and persistent.

Rating:

Strengths:

**5**

- Nate will work any time and any condition doring snow, Trustworty persistent and very reliable

Areas of Opportunity:

---

**Teamwork**

Eagerness to work harmoniously with others in getting a job done.  Observance of company and management policies.

Rating:

Strengths:

**5**

- work well with everyone in carts
- works out side of Shop Carts
- Pill Boxes and helps Frontend

Areas of Opportunity:

---

**Judgment**

The extent to which the Partner makes sound decisions.  Ability to base his/her actions on fact rather than emotion.

Rating:

Strengths:

**5**

- Nate never puts members at risk
- Nate make Sound wise decisions Based on
- Safety and even if it is more work for him

Areas of Opportunity:

---

**Safety**

The development of work habits that prevent injury and loss, and promote cleanliness.  The observation of rules, laws, and regulations regarding safety and cleanliness.

Rating:

Strengths:

**3**

- Nate follows Sams policies, wears Belt and
- help Keep shop picked up if

Areas of Opportunity:

- Keep doors down and Tools put away
- while working

**CONFIDENTIAL**

---

| Member Service | Striving to exceed our Member's expectations. Respect, consideration, cooperation for the needs and wants of the Member. |
|---|---|
| **Rating:** [ 5 ] | Strengths: *Nate uses Ten foot Rules shows respect for individual and goes out of his way to find out member needs and wants* <br><br> Areas of Opportunity: |

| Communication | Express ideas clearly and positively, written or verbal. Ask questions when message is unclear. Actively listens. Keeps others informed. |
|---|---|
| **Rating:** [ 5 ] | Strengths: *Nate fills out all paperwork on work orders keep me informed on machines working and possible situators the might occur* <br><br> Areas of Opportunity: |

# Summary

**Identify Overall Strengths:**
- *Trustworth*
- *honest*
- *Dependable*
- *Hardworker*
- *Mature in is decision making*

**Identify areas of Opportunity.**
- *Learn Cash Register and Cross Train*

## Improvements since last evaluation

Identify the areas of Opportunity from previous review.     Discuss improvements made by Partner.

- *Nate has come out of the Tire Center and is helping in other areas find things to do when tires are slow*

**CONFIDENTIAL**

Wal-Mart-Johnson
01380

)M :SAMS CLUB                FAX NO. :3026784225          Jan. 20 2004 05:07PM P16

# Partner Comments

**Career Goals** — In order to help you achieve and succeed, we would like to know your goals

**1 Year**                                    **3 Year**

- LEARN MORE AREA'S + CROSS TRAIN

**Partner Comments** - As a company, we strongly believe in the "Open Door Policy" and we encourage you to make any comments on this performance evaluation. If you have questions or concerns, please discuss them with your supervisor.

# Evaluation Rating and Increase Calculation

| 45 | ÷ | **10** | = | |
|----|---|--------|---|---|
| **Total Rating Points** | | | | **Average Rating** |

**Corresponding Pay Increase**          **New Rate Of Pay**          **Effective Date**

# Signatures

| Partner's Name | Partner's Signature | Partner's SSN | Date |
|----------------|--------------------|--------------|------|
| NATE GIBSON | Nate P Libry | | 3-19-01 |
| **Supervisor's Name** | **Supervisor's Signature** | | **Date** |
| Ron McReynolds | Ron McReynolds | | 3/19/01 |
| **General Manager's Name** | **General Manager's Signature** | | **Date** |

**CONFIDENTIAL**

Wal-Mart-Johnson
01381

A DIVISION OF WAL-MART STORES, INC.            PAGE4

# SAM'S CLUB HOURLY ASSOCIATE - PERFORMANCE EVALUATION-90 day □ 6 Month □ Annual ☑

NAME _____    SOCIAL SECURITY # _____    REVIEW DATE _____

POSITION _____    DEPT. NUMBER _____    APPRAISAL PERIOD _____

PAY LEVEL _____    CURRENT RATE _____    NEW RATE _____

**INSTRUCTIONS:** Determine if the associate meets expectations or does not. Please give specific examples.    Yes = Always Meets Expectations
Write "Yes" or "No" for each question. Please give specific examples.    No = Below Expectations

| | Y/N | Give Examples |
|---|---|---|
| **1. Communication** *Expresses ideas clearly and positively (written and/or verbal), *Actively listens and asks questions if unclear, *Keeps others informed. | | |
| **2. Team Work** *Shares knowledge, *Shares workload, *Works well in a group, actively contributing to the overall goal/task, *Enlists cooperation with others. | | |
| **3. Honesty/Integrity** *Maintains moral standards, *Demonstrates sincerity and is soundness in character, *Is reliable and trustworthy. | | |
| **4. Kindness/Courtesy** *Demonstrates respect and consideration for others, *Has a friendly and pleasant attitude. | | |

| | Y/N | Give Examples |
|---|---|---|
| **5. Training** *Is certified in current job position and proficient in job responsibilities, *Eager to learn other positions in the club. | | |
| **6. Dependability** *Can be depended upon to be available and on time for work. Days Absent _____ Days Tardy _____ | | |
| **7. Effort/Initiative** *Tries to do the best job they can do, *Identifies what needs to be done and does it without being told. | | |
| **8. Expense Control** *Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, safety, shrink etc. | | |

| | Y/N | Give Examples |
|---|---|---|
| **9. Sense of Urgency** *Responds quickly to instruction/direction, *Understands the importance of service and gives Members' calls, requests and questions their immediate attention. | | |
| **10. 10-Foot Rule** *Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | | |
| **11. Proper Dress Code** *Wears to company guidelines regarding dress code, *Maintains a clean and professional appearance, *Is of Time Adjustments due to not having badge. | | |
| **12. Exceeds Member Expectations** *Demonstrates aggressive hospitality, *Displays a desire and readiness to go beyond what is expected to please the Member. | | |

| | Y/N | Give Examples |
|---|---|---|
| **13. Job Knowledge** *Completely understands position responsibilities, *Can perform all tasks related to their job function. | | |
| **14. Productivity** *Actual output of Associate meets expectations relative to club goals and to other Associate with equal experience and job responsibilities. Productivity Standards | | |
| **15. Safety** *Observes rules regarding safety, *Demonstrates work habits that prevent injury or loss, *Cleanliness & standards of department. | | |
| **16. Quality Of Work** *Completes all job responsibilities efficiently and error-free. | | |

SAM'S CLUB People Group, Effective May 1, 2001

Page 1 of 2

Wal-Mart-Johnson
01384

CONFIDENTIAL

## Section B is for Lead Level Positions only.

INSTRUCTIONS: Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations
No = Below Expectations



| | Y/N | Give Examples |
|---|---|---|
| **1. Role Model** "Is an example of culture. "Supports direction of the Company and club leadership. | | |
| **2. Listens To Other Ideas/Concerns** "Hears with thoughtful attention; alert to catch the meaning behind the words. "Responds quickly to issues that need to be addressed and recognizes outstanding opportunities. | | |
| **3. Manages Department Performance** "Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | | |
| **4. Mentors/Teaches** "Is a trusted guide or counselor. "Educates others by instruction, demonstration or with practice. Ensures all team members are position certified. | | |

Use the scoring section to determine the Associate raise.

### All Associates:

Total Number of Yes's in Section A [____] out of 16

16 = 50 Cents    13 = 30 Cents
14 - 15 = 40 Cents    12 - 0 = No Increase

### Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856, & 810)

Total Number of Yes's in Section A [____] out of 16
Total Number of Yes's in Section B [____] out of 4
Total Yes's [____] out of 20

20 = 50 Cents    17 = 30 Cents
18 - 19 = 40 Cents    16 - 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

1.

2.

3.



Associate's Name:

Hourly Supervisor's Name:

Salaried Supervisor's Name:

Facility Manager's Name:

Signature:     Date:
Signature:     Date:
Signature:     Date:
Signature:     Date:

SAM'S CLUB People Group, Effective May 1, 2001

Wal-Mart-Johnson
01385

CONFIDENTIAL

# SAM'S CLUB HOURLY ASSOCIATE - PERFORMANCE EVALUATION - 90 day ☐ 6 Month ☐ Annual ☐

| NAME | | SOCIAL SECURITY # | | REVIEW DATE |
| POSITION | | DEPT. NUMBER | | APPRAISAL PERIOD |
| PAY LEVEL | | CURRENT RATE | | NEW RATE |

**INSTRUCTIONS:** Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question.

Yes = Always Meets Expectations
No = Below Expectations
Please give specific examples.

| # | | Y/N | Give Examples |
|---|---|---|---|
| 1. | **Communication** *Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | | |
| 2. | **Team Work** *Shares knowledge. *Shares workload. *Works well in a group, equally contributing to the overall workload. *Exhibits cooperation with others. | | |
| 3. | **Honesty/Integrity** *Maintains moral standards. *Demonstrates sincerity and soundness in character. *Is reliable and trustworthy. | | |
| 4. | **Kindness/Courtesy** *Demonstrates respect and consideration for others. *Has a friendly and pleasant attitude. | | |
| 5. | **Training** *Is certified in current job position and proficient in job responsibilities. *Eager to learn other positions in the club. | | |
| 6. | **Dependability** *Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | | |
| 7. | **Effort/Initiative** *Tries to do the best job they can do. *Identifies what needs to be done and does it without being told. | | |
| 8. | **Expense Control** *Exercises caution/restraint (or any spending or cost that would be incurred by them in their position regarding processes, safety, shrink etc) | | |

| # | | Y/N | Give Examples |
|---|---|---|---|
| 9. | **Sense of Urgency** *Responds quickly to instruction/direction. *Understands the importance of service and gives Members' calls, requests and questions their immediate attention. | | |
| 10. | **10-Foot Rule** *Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | | |
| 11. | **Proper Dress Code** *Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. # of Time Adjustments due to not having badge ___ | | |
| 12. | **Exceeds Member Expectations** *Demonstrates aggressive hospitality. *Displays a desire and readiness to go beyond what is expected to please the Member. | | |
| 13. | **Job Knowledge** *Completely understands position responsibilities. *Can perform all tasks related to their job function. | | |
| 14. | **Productivity** *Actual output of Associate meets expectations relative to club grade and to other Associates with equal experience and job responsibilities. Productivity Standards ___ | | |
| 15. | **Safety** *Observes rules regarding safety. *Demonstrates work habits that prevent injury or loss. *Cleanliness & standards of department | | |
| 16. | **Quality Of Work** *Completes all job responsibilities efficiently and error-free. | | |

CONFIDENTIAL

Wal-Mart-Johnson
01387



## Section B is for Lead Level Positions only.

INSTRUCTIONS: Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations
No = Below Expectations

| | Y/N | Give Examples |
|---|---|---|
| **1. Role Model** — "Is an example of culture. "Supports direction of the Company and club leadership. | | |
| **2. Listens To Other Ideas/Concerns** — "Hears with thoughtful attention; alert to catch the meaning behind the words. "Easy and quick to listen...be addressed and recognize outstanding quickness. | | |
| **3. Manages Department Performance** — "Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tasks of the task. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | | |
| **4. Mentors/Teaches** — "Is a trusted guide or counselor. "Educates others by instruction, demonstration or with practice. Ensures all team members are position certified. | | |

Use the scoring section to determine the Associate raise.

**All Associates:**

Total Number of Yes's in Section A [_____] out of 16
16 = 50 Cents        13 = 30 Cents
14 - 15 = 40 Cents        12 - 0 = No Increase

**Associates in Lead Positions Only:**
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 614, 842, 858, & 910)

Total Number of Yes's in Section A [_____] out of 16
Total Number of Yes's in Section B [_____] out of 4
Total Yes's [_____] out of 20
20 = 50 Cents        17 = 30 Cents
18 - 19 = 40 Cents        16 - 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

1.
2.
3.

Signature: _____  Date: _____
Signature: _____  Date: _____
Signature: _____  Date: _____
Signature: _____  Date: _____

Associate's Name:
Hourly Supervisor's Name:
Salaried Supervisor's Name:
Facility Manager's Name:

SAM'S CLUB People Group, Effective May 1, 2001

Page 2 of 2

**CONFIDENTIAL**

Wal-Mart-Johnson
01388