# EXHIBIT U

```
JM :SAMS CLUB              FAX NO. :3026784225           Jan. 20 2004 04:59PM  P5
```

WMP-32 (REV. 7/94)

## ASSOCIATE'S COMMENDATION FORM

NAME: _Nate Gibson_        SS# _____   STORE # _6330_
DATE HIRED: _4/20/98_      POSITION: _Tire Mounter_

This form is to be used to recognize any action for which an associate should be commended. Please give all the details, including dates.

_Nate has gone above and beyond to exceed Sam's and the members' expectations. His outstanding work is not limited to just the tire shop. He has consistently helped out in other areas of the club. He also has increased his knowledge within every area of TMA._

_Merit Increase (.50)_

_Thanks,_
_TA Bellows_

If a change in position occurs, please fill out the following:

POSITION:   FROM: _____   TO: _____
DEPARTMENT: FROM: _____   TO: _____
SALARY:     FROM: _7.30_           TO: _7.80_
STATUS:     FROM: __F__P__T__      TO: __F__P__T__
            ** F = FULL TIME ** P = PART TIME ** T = TEMPORARY **

ASSOCIATE SIGNATURE _TA Bellows_          DATE: _____
MANAGER'S APPROVAL  _TA Bellows_          DATE: _7-6-99_
EFFECTIVE DATE _____

COPIES TO ASSOCIATE'S PERSONNEL FILE      _signature 7/9/99_

**CONFIDENTIAL**                                      Wal-Mart-Johnson

OM :SAMS CLUB                 FAX NO. :3026784225           Jan. 20 2004 05:00PM  P6

# ASSOCIATE'S COMMENDATION FORM

NAME  Nathan Gibson                     SS# _____

DATE HIRED: _____                           FACILITY# 6330

POSITION _____

This form is to be used to recognize any action for which an Associate should be commended. Please give all the details, including dates.

I would like to recognize NATE as being a top associate. He has proved time after time he is a Capable CSM. NATE takes time to train new hires / works sales floor / works the steps / promotes safety in the shop, and is always willing to help in other areas to ensure the betterment of the club. I and the Co. thank you.

                                        Thank you
                                        D. _____
                                        "Rock"

If a change in position occurs, please fill out the following:

POSITION:       FROM: _____          TO: _____
DEPARTMENT:     FROM: _____          TO: _____
SALARY:         FROM: 830                    TO: 930
STATUS:         FROM: [ ] F [ ] P [ ] T      TO: [ ] F [ ] P [ ] T
                ** F = FULL TIME **  ** P = PART TIME **  ** T = TEMPORARY **

ASSOCIATE SIGNATURE  _____             DATE: _____
HOURLY SUPERVISOR    _____             DATE: _____
SALARIED MEMBER OF
MANAGEMENT           D. _____              DATE: 9/5/01
FACILITY MANAGER'S
APPROVAL             _____             DATE: _____
EFFECTIVE DATE       9/08/01

COPIES TO ASSOCIATE'S PERSONNEL FILE

WMP-32 (5/01)
0064618

CONFIDENTIAL                                 Wal-Mart-Johnson
                                             01382

OM :SAMS CLUB                    FAX NO. :3026784225              Jan. 20 2004 05:00PM  P8

# Associate Commendation/Status Change Form

The purpose of the form is two-fold. The form can be used to document either an Associate Commendation (merit) OR an Associate Status Change (department/job code).

| If the form is used for: | Complete: | Mark the appropriate box. |
|---|---|---|
| • Associate Commendation | Section 1, 2, 3 and 4 | |
| • Status Change | Section 1, 3 and 4 | |

**NOTE: A NEW JOB DESCRIPTION MUST BE COMPLETED FOR ALL STATUS CHANGES TO A DIFFERENT JOB CODE/DEPARTMENT.**

### Section 1
Name: Nathan T. Gibson    SSN: - -    Club# 6330
Date of Hire: 4/20/98    Position: TMA Associate

### Section 2 (Complete for Commendation (merit) only
This section is used to recognize any action for which the Associate should be commended. Please give all details, including dates.

Nathan Gibson is an outstanding associate in our tire center. Nath is hard working and dedicated to taking care of our members. His knowledge of the tire area coupled with his past experience makes him one of our best associates in the club. Nathan has also helped during periods when tire cart associate has called out. Nathan is well deserving of a merit raise because of his outstanding performance.

### Section 3
If a change in position, department, salary or status occurs, complete the appropriate section(s):

**CONFIDENTIAL**

Position:   From: _____ To: _____
Department: From: _____ To: _____
Salary:     From: 9.80  +.50  To: _____
Status:     From: Full-time  Part-time  Temporary   To: Full-time  Part-time  Temporary
            (Circle the appropriate status)

### Section 4
Associate Signature: _____ Date: _____    Wal-Mart-Johnson
Hourly Supervisor Signature: _____ Date: _____    01386
Salaried Member of Management: _____ Date: _____
Facility Manager Approval: _____ Date: _____
Effective Date: _____

9.80
/.30
/0

effect: 12/28/02

**NOTE: Management, Supervisor and Associate Signatures are mandatory.**
SAM'S CLUB Training and Development   - Confidential -   Commendation/Status Change Form Rev 10/28/02 (e.s.s.)