# EXHIBIT V

WMP-12                    WAL-MART STORES, INC.
Rev: 7-87                 ASSOCIATE EVALUATION FORM        Date of Review: _4-4-97_

Name  _KEVIN RASH_                    Social Security No.                    _____-_

REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation      2 - Periodic Review (6 month)   ( 3 - )Pay Increase-Anniversary
4 - Promotion              5 - Pay Increase-Merit          6 - Demotion
7 - Transfer               8 - Warning (Probation)         9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly
associates' ability to perform their job functions.  Be sure you are thorough, truthful,
factual and fair on the evaluation and discuss the positive and negative points.

The form is divided into two parts.  The first is an evaluation of the associate's general
job performance.  The second part, on an insert sheet, is related to the technical skills
and specific job responsibilities, and will differ with each job classification.  Please
attach these two documents together before filing the evaluation in the personnel file.

                         GENERAL JOB PERFORMANCE

          IN THE SPACE PROVIDED, DESCRIBE THE ASSOCIATE'S PERFORMANCE.

INITIATIVE - How is the associate's ability to act independently in new situation; the
extent to which he/she sees what needs to be done and does it without being told?.

COMMENTS: _Kevin has the ability to to take our TMA_
_to the nixt level and set the standard for other_
_partner. When it come to handling Members_
_and partners opportunes his a future leader._

PRODUCTIVITY - What is the actual work output of the associate relative to other associates?
Consider what he/she actually produces rather than what the associate is capable of
producing. Does the associate utilize preplanning and organization to increase productivity?

COMMENTS: _Kevin - utilize all the loot of the trade_
_including the first step, When his assigned_
_to a project he put the job done in a timley_
_manner. He is now the teamleader over the_
_6330 TMA area. Continue the great job._
_And increasing the producivity, as you_
_grown._

Wal-Mart-Johnson
01426

<u>Associate Evaluation Form (Cont.)</u>

<u>EFFORT</u> - Describe the degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation. Does the associate work consistently?

COMMENTS: *Kevin – work consestently at all times and need very little follow up. He a self starter and always at lenty the plast. wheather bit with tht. members, member service, partness, and mangers.*

<u>DEPENDABILITY</u> - Cover the extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. Discuss amount of follow-up needed to ensure work completion.

COMMENTS: *Kevin – come to work when sakedule. And when we are short on person / he gives a helping hand. Bei work extra hours when need. He Stoong - trust worthey and needs very little follow up.*

<u>JOB KNOWLEDGE</u> - Evaluate the associate's knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job. Does the associate utilize all resources available to help accomplish tasks?

COMMENTS: *Kevin – has a better and storae knowledge of all TMA equiament sent his plast evaluate plast year. He work has put him into team leader positin today. Work the TMA P.L, enventaey, stocking, in timley maner., writeing the TMA sakedule, leadena sell the manual to enprove his self.*

<u>COOPERATIVENESS</u> - Is the associate willing to work harmoniously with others in getting the job done? Evaluate his/her readiness to observe and conform to the policies of Management. Does the associate maintain an attitude toward others that makes working together comfortable?

COMMENTS: *Kevin – work very (enplemley) with very the follow up. He's a team player and well with other. When goals are set he always follow the sundown rule. to complent them. When needea more time he gets a manaer (invoice).*

**CONFIDENTIAL**

Wal-Mart-Johnson
01427

Associate Evaluation Form (Cont.)

JUDGMENT - Evaluate the associate's ability to make decisions which are sound -- has the freedom from impulsiveness and immaturity in his/her thinking; has the ability to base his/her actions on fact rather than emotion.

COMMENTS: _Keven — takes the time to make a sound judment when it come to member, memberservea, (and all stapfing) opportation that may araese. He has a strong Back ground in en TMA._

SAFETY - How are the associate's work habits as it relates to safety? Does he/she observe the rules, laws and policies regarding safety and cleanliness? Does he/she look for ways and suggest ways to improve safety of self and others? Does he/she take action on an unsafe condition even if it is not in his/her work area?

COMMENTS: _Kevin — When it comes to safety Kevin is always look for ways to enprove. He need to Be more acted safety meeting, teadleaders meeting, and safety in the shop as well. Nakend sure that the team use wt Belts, Glases all TMA slip are well out complexly._

COURTESY TOWARDS CUSTOMERS - Cover the associate's attitude/towards customer service. Does he/she show respect, consideration, cooperation for the needs and wants of the customer? Does he/she promote aggressive hospitality? Does associate greet and acknowledge all customers he/she comes in contact with? Does he/she enjoy being around the public and working with the public?

COMMENTS: _Kevine — Is hilpful and carina when eto to members service I always show respect for the members as partners, mangers. Id like to see the tem Put rule cese more toteam. to help inprove member servie._

EVALUATION SUMMARY

DISCUSS THE ASSOCIATE'S MAJOR STRENGTHS: _Kevin — role knowledge has ensdrove a great Deal Sent his Last Evaluatton. He is now the team leaders over TMA the #1 bros. Doena a gread job too He knowen all the equonent en I mra today, Kevine has taken L Bes becomenga the team leader over I MA area._

WPK/8070-128C/0787-3

CONFIDENTIAL

Associate Evaluation Form (Cont.)

DISCUSS THE MAJOR AREAS OF JOB PERFORMANCE NEEDING IMPROVEMENT: _Safety is one_
_always need work. Bee make sure that the_
_act active in safety meeting and makences_
_sure that all I.M.A Partners are wearing_
_safety glass / wt Belts and act then active_
_ent medtua as well. Make sure that all slip has_
AREAS OF JOB PERFORMANCE IMPROVED SINCE LAST EVALUATION: _for two parfmont Dean_
_thw sled. at all times._
_Kleven - has grown and he can work any_
_and everey sites ol eqecsement in IMA._
_todais. And He the teamleades over this area_
_as will as working IMP PL and Paser work._
ASSOCIATE'S PLAN OF ACTION:  ASSOCIATE, EXPLAIN THE STEPS YOU WILL TAKE TO IMPROVE ANY WEAK-
NESSES YOU MAY NOW HAVE: _Continue to enforce safety standards and pollcies_
_in the shop. Ensuring that weight belts and eyeglasses_
_are being worn at all times._

CAREER GOALS: _I plan to enter the law enforcement field_
_and get as far as possible._

ASSOCIATE'S COMMENTS: _I am currently very pleased with_
_working at 6330._

BASED ON THE ASSOCIATE'S PERFORMANCE OVER THE EVALUATION PERIOD, PLEASE CIRCLE THE APPRO-
PRIATE PERFORMANCE RATING:

EXCEPTIONAL          (ABOVE STANDARD)          STANDARD          BELOW STANDARD          MARGINAL

_____          _____          _____
Associate                Supervisor               Supervisor

8:30                     8.40                     3-24-97
Old Rate                 New Rate                 Date Signed

WPK/8070-128C/0787-4

CONFIDENTIAL          Wal-Mart-Johnson
01429

SWC 509 (7-90)

Name: *KEVIN RASH*    Social Security No.(              )    Date: *3-24-9?*

### SAM'S CLUB - TEAM LEADERS

PLEASE FILL OUT THIS FORM IN RELATION TO THE TECHNICAL SKILLS OF THE PARTNER, REVIEWING EACH CLASSIFICATION AND CRITERIA BELOW TO DETERMINE THE APPROPRIATE EVALUATION. UPON COMPLETION, ATTACH THIS INSERT TO THE REGULAR EVALUATION FORM AND PLACE IN THE PERSONNEL FILE.

(5) FAR EXCEEDED    (4) CONSISTENTLY EXCEEDED    (3) SATISFACTORY    (2) INCONSISTENT    (1) DID NOT EXCEED

| | 5 | 4 | 3 | 2 | 1 | COMMENTS |
|---|---|---|---|---|---|---|
| **DEPARTMENT MAINTENANCE** | | ✓ | | | | |
| Consistency in flagging, signing, sizing, zone defense, aisles clear, slots maintained and filled. | | | | | | |
| **STANDARDS** | | ✓ | | | | |
| Consistently maintains high standards relating to cleanliness, safety, etc. | | | | | | |
| **MERCHANDISING ABILITY** | | ✓ | | | | |
| Product knowledge, record keeping, display techniques/timely displays, new items, adherence to company display philosophy. | | | | | | |
| **SALES AGGRESSIVENESS** | | ✓ | | | | |
| Utilizes stock statis and maximizing sales reports. Makes suggestions for feature displays and special quantities. | | | | | | |
| **TOOLS OF THE TRADE** | | ✓ | | | | |
| Consistently works the no movement, negative on hand, and other variance reports and follows through to insure any necessary corrections are made. | | | | | | |
| **LEADERSHIP ABILITY** | | ✓ | | | | |
| Leader in the store, can motivate, communications up and down; training of stockers, growth potential. | | | | | | |
| **PEOPLE SKILLS** | | | ✓ | | | |
| Ability to get along w/co-workers. Creates a "team" atmosphere; is respected by peers. | | | | | | |
| **SHRINKAGE CONTROL** | | | ✓ | | | |
| Accurate counts, shoplifter alertness, observations and communications. | | | | | | |
| **DEPARTMENTAL FIGURES** | | ✓ | | | | |
| Keeps abreast of department figures and performance and strives to improve. Plans out 30-60-90 days for holidays and special events. | | | | | | |

- Over -

CONFIDENTIAL

Wal-Mart-Johnson
01430

WMP-12
Rev: 7-87

*Keyed 3-11-97 nu*

WAL-MART STORES, INC.
ASSOCIATE EVALUATION FORM

Date of Review: 4-4-98

Name Kevin Rash                                    Social Security No. _____

## REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation        2 - Periodic Review (6 month)    ③ - Pay Increase-Anniversary
4 - Promotion                5 - Pay Increase-Merit           6 - Demotion
7 - Transfer                 8 - Warning (Probation)          9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly
associates' ability to perform their job functions. Be sure you are thorough, truthful,
factual and fair on the evaluation and discuss the <u>positive</u> and <u>negative</u> points.

The form is divided into two parts. The first is an evaluation of the associate's general
job performance. The second part, on an insert sheet, is related to the technical skills
and specific job responsibilities, and will differ with each job classification. Please
attach these two documents together before filing the evaluation in the personnel file.

### GENERAL JOB PERFORMANCE

IN THE SPACE PROVIDED, DESCRIBE THE ASSOCIATE'S PERFORMANCE.

<u>INITIATIVE</u> - How is the associate's ability to act independently in new situation; the
extent to which he/she sees what needs to be done and does it without being told?.

COMMENTS: _Kevin acts independently doesn't need_
_any follow up gt stay job done where_
_ever I put him._

<u>PRODUCTIVITY</u> - What is the actual work output of the associate relative to other associates?
Consider what he/she actually produces rather than what the associate is capable of
producing. Does the associate utilize preplanning and organization to increase productivity?

COMMENTS: _Kevin is one of the fastest mounters in_
_Shop. But he work floor now, keep it_
_looking good keep pleats of floma_
_does the P.I. and help with Audits Kevin_
_knows all the areas of the tire center_

WPK/8070-128C/0787-1

CONFIDENTIAL

Wal-Mart-Johnson
01431

## Associate Evaluation Form (Cont.)

EFFORT - Describe the degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation. Does the associate work consistently?

COMMENTS: _Effort Kevin always gives a good effort. Kevin is always finding something to do_

DEPENDABILITY - Cover the extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent. Discuss amount of follow-up needed to ensure work completion.

COMMENTS: _Kevin always comes to work and will do anything you ask him to do_

JOB KNOWLEDGE - Evaluate the associate's knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job. Does the associate utilize all resources available to help accomplish tasks?

COMMENTS: _Knows tires, Batteries, floor sales Audit P+L Registers_

COOPERATIVENESS - Is the associate willing to work harmoniously with others in getting the job done? Evaluate his/her readiness to observe and conform to the policies of Management. Does the associate maintain an attitude toward others that makes working together comfortable?

COMMENTS: _Kevin gets along with all the men in the shop and is well respected. use safty rules and conforms to policies of Management. Kevin was also the front Team Leader in tires._

WPK/8070-128C/0787-2

**CONFIDENTIAL**

Associate Evaluation Form (Cont.)

JUDGMENT - Evaluate the associate's ability to make decisions which are sound -- has the freedom from impulsiveness and immaturity in his/her thinking; has the ability to base his/her actions on fact rather than emotion.

COMMENTS: _Kevin has mature decision making abilities, use wisdom instead of impulses to make his decisions._

SAFETY - How are the associate's work habits as it relates to safety? Does he/she observe the rules, laws and policies regarding safety and cleanliness? Does he/she look for ways and suggest ways to improve safety of self and others? Does he/she take action on an unsafe condition even if it is not in his/her work area?

COMMENTS: _always follow safety rules, also keep floor neat and helps clean shop area. Needs keep shirt in and 100% will glasse while in shop more consistent with doors in shop_

COURTESY TOWARDS CUSTOMERS - Cover the associate's attitude towards customer service. Does he/she show respect, consideration, cooperation for the needs and wants of the customer? Does he/she promote aggressive hospitality? Does associate greet and acknowledge all customers he/she comes in contact with? Does he/she enjoy being around the public and working with the public?

COMMENTS: _Uses Ten foot rule and is respectful and considerate of members. Kevin enjoys helping members also help them in hardline and Seasonal areas._

EVALUATION SUMMARY

DISCUSS THE ASSOCIATE'S MAJOR STRENGTHS: _Trustworthy, honest dependable Kind. Know his job and to very proffesional. Shows strong leadership among co-workers. also used to be Team Leader, has the experience to lead tire center if he desire too. He also comes to work when scheduled too._

WPK/8070-128C/0787-3

Wal-Mart-Johnson
01433

CONFIDENTIAL

## Associate Evaluation Form (Cont.)

DISCUSS THE <u>MAJOR</u> AREAS OF JOB PERFORMANCE NEEDING IMPROVEMENT: _there is no_
_major area that need improvement. But need_
_to be 100% with shirt and door in shop_

AREAS OF JOB PERFORMANCE IMPROVED SINCE LAST EVALUATION:
_Kevin has been to tire train; class_
_this year, and did very well in the test. He has_
_also improved on his seller skills this year._

ASSOCIATE'S PLAN OF ACTION:  ASSOCIATE, EXPLAIN THE STEPS YOU WILL TAKE TO IMPROVE ANY WEAK-NESSES YOU MAY NOW HAVE:
_I will continue to make improvements in the_
_areas that are needed such as keeping doors_
_closed and keeping shirt tucked in._

CAREER GOALS: _I plan to pursue a career in law-enforcement_

ASSOCIATE'S COMMENTS: _Very pleased with my current_
_employement status./_

BASED ON THE ASSOCIATE'S PERFORMANCE OVER THE EVALUATION PERIOD, PLEASE CIRCLE THE APPRO-PRIATE PERFORMANCE RATING:

| EXCEPTIONAL | ABOVE STANDARD | STANDARD | BELOW STANDARD | MARGINAL |
|---|---|---|---|---|

_(signature)_
Associate
_18.70_
Old Rate

_(signature) Ron McDermott_
Supervisor
_19.10_
New Rate

_(signature) Michelle Jones_
Supervisor
_3/11/98_
Date Signed

WPK/8070-128C/0787-4

**CONFIDENTIAL**

Wal-Mart-Johnson
01434

(This is referred to in Mistake 12: UNDERUTILIZING YOUR OWN RESOURCES.)

## PERSONAL PERFORMANCE RATING SHEET
### INSTRUCTIONS

The following is a listing of traits and abilities on which to grade yourself. Use a scale of 1-100 (70 is passing). BE HONEST. Only then can you learn and improve personally and professionally. Evaluate your progress each month.

On the following page, you'll find a blank Personal Performance Rating Sheet. If you prefer, select traits and abilities that are most important to you and to your type of business.

| Traits and Abilities | Match | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Honesty | 90 | | | | | | | | | | | |
| Dependability | 100 | | | | | | | | | | | |
| Resourcefulness | 90 | | | | | | | | | | | |
| Aggressiveness | 80 | | | | | | | | | | | |
| Patience | 80 | | | | | | | | | | | |
| Confidence | 70 | | | | | | | | | | | |
| Cheerfulness | 80 | | | | | | | | | | | |
| Friendliness | 90 | | | | | | | | | | | |
| Appearance | 90 | | | | | | | | | | | |
| Sincerity | 90 | | | | | | | | | | | |
| Willingness to Learn | 90 | | | | | | | | | | | |
| Initiative | 90 | | | | | | | | | | | |
| Knowledge of my Company | 80 | 1 | | | | | | | | | | |
| Knowledge of my Product | 90 | | | | | | | | | | | |
| Knowledge of my Customers | 70 | | | | | | | | | | | |
| Depth of Outside Interests | 90 | | | | | | | | | | | |
| Other | | | | | | | | | | | | |

My Strengths: I believe I am a ~~dependability~~ dependable and hard working employee.

What I need to work on:

I need to be more ~~to~~ accepting towards the members.

58

Wal-Mart-Johnson
01435

SWC 502 (8-90)

**SAM'S CLUB**
**ASSOCIATE EVALUATION FORM**

Date of Review: *4-4-99*

Name *Kevin Rash*

Social Security No. _____ *-1*

## REASON FOR THIS EVALUATION (Circle one or more)

1 - 90-day Evaluation
4 - Promotion
7 - Transfer

2 - Periodic Review (6 month)
5 - Pay Increase-Merit
8 - Warning (Probation)

(3) - Pay Increase-Anniversary
6 - Demotion
9 - Termination

This form has been developed to help you fairly and factually evaluate your hourly associates' ability to perform their job functions. Be sure you are thorough, truthful, factual and fair on the evalution and discuss the **positive** and **negative** points.

The form is divided into two parts. The first is an evaluation of the associate's general job performance. The second part, on an insert sheet, is related to the technical skills and specific job responsibilities, and will differ with each job classification. Please attach these two documents before filing the evaluation in the personnel file.

### JOB PERFORMANCE

#### (CIRCLE NUMBER OF RATING WHICH DESCRIBES ASSOCIATE'S PERFORMANCE)

<u>INITIATIVE</u> - The degree to which the associate acts independently in new situations; the extent to which he/she sees what needs to be done and does it without being told.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Little or no supervision needed. Highly resourceful and aggressive. | Thinks and acts independently. Resourceful in new situation. | Initiative is satisfactory. Requires average supervision. | Requires frequent instructions. Needs close supervision. | Must be told everything to do. Takes no personal initiative. |

COMMENTS: *Kevin knows his job well at one time was team lead. Can handle any situation that may occur*

<u>PRODUCTIVITY</u> - The actual work output of the associate relative to other associates. Consider what he/she actually produces rather than what the associate is capable of producing.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Definitely a top producer. | Produces more than most; above average. | Average output; definitely meets requirements. | Low output; below average. | Extremely low output; definitely not average. |

COMMENTS: *Kevin definetly pulls his share of the work in the shop and more!*

WPK/FMS207-S/0286M-1

**CONFIDENTIAL**

Wal-Mart-Johnson
01436

EFFORT - The degree to which the associate does his/her best to be a top associate (without regard to how effective he/she may be). Consider conscientiousness and motivation.

| 5 | ④ | 3 | 2 | 1 |
|---|---|---|---|---|
| Intensely motivated. Exerts maximum effort. | Exerts more effort than most. A hard worker. | Satisfactory effort; average motivation. level. | Low motivation could perform much better than he/she does. | Exerts effort only when he/she is forced to do so. |

COMMENTS: _Can count on Kevin to get the job done. Kevin likes to be the best in what ever he does good attitude while working with members and associate_

DEPENDABILITY - The extent to which the associate can be depended upon to be available for work and to do it properly. The degree to which he/she is reliable, trustworthy and persistent.

| 5 | ④ | | 2 | 1 |
|---|---|---|---|---|
| Completely reliable highly persistent finishes a job at any cost to him/herself. | More reliable than average; usually persists in spite of difficulty. | Trustworthy and reliable; needs average direction; about average in persistence. | Sometimes unreliable; avoids responsibility; satisfied to "get by". | Usually unreliable; does not assume responsibility; gives up easily. |

COMMENTS: _Kevin would be a 5, but works another full time job and it does limit his availability. But he is willing to work mornings or nights_

JOB KNOWLEDGE - Knowledge of the techniques, processes, procedures, products, equipment and materials required to do the job.

| ⑤ | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Authoritative knowledge of his/her own work and superior knowledge of related jobs. | Well-informed about his/her own job and related jobs. | Satisfactory knowledge of his/her job and sufficient knowledge of related jobs. | Minimum knowledge for doing his/her job. | Lacks knowledge to perform work properly. |

COMMENTS: _Kevin most knowledgeable associate in the tire shop. can do any job TMA. Lead, sales Reg. Tire Mounter_

COOPERATIVENESS - Willingness to work harmoniously with others in getting a job done. Readiness to observe and conform to the policies of management. Maintenance of an attitude toward others that makes working together comfortable.

| 5 | 4 | ③ | 2 | 1 |
|---|---|---|---|---|
| Extremely cooperative stimulates work and good attitudes in others. | Goes out of his/her way to cooperate and get along. | Cooperative; gets along well with others; has a good attitude. | Indifferent; makes no effort to cooperate. | Extremely negative and hard to get along with. |

COMMENTS: _Kevin meets Sams world class expectation he gets along with associates in this center._

WPK/FMS207-S/0286M-2

Wal-Mart-Johnson
01437

JUDGMENT - The extent to which the associate makes decisions which are sound. Freedom from impulsiveness and immaturity in his/her thinking. Ability to base his/her actions on fact rather than emotion.

| (5) | 4 | 3 | 2 | 1 |
|---|---|---|---|---|
| Unusual rational powers; astute in analyzing facts and solving problems; no impulsive decisions. | Better than average judgment; very mature and sound in his/her thinking. | Generally thinks rationally; not immature or illogical; has healthy respect for facts. | Sometimes fails to consider facts and makes error of judgment the average person would avoid. | Frequently makes judgments which are unsound; immature in thinking and judging. |

COMMENTS: _Kevin is a true professional in his job never puts a member in danger and very mature young man_

SAFETY - The development of work habits that prevent injury & loss, and promote cleanliness. The observation of rules, laws and regulations regarding safety and cleanliness.

| 5 | (4) | 3 | 2 | 1 |
|---|---|---|---|---|
| Innovates safety ideas; observes all rules and regulations; has obtained the maximum level of cleanliness. | Goes out of his/her way to promote safety and cleanliness. | Observes all safety rules and regulations. Takes necessary steps to ensure cleanliness. | Observes some rules but needs definite improvement to meet safety and/or cleanliness standards. | Does not observe any rules or regulations concerning safety and/or cleanliness. |

COMMENTS: _Kevin promotes clean work area is first one to wash out shop with out being ask, even help glass and follow all safty procedures_

COURTESY TOWARDS CUSTOMERS - Respect, consideration, cooperation for the needs and wants of the customer.

| 5 | 4 | (3) | 2 | 1 |
|---|---|---|---|---|
| Shows definite ability to detect the needs and wants of the customer; promotes customer cooperation. | Shows above average consideration and respect for the customer. | Is considerate and respectful toward customer; is cooperative in helping them fulfill their needs. | Indifferent toward customer; requires instruction on the importance of courtesy toward customers. | Has exhibited some rudeness toward customer; immediate change to correct this situation must be made. |

COMMENTS: _Kevin works in shop mostly and doesn't have a lot of contact with member, but when he does he acts in professional manner_

WPK/FMS207-S/0286M-3

CONFIDENTIAL

Wal-Mart-Johnson
01438

## EVALUATION SUMMARY

1. Identify what you consider to be areas that require improvement. List how these areas are to be improved and time limits within which improvements should be recognized. If you have any problems with attendance, it should be covered here.

   _Kevin can give Sam better availability_

2. Identify what you consider to be the major strengths of the associate. These could be personal attributes, job performance or technical skills.

   _Honest, dependable, Hard working_

3. Discuss improvement made by associate since last review as related to recommendations for improvement.

## CAREER GOALS

What are the associate's career goals? Does he/she desire to achieve higher job responsibilties with the company? These comments should be made by the associate.

## ASSOCIATE COMMENTS

Wal-Mart is a company which strongly believes in the "Open Door Policy" and we encourage the associate to make any comments on this evaluation. If you have questions or problems, feel free to discuss them with your supervisor. (Use blank sheet of paper for additional comments)

   _None_

+40

New Rate of Pay _____    Effective Date _4/4/99_

_Kevin R. Rich_        _Ron McLeanĮ_              _3/17/99_
     Associate              Supervisor              Date Signed

WPK/FMS207-S/0286M-4

**CONFIDENTIAL**

Wal-Mart-Johnson
01439

Reason for this Review

[ ] 90 day   [ ] 6 month   [X] Annual   [ ] Special

SWC-502
(Rev. 7/99)

Name: Kevin Bash   Due Date: 3-4-00
SSN: _____   Hire Date: 4-4-95

**SAM'S CLUB PARTNER
PERFORMANCE REVIEW**

| **5** | **4** | **3** | **2** | **1** |
|---|---|---|---|---|
| **Outstanding** Performance consistently exceeds requirements for complete competency in the job. | **Exceeds Requirements** Performance consistently meets and often exceeds the requirements for competency in the job. | **Meets Requirements** Performance consistently meets requirements for competency in the job. | **Improvement Needed** Performance sometimes meets requirements for competency, but often falls short; needs improvement. | **Below Standard** Performance falls substantially short of requirements for competency in the job. |

# Development Initiative

Rating: **3**

1. Partner has certified in current position . . . . . . . . . .   [ ] Yes  [ ] No
2. Partner has acted as a Sponsor during the orientation process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes  [ ] No
3. Partner has cross-certified (since last evaluation). . . . .   [ ] Yes  [ ] No

List Positions cross-certified

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**"Rating"**
3 "Yes" = Rating of 5
2 "Yes" = Rating of 4
1 "Yes" = Rating of 3
0 "Yes" = Rating of 1

Note: To be eligible for an increase, a partner needs to be certified in their current position.
(Effective: _____ )

# Comprehensive Performance

**Initiative**

Rating: **5**

The degree to which the Partner acts independently in new situations. The extent to which he/she sees what needs to be done and does it without being told.
Strengths:
- very mature
- Finds thing to do
- keeps sales floor stocked cleaned
- Antifreeze stock, unloads Trucks

Areas of Opportunity:
- ✓

**Productivity/
Work Quality**

Rating: **4**

The actual work output of the Partner relative to others. Consider what is actually produced and the quality of the work.
Strengths:
- very Fast in time center
- Runs sales floor by himself
- unload Trucks

Areas of Opportunity:
- keep up on Audits
- keep steel clean

Wal-Mart-Johnson
01440

SAM'S CLUB          A DIVISION OF WAL-MART STORES, INC.          PAGE1

CONFIDENTIAL

**Effort**

The degree to which the Partner does his/her best to be a "World Class" individual (without regard to how effective he/she may be.)  Consider conscientiousness and motivation.

Rating:

| 5 |

Strengths:
- works Reciving Area
- work Hardlines Area
- Part of Center Section members secuic-
- work Reg. Sales Floor an
- Shop Area

Areas of Opportunity:
- 
- 

---

**Dependability**

The extent to which the Partner can be depended upon to be available for work and to do it properly.  The degree to which he/she is reliable, trustworthy and persistent.

Rating:

| 5 |

Strengths:
- works Any time Asked
- comes in during Bad weather

Areas of Opportunity:
- 
- 

---

**Teamwork**

Eagerness to work harmoniously with others in getting a job done.  Observance of company and management policies.

Rating:

| 5 |

Strengths:
- helps in All Areas of Store when Asked
- helps in All Areas of Tire Center
- Everyone like Kevin.

Areas of Opportunity:
- 
- 

---

**Judgment**

The extent to which the Partner makes sound decisions.  Ability to base his/her actions on fact rather than emotion.

Rating:

| 5 |

Strengths:
- Make sound decision
- 5 years of Expierence to draw upon in tire center

Areas of Opportunity:
- 
- 

---

**Safety**

The development of work habits that prevent injury and loss, and promote cleanliness.  The observation of rules, laws, and regulations regarding safety and cleanliness.

Rating:

| 5 |

Strengths:
- wears belt All Times.
- glassewhen in Shop
- Closes door when in shop

Areas of Opportunity:
- 
- 

Wal-Mart-Johnson
01441

---

SAM'S CLUB          A DIVISION OF WAL-MART STORES, INC.          PAGE2

CONFIDENTIAL

| Member Service | Striving to exceed our Member's expectations. Respect, consideration, cooperation for the needs and wants of the Member. |
|---|---|
| Rating: **5** | **Strengths:** <br> • Kevin goes beyond the Ten Foot Rule, he helps member <br> • in all areas of Club. <br><br> **Areas of Opportunity:** |
| Communication | Express ideas clearly and positively, written or verbal. Ask questions when message is unclear. Actively listens. Keeps others informed. |
| Rating: **5** | **Strengths:** <br> • Kevin and I are always in contact and <br> • have knowledge of what is going on as well <br> • Sams Club changes. <br> **Areas of Opportunity:** |

# Summary

**Identify Overall Strengths:**
- Trust worthy
- honest
- dependable
- mature
- Respectful

**Identify areas of Opportunity:**
- Keep steel little cleaner, by dusting more often

**Improvements since last evaluation**

Identify the areas of Opportunity from previous review.

Discuss improvements made by Partner.
- Kevin attitude has improved

Wal-Mart-Johnson<br>01442

# Partner Comments

**Career Goals** – In order to help you achieve and succeed, we would like to know your goals

<u>1 Year</u>

- Continue to learn diff. areas of club
- learn more about area
- continue to work hard
-

<u>3 Year</u>

- Possibly work in another area of club.
- Continue to work hard
-

**Partner Comments** - As a company, we strongly believe in the "Open Door Policy" and we encourage you to make any comments on this performance evaluation. If you have questions or concerns, please discuss them with your supervisor.

Would like to see more staff in the center. Improved staffing would provide better member service. This in turn would increase sales.

# Evaluation Rating and Increase Calculation

47 ÷ 10 =

**Total Rating Points**

**Average Rating**

**Corresponding Pay Increase** ___.50

**New Rate Of Pay** ___

**Effective Date** 4-4-00

# Signatures

| Partner's Name | Partner's Signature | Partner's SSN | Date |
|---|---|---|---|
| Kevin R. Rash | Kevin R. Rash | - - - - - - | 1/15/00 |
| Supervisor's Name | Supervisor's Signature | | Date |
| Ron Melzowsky | Ronald L. Melzowsky | | 2/15/00 |
| General Manager's Name | General Manager's Signature | | Date |
| Tim Bellows | T.C. Bellows | | 2-15-00 |

Wal-Mart-Johnson
01443

**SAM'S CLUB**    A DIVISION OF WAL-MART STORES, INC.    PAGE4

CONFIDENTIAL

Reason for this Review

SWC-502
(Rev. 7/99)

[ ] 90 day   [ ] 6 month   [X] Annual   [ ] Special

**Name:** Kevin Rash   **Due Date:** 3-4-01

**SSN:** _____   **Hire Date:** 4-4-95

**SAM'S CLUB PARTNER
PERFORMANCE REVIEW**

| **5** | **4** | **3** | **2** | **1** |
|---|---|---|---|---|
| **Outstanding** Performance consistently exceeds requirements for complete competency in the job. | **Exceeds Requirements** Performance consistently meets and often exceeds the requirements for competency in the job. | **Meets Requirements** Performance consistently meets requirements for competency in the job. | **Improvement Needed** Performance sometimes meets requirements for competency, but often falls short; needs improvement. | **Below Standard** Performance falls substantially short of requirements for competency in the job. |

# Development Initiative

**Rating:**

[ 3 ]

1. Partner has certified in current position . . . . . . . . . . . . .   [✓] Yes   [ ] No
2. Partner has acted as a Sponsor during the orientation
   process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [ ] Yes   [✓] No
3. Partner has cross-certified (since last evaluation). . . . . .   [ ] Yes   [✓] No

**"Rating"**
3 "Yes" = Rating of 5
2 "Yes" = Rating of 4
1 "Yes" = Rating of 3
0 "Yes" = Rating of 1

List Positions cross-certified

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**Note:** To be eligible for an increase, a partner needs to be certified in their current position.
(Effective:        )

# Comprehensive Performance

| Initiative | The degree to which the Partner acts independently in new situations. The extent to which he/she sees what needs to be done and does it without being told. |
|---|---|
| **Rating:** [ 4 ] | Strengths:<br>• keep sales floor stocked and tires off sale area<br>• Helps in shop when needed help clean shop<br>Areas of Opportunity:<br>• keep Labels and Barrel •<br>• STack STRaight at All times |
| **Productivity/ Work Quality** | The actual work output of the Partner relative to others. Consider what is actually produced and the quality of the work. |
| **Rating:** [ 4 ] | Strengths:<br>• Kevin keeps his area • Stocked<br>• •<br>• •<br>Areas of Opportunity:<br>• •<br>• • |

Wal-Mart-Johnson
01444

CONFIDENTIAL

**Effort**

**Rating:**

| 4 |

The degree to which the Partner does his/her best to be a "World Class" individual (wit regard to how effective he/she may be.)  Consider conscientiousness and motivation.

Strengths:
- Kevin is proffesional and a Good Salesman
- He sees what need to be done and does it
- with out being asked

Areas of Opportunity:

---

**Dependability**

**Rating:**

| 3 |

The extent to which the Partner can be depended upon to be available for work and to properly.  The degree to which he/she is reliable, trustworthy and persistent.

Strengths:
- Kevin meets Sams requirments
- Kevin is 100% Trustworthy

Areas of Opportunity:
- Need to much time off

---

**Teamwork**

**Rating:**

| 4 |

Eagerness to work harmoniously with others in getting a job done.  Observance of cor and management policies.

Strengths:
- works well with all
- Partners, Follow SAMs
- Policies

Areas of Opportunity:
- Make sure shirt is
- tucked in while at work

---

**Judgment**

**Rating:**

| 5 |

The extent to which the Partner makes sound decisions.  Ability to base his/her action fact rather than emotion.

Strengths:
- Kevin very mature
- uses wisdom and Experience
- to make is sound decisions

Areas of Opportunity:

---

**Safety**

**Rating:**

| 4 |

The development of work habits that prevent injury and loss, and promote cleanlines observation of rules, laws, and regulations regarding safety and cleanliness.

Strengths:
- Meals Sams Requirments
- Of Following Rules in
- SAFTy

Areas of Opportunity:
- Make sure shirt is in
- when working

Wal-Mart-Johnson
01445

---

CONFIDENTIAL

| Member Service | Striving to exceed our Member's expectations. Respect, consideration, cooperation for the needs and wants of the Member. |
|---|---|
| **Rating:**<br><br>5 | Strengths:<br>• Kevin helps all members while on sales<br>• floor, Follows sales tech<br>• Ask correct question to find members Best wear<br>Areas of Opportunity:<br>•<br>• |

| Communication | Express ideas clearly and positively, written or verbal. Ask questions when message is unclear. Actively listens. Keeps others informed. |
|---|---|
| **Rating:**<br><br>4 | Strengths:<br>• kevin keeps in constant communication<br>• with me on what is going on.<br>• 1) Audits inventory scanning<br>Areas of Opportunity:<br>• Make sure when iv shop • weak order are<br>• completely finished |

# Summary

Identify Overall Strengths:
- Trustworthy
- honest
- Sound wisdom
- great member service
-
-
-

Identify areas of Opportunity.
- need more days available
- Follow Uniform codes
-
-
-

**Improvements since last evaluation**

Identify the areas of Opportunity from previous review.
-
-
-
-

Discuss improvements made by Partner.
-
-
-
-

Wal-Mart-Johnson
01446

# Partner Comments

**Career Goals** – In order to help you achieve and succeed, we would like to know your goals

<u>1 Year</u>              <u>3 Year</u>

- •
- •
- •
- •
- •

         • 
         • 
         • 
         • 

**Partner Comments** – As a company, we strongly believe in the "Open Door Policy" and we encourage you to make any comments on this performance evaluation. If you have questions or concerns, please discuss them with your supervisor.

# Evaluation Rating and Increase Calculation

| 39 | ÷ | 10 | = | 3.9 |
|---|---|---|---|---|
| **Total Rating Points** | | | | **Average Rating** |

| **Corresponding Pay Increase** | 40¢ | **New Rate Of Pay** | 10.90 | **Effective Date** | April 4 2001 |
|---|---|---|---|---|---|

# Signatures

| Partner's Name | Partner's Signature | Partner's SSN | Date |
|---|---|---|---|
| Kevin K. Kash | Kevin K. Kash | | 3/5/01 |
| **Supervisor's Name** | **Supervisor's Signature** | | **Date** |
| Rod McReynolds | Ronald McReynolds | | 3/5/01 |
| **General Manager's Name** | **General Manager's Signature** | | **Date** |

Wal-Mart-Johnson
01447

SAM'S CLUB       A DIVISION OF WAL-MART STORES, INC.       PAGE4

CONFIDENTIAL



# SAM'S CLUB HOURLY ASSOCIATE - PERFORMANCE EVALUATION-90 day ☐ 6 Month ☐ Annual ☒

NAME: _____  SOCIAL SECURITY #: _____  REVIEW DATE: _____

POSITION: _____  DEPT. NUMBER: _____  APPRAISAL PERIOD: _____

PAY LEVEL: _____  CURRENT RATE: _____  NEW RATE: _____

**INSTRUCTIONS:** Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations    No = Below Expectations

**A.**

| | Y/N | Give Examples |
|---|---|---|
| **1. Communication** *Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | | |
| **2. Team Work** *Shares knowledge. *Shares workload. *Works well in a group, equally contributing to the overall goal/task. *Exhibits cooperation with others. | | |
| **3. Honesty/Integrity** *Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | | |
| **4. Kindness/Courtesy** *Demonstrates respect and consideration for others. *Has a friendly and pleasant attitude. | | |

| | Y/N | Give Examples |
|---|---|---|
| **5. Training** *Is certified in current job position and proficient in job responsibilities. *Eager to learn other positions in the club. | | |
| **6. Dependability** *Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | | |
| **7. Effort/Initiative** *Tries to do the best job they can do. *Identifies what needs to be done and does it without being told. | | |
| **8. Expense Control** *Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, safely, shrink etc. | | |

| | Y/N | Give Examples |
|---|---|---|
| **9. Sense of Urgency** *Responds quickly to instruction/direction. *Understands the importance of service and Members' calls, requests and questions their immediate attention. | | |
| **10. 10-Foot Rule** *Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | | |
| **11. Proper Dress Code** *Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. # of Time Adjustments due to not having badge ___ | | |
| **12. Exceeds Member Expectations** *Demonstrates aggressive hospitality. *Displays a desire and readiness to go beyond what is expected to please the Member. | | |

| | Y/N | Give Examples |
|---|---|---|
| **13. Job Knowledge** *Completely understands position responsibilities. *Can perform all tasks related to their job function. | | |
| **14. Productivity** *Actual output of Associate meets expectations relative to job goals and to other Associates with equal experience and job responsibilities. *Productivity Standards ___ | | |
| **15. Safety** *Observes rules regarding safety. *Demonstrates work habits that prevent injury or loss. *Cleanliness & standards of department | | |
| **16. Quality Of Work** *Completes all job responsibilities efficiently and error-free. | | |

SAM'S CLUB People Group, Effective May 1, 2001

Page 1 of 2

CONFIDENTIAL

Wal-Mart-Johnson
01448



## Section B is for Lead Level Positions only.

INSTRUCTIONS: Determine if the associate meets expectations or does not. Write "Yes" or "No" for each question. Please give specific examples.

Yes = Always Meets Expectations
No = Below Expectations

| | Y/N | Give Examples |
|---|---|---|
| **1.     Role Model** "Is an example of culture. "Supports direction of the Company and club leadership. | | |
| **2. Listens To Other Ideas/Concerns** "Hears with thoughtful attention; alert to catch the meaning behind the words. "Responds quickly to issues that need to be addressed and recognizes outstanding input/ideas. | | |
| **3. Manages Department Performance** "Understands goals of department and works through team to accomplish objectives. Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associate' performance. | | |
| **4.     Mentors/Teaches** "Is a trusted guide or counselor. "Educates others by instruction, demonstration or with practice. Ensures all team members are position certified. | | |





Use the scoring section to determine the Associate raise.

## All Associates:

Total Number of  Yes's in Section A   [____] out of 16

16 = 50 Cents          13 = 30 Cents
14 - 15 = 40 Cents     12 - 0 = No Increase

## Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856, & 910)

Total Number of  Yes's in Section A   [____] out of 16
Total Number of  Yes's in Section B   [____] out of 4

Total Yes's  [____] out of 20

20 = 50 Cents          17 = 30 Cents
18 - 19 = 40 Cents     16 - 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

1.

2.

3.

Associate's Name:

Hourly Supervisor's Name:

Salaried Supervisor's Name:

Facility Manager's Name:

Signature: _____   Date: _____

Signature: _____   Date: _____

Signature: _____   Date: _____

Signature: _____   Date: _____

SAM'S CLUB People Group, Effective May 1, 2001

Page 2 of 2

CONFIDENTIAL

Wal-Mart-Johnson
01449



## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| NAME | ▓▓▓▓▓ | SOCIAL SECURITY # | ▓▓▓▓▓ | HIRE DATE | ▓▓▓▓▓ |
| POSITION | ▓▓▓▓▓ | DEPT. NUMBER | ▓▓▓▓▓ | APPRAISAL PERIOD | |
| JOB CLASS | ▓▓▓▓▓ | CURRENT RATE | ▓▓▓▓▓ | NEW RATE | |

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | Yes/No | |
|---|---|---|
| **1.    Communication**<br>*Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | ▓ | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| **2.    Team Work**<br>*Willing to teach others to meet dept goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | ▓ | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as you own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and champion a positive attitude and spirit. |
| **3.    Honesty/Integrity**<br>*Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | ▓ | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| **4.    Dependability/Responsibility**<br>*Follows up on work *Carries out assigned tasks *Accountable for work *Can be depended upon to be available and on time for work.<br>Days Absent ▓▓▓  Days Tardy ▓▓▓ | ▓ | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | Yes/No | |
| **5.    Development**<br>*Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | ▓ | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others ask you questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

## SAM'S CLUB Performance Evaluation – Field Hourly Associates
<span style="float:right">Effective May 1, 2002</span>

| | Yes/No | |
|---|---|---|
| **6.    Decision Making**<br>*Makes sound decisions based on facts and in line w/company philosophies *Evaluates alternatives and considers the impact on people, money and future outcomes *Involves others when appropriate | | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get his/her involved when necessary.<br>• Your decisions support the company philosophy. |
| **7.    Effort/Initiative**<br>*Self-starter *Works w/o detailed instruction *Challenges the status quo *Identifies what needs to be done and does it without being told. | | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. |
| **8.    Expense Control**<br>*Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or wastes of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. |

| | Yes/No | |
|---|---|---|
| **9.    Sense of Urgency**<br>*Responds quickly to instruction/direction. *Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. |
| **10.    10-Foot Rule**<br>*Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. |
| **11.    Proper Dress Code**<br>*Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. | | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally bring to your manager's attention when others are outside dress code guidelines.<br>• You have less than two time adjustments this year due to forgetting your badge.<br>• You have less than 2 time adjustments this year due to forgetting to clock in and/or out. |
| **12.    Customer Service**<br>*Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. *Displays a desire and readiness to go beyond what is expected to please the customer. | | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. |

Wal-Mart-Johnson<br>01451

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | Yes/No | |
|---|---|---|
| **13.  Job Knowledge**<br>*Completely understands position responsibilities. *Can perform all tasks related to their job function. *Proficient in applicable computer applications. | | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| **14.  Productivity**<br>*Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. *Stays focused. | | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>• Productivity expectations for your position:    Dept Numeric Goals (Cashiers Only) IPH Actual        IPH Goal |
| **15.  Flexibility/Job Adaptability**<br>*Plans and adjusts workload w/changing priorities w/s sense of urgency *Responsive to changing circumstances *Meets deadlines w/o daily supervision | | • You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| **16.  Quality Of Work**<br>*Completes all job responsibilities efficiently and error-free. *Strives to improve quality of work. *Plans projects and manages time well. | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. |

| | Yes/No | Give Examples |
|---|---|---|
| **17.  Role Model**<br>*Is an example of culture. *Supports direction of the Company and department's leadership. *Inspires a positive attitude in dept *Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| **18.  Listens To Other Ideas/Concerns**<br>*Hears with thoughtful attention *Responds quickly to issues that need to be addressed *Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| **19.  Manages Dept. Performance**<br>*Understands goals of department and works through team to accomplish objectives. *Monitors area performance on a regular basis by review of key tools of the trade. *Reacts to trends as needed. *Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

CONFIDENTIAL

Wal-Mart-Johnson<br>01452

SAM'S CLUB Performance Evaluation – Field Hourly Associates                    Effective May 1, 2002

| 20.    Mentors/Teaches | | |
|---|---|---|
| *Takes time to teach other Associates things they've learned.<br>*Educates others by instruction, demonstration or with practice. | | • You are working to develop your replacement in anticipation of your promotion to another position.<br>• Associates count on you to share your job knowledge to help them be successful.<br>• You take a sincere and active role in developing others.<br>• You invest time in teaching other associates the things you have learned.<br>• You are a role model for continuous learning through your own personal/professional development. |

**All Associates:**

Total Number of Yes's in Section A: [blacked out] out of 16          16 = 50 cents          14 – 15 = 40 cents          13 = 30 cents          12 – 0 = No Increase

**Associates in Lead Positions Only:**
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A [blacked out] out of 16          20 = 50 cents          18 – 19 = 40 cents          17 = 30 cents          16 – 0 = No Increase
Total Number of Yes's in Section B [blacked out] out of 4

Total Yes's [blacked out] out of 20

Discuss the Associate's Strengths and areas of Opportunity.  Develop goals for the coming year and include any final comments.
*Additional comments may be attached on a separate sheet of paper.



SAM'S CLUB Performance Evaluation – Field Hourly Associates          Effective May 1, 2002

Print Associate's Name: ████████████    Signature: _Kevin R. Real_    Date: ████
Print Hourly Supervisor's Name: ████████    Signature: _____    Date: ████
Print Manager's Names: ████████    Signature: _____    Date: ████
Print GM's Name: ████    Signature: _Carol Quall_    Date: ████



Use this button to clear the form before you exit. Otherwise the information
you have entered will remain on the document.

CONFIDENTIAL

Wal-Mart-Johnson
01454

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | | |
|---|---|---|---|
| NAME | KEVIN RASH | SOCIAL SECURITY # | |
| POSITION | TIRE TECH | DEPT. NUMBER | |
| JOB CLASS | 816 | CURRENT RATE | |

| | | |
|---|---|---|
| HIRE DATE | | 4/4/1995 |
| APPRAISAL PERIOD | | YEARLY/DUE 4/06 |
| NEW RATE | | |

**Instructions:** Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

| | Yes/No | |
|---|---|---|
| **1. Communication**<br>*Expresses ideas clearly and positively (written and/or verbal). *Actively listens and asks questions if unclear. *Keeps others informed. | | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| **2. Team Work**<br>*Willing to teach others to meet dept goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as you own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and champion a positive attitude and spirit. |
| **3. Honesty/Integrity**<br>*Maintains moral standards. *Demonstrates sincerity and soundness in character. *Is reliable and trustworthy. | | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| **4. Dependability/Responsibility**<br>*Follows up on work *Carries out assigned tasks *Accountable for work *Can be depended upon to be available and on line for work.<br>Days Absent _____  Days Tardy _____ | | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |
| | | |

| | Yes/No | |
|---|---|---|
| **5. Development**<br>*Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others rely on you for questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

CONFIDENTIAL

Wal-Mart-Johnson
01455

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | |
|---|---|
| **6. Decision Making** *"Makes sound decisions based on facts and in line w/company philosophies. *Evaluates alternatives and considers the impact on people, money and future outcomes *involves others when appropriate | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. |
| **7. Effort/Initiative** *"Self-starter *Works w/o detailed instruction *Challenges the status quo *Identifies what needs to be done and does it without being told. | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. |
| **8. Expense Control** *"Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. |

| | Yes/No | |
|---|---|---|
| **9. Sense of Urgency** *"Responds quickly to instruction/decision. *Understands the importance of service and gives CLBSS/Members' calls, requests and questions their immediate attention. | | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. |
| **10. 10-Foot Rule** *"Looks everyone in the eye and greets them within 10 feet. *Calls Associates/Members by name. | | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. |
| **11. Proper Dress Code** *"Adheres to company guidelines regarding dress code. *Maintains a clean and professional appearance. | | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally bring to your manager's attention when others are outside dress code guidelines.<br>• You have less than two time adjustments this year due to forgetting your badge.<br>• You have less than 2 time adjustments this year due to forgetting to clock in and/or out. |
| **12. Customer Service** *"Demonstrates a willingness to help any customer, internal and external, W/respect, consideration and helpfulness. *Displays a desire and readiness to go beyond what is expected to please the customer. | | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. |

Wal-Mart-Johnson 01456

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | Yes/No | |
|---|---|---|
| **13. Job Knowledge** *Completely understands position responsibilities. *Can perform all tasks related to their job function. *Proficient in applicable computer applications. | | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| **14. Productivity** *Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. *Stays focused. | | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>• You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>• You keep personal business to a minimum during your work shift.<br>Productivity expectations for your position: |
| **15. Flexibility/Job Adaptability** *Plans and adjusts workload w/changing priorities w/a sense of urgency *Responsive to changing circumstances *Meets deadlines w/o daily supervision | | Dept Numeric Goals (Cashiers Only) IPH Actual _____ IPH Goal _____<br>• You are always focused on what's important now and can be trusted to meet deadlines.<br>• You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>• Your coach/manager counts on you to help the team accept change positively.<br>• You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| **16. Quality Of Work** *Completes all job responsibilities efficiently and error-free. *Strives to improve quality of work. *Plans projects and manages time well. | | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>• You are committed to doing things right the first time.<br>• You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. |

| | Yes/No | Give Examples |
|---|---|---|
| **17. Role Model** *Is an example of culture. *Supports direction of the Company and department's leadership. *Inspires a positive attitude in dept *Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| **18. Listens To Other Ideas/Concerns** *Hears with thoughtful attention *Responds quickly to issues that need to be addressed *Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| **19. Manages Dept. Performance** *Understands goals of department and works through team to accomplish objectives. *Monitors area performance on a regular basis by review of key tools of the trade. *Reacts to trends as needed. *Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluation, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly & yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

**20. Mentors/Teaches**
*Takes time to teach other Associates things they've learned.
*Educates others by instruction, demonstration or with practice.

- You are working to develop your replacement in anticipation of your promotion to another position.
- Associates count on you to share your job knowledge to help them be successful.
- You take a sincere and active role in developing others.
- You invest time in teaching other associates the things you have learned.
- You are a role model for continuous learning through your own personal/professional development.

### All Associates:

Total Number of Yes's in Section A: [ ] out of 16

| 16 = 50 cents | 14 – 15 = 40 cents | 13 = 30 cents | 12 – 0 = No Increase |

### Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 606, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A [ ] out of 16
Total Number of Yes's in Section B [ ] out of 4

Total Yes's [ ] out of 20

| 20 = 50 cents | 18 – 19 = 40 cents | 17 = 30 cents | 16 – 0 = No Increase |

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

CONFIDENTIAL

Wal-Mart-Johnson
01458





Use this button to clear the form before you exit. Otherwise the information you have entered will remain on the document.