# EXHIBIT W

SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| NAME | Myron Dennis | SOCIAL SECURITY # | | HIRE DATE | 6-19-02 |
|---|---|---|---|---|---|
| POSITION | | DEPT. NUMBER | | APPRAISAL PERIOD/EVAL DUE DATE | |
| JOB CLASS | | CURRENT RATE | | NEW RATE | |
| | | | | DATE EVAL KEYED | 9-10-02 KEYED BY ___ |

**Instructions: Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.**

| | Yes/No |
|---|---|
| **1. Communication**<br>*Expresses ideas clearly and positively (written and/or verbal *Actively listens and asks questions if unclear. *Keeps other informed. | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| **2. Team Work**<br>*Willing to teach others to meet dept goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as you own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and champion a positive attitude and spirit. |
| **3. Honesty/Integrity**<br>*Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| **4. Dependability/Responsibility**<br>*Follows up on work *Carries out assigned tasks *Accountabl for work *Can be depended upon to be available and on time for work.<br>Days Absent _____ Days Tardy _____ | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |

Memphis works well with other in tire shop + is dependable

| | Yes/No |
|---|---|
| **5. Development**<br>*Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others ask you questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

CONFIDENTIAL

Wal-Mart-Johnson
01353

SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| # | Category | | Rating |
|---|---|---|---|
| 6. | **Decision Making** "Makes sound decisions based on facts and in line w/company philosophies "Evaluates alternatives and considers the impact on people, money and future outcomes "Involves others when appropriate | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. | ✓ |
| 7. | **Effort/Initiative** "Self-starter "Works w/o detailed instruction "Challenges the status quo "Identifies what needs to be done and does it without being told. | • There is no question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. | ✓ |
| 8. | **Expense Control** "Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. | ✓ |

*Memphis knows what needs to be doing and does it with out being told to.*

| # | Category | | Yes/No |
|---|---|---|---|
| 9. | **Sense of Urgency** "Responds quickly to instruction/direction. "Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. | ✓ |
| 10. | **10-Foot Rule** "Looks everyone in the eye and greets them within 10 feet. "Calls Associates/Members by name. | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. | ✓ |
| 11. | **Proper Dress Code** "Adheres to company guidelines regarding dress code. "Maintains a clean and professional appearance. | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally address others who are outside of the dress code guidelines.<br>• You have less than 2 time adjustments per year due to not having your badge.<br>• You have less than 2 time adjustments due to not clocking in and out. | ✓ |
| 12. | **Customer Service** "Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. "Displays a desire and readiness to go beyond what is expected to please the customer. | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. | ✓ |

*Memphis help member any way he can dose whatever it takes to sudisfuy members*

CONFIDENTIAL

Wal-Mart-Johnson
01354

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | Yes/No |
|---|---|---|
| 13. | **Job Knowledge**<br>*Completely understands position responsibilities. "Can perform all tasks related to their job function. "Proficient in applicable computer applications. | ✓ Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing.<br>• You have mastered the skills and knowledge to do your job well.<br>• Other associates come to you when they have job related questions.<br>• You have been actively involved in teaching another associate On the Job Training.<br>• You continue to learn and expand your job through cross training or classes. |
| 14. | **Productivity**<br>*Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. "Stays focused. | ⊙ Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department).<br>⊙ You find other tasks to do when your own work is done.<br>• You limit the amount of time you spend socializing.<br>⊙ You keep personal business to a minimum during your work shift.<br>⊙ Productivity expectations for your position:  Dept Numeric Goals (Cashiers Only) IPH Actual ___ IPH Goal ___ |
| 15. | **Flexibility/Job Adaptability**<br>*Plans and adjusts workload w/changing priorities w/a sense of urgency. "Responsive to changing circumstances "Meets deadlines w/o daily supervision | ✓ • You are always focused on what's important now and can be trusted to meet deadlines.<br>⊙ You ask for assistance in prioritizing tasks when in doubt or overloaded.<br>⊙ Your coach/manager can/will count on you to help the team accept change positively.<br>⊙ You ask to take on new assignments with a positive attitude and eagerness to learn.<br>• You can switch job roles if necessary to accomplish the work. |
| 16. | **Quality Of Work**<br>*Completes all job responsibilities efficiently and error-free. "Strives to improve quality of work. "Plans projects and manages time well. | ✓ Your coach/manager and peers can depend on your work to be of high quality even when no one is watching.<br>⊙ You are committed to doing things right the first time.<br>⊙ You are committed to following proper procedures for your work assignments.<br>• You exhibit a high level of attention to detail.<br>• You work to improve your skills to deliver an even higher quality of work. |
| Comments: | Memphis job knowledge is one of the higher in shop and so is his productivity | |

| | | Yes/No | Give Examples |
|---|---|---|---|
| 17. | **Role Model**<br>*Is an example of culture. "Supports direction of the Company and department's leadership. "Inspires a positive attitude in dept "Follows company policy and direction | | • Other associates look to you for leadership and guidance.<br>• You help inspire a positive attitude in your department.<br>• You are viewed as someone who follows company policy and direction.<br>• You are a champion of the company's philosophies.<br>• You have a reputation of always doing the right thing. |
| 18. | **Listens To Other Ideas/Concerns**<br>*Hears with thoughtful attention. "Responds quickly to issues that need to be addressed "Offers and recognizes outstanding input/ideas. | | • You are someone whom others feel comfortable talking to.<br>• You challenge others to look for solutions versus just complaining.<br>• You encourage others to express their ideas and concerns.<br>• You give others credit for their ideas and input.<br>• You listen to all sides of a conflict situation to determine the facts. |
| 19. | **Manages Dept. Performance**<br>*Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | | • You are involved in the evaluations, promotions or coachings of your direct reports.<br>• You know daily, weekly, monthly &, yearly how you are tracking against your goals.<br>• You actively give positive feedback for good work.<br>• You actively deal with poor performance issues in a timely manner.<br>• You meet or exceed your department specific goals. |

CONFIDENTIAL

Wal-Mart-Johnson
01355

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

**20. Mentors/Teaches**
Takes time to teach other Associates things they've learned. "Educates others by instruction, demonstration or with practice.

- You are working to develop your replacement in anticipation of your promotion to another position.
- Associates count on you to share your job knowledge to help them be successful.
- You take a sincere and active role in developing others.
- You invest time in teaching other associates the things you have learned.
- You are a role model for continuous learning through your own personal/professional development.

### All Associates:

Total Number of Yes's in Section A: _____ out of 16

14 – 15 = 40 cents    13 = 30 cents    12 – 0 = No Increase

(16 = 50 cents) [circled]

### Associates in Lead Positions Only:
(Job Codes: 100, 101, 102, 325, 510, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A  _____ out of 16
Total Number of Yes's in Section B  _____ out of 4

Total Yes's  _____ out of 20

20 = 50 cents    18 – 19 = 40 cents    17 = 30 cents    16 – 0 = No Increase

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

Knowledge of tires
will to work hard and dependable

Not let other assicate in
shop get him upset.

CONFIDENTIAL    Wal-Mart-Johnson
01356

Effective May 1, 2002

## SAM'S CLUB Performance Evaluation -- Field Hourly Associates

Print Associate's Name: Myron Dennis          Signature: [signature]          Date: 9-9-02

Print Hourly Supervisor Name: Robert McClinsey   Signature: [signature]          Date: 9-4-02

Print Manager's Name: [illegible]              Signature: [signature]          Date: _____

Print GM's Name: [illegible]                   Signature: [signature]          Date: 9-12-02

CONFIDENTIAL

Wal-Mart-Johnson
01357

| NAME | Myron Dennis | SOCIAL SECURITY # | | HIRE DATE | 6/9-02 |
|---|---|---|---|---|---|
| POSITION | Tire mounter | DEPT. NUMBER | | APPRAISAL PERIOD/EVAL DUE DATE | |
| JOB CLASS | Tires | CURRENT RATE | | NEW RATE | |
| | | | | DATE EVAL KEYED | / KEYED BY |

Instructions: Circle bullets that apply and record a rating for each category. To qualify as a Yes, the associate must demonstrate 4 out of 5 bullets.

### EXPECT THE HIGHEST VALUE

| | Yes/No | |
|---|---|---|
| 1. **Communication** *Expresses ideas clearly and positively (written and/or verbal) *Actively listens and asks questions if unclear. *Keeps others informed. | Yes | • Your coach/manager is kept informed of the decisions you make in your job.<br>• Your coach/manager knows what you are struggling with and what is working well.<br>• You ask questions when you don't know something or need additional information.<br>• Customers have/develop a positive and professional image of your department during/after your communication with them.<br>• You maintain appropriate records and documentation necessary for your job. |
| 2. **Team Work** *Willing to teach others to meet dept goals. *Shares workload. *Works well in a group, equally contributes to the overall goal/task. *Cooperates w/others. | Yes | • Your coach/manager counts on you to help keep the team positive and productive.<br>• You complete your share of the workload and when finished, actively help others with their workload.<br>• You focus on and help achieve the team goals as well as you own.<br>• You have a positive working relationship with other team members.<br>• You participate in team meetings and champion a positive attitude and spirit. |
| 3. **Honesty/Integrity** *Maintains moral standards. *Demonstrates sincerity and a soundness in character. *Is reliable and trustworthy. | Yes | • Your peers, managers and customers trust you.<br>• You are viewed as someone who will always do the right thing.<br>• You can be trusted with confidential business information and company assets.<br>• You challenge things that are wrong or unethical in an appropriate manner.<br>• You do not involve yourself and put a stop to harmful or nonproductive comments or gossip. |
| 4. **Dependability/Responsibility** *Follows up on work *Carries out assigned tasks *Accountable for work *Can be depended upon to be available and on time for work. Days Absent ___ Days Tardy ___ | No | • Your peers and managers trust you to carry your share of the workload.<br>• Your coach/manager can count on you to be at work and on time.<br>• Your attendance is within company guidelines.<br>• No active coachings at any level.<br>• You follow up on projects or tasks until you are certain completion or closure is accomplished. |

**Comments:** Memphis work well with others but need to work on being on time for work

### STRIVE FOR EXCELLENCE

| | Yes/No | |
|---|---|---|
| 5. **Development** *Strives to improve job skills. *Strives to improve the quality of work. *Is interested and understands their role in achieving budgeted numbers. | Yes | • You are viewed as well trained for your position because of your productivity, accuracy and job knowledge.<br>• Others ask you questions when they need information about how to do their job well.<br>• You have been cross-trained to do at least one other position in your department and perform that position with a high level of skill.<br>• You have completed at least 2 training courses or you have achieved 2 certifications.<br>• You actively challenge yourself to learn more. |

**CONFIDENTIAL**

Wal-Mart-Johnson
01358

# SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| # | Category | Rating | Criteria |
|---|---|---|---|
| 6. | **Decision Making**<br>"Makes sound decisions based on facts and in line w/company philosophies •Evaluates alternatives and considers the impact on people, money and future outcomes •Involves others when appropriate | Y | • Your coach/manager can trust you to make good decisions.<br>• You learn from your mistakes and do not repeat them.<br>• You "do your homework" before making a decision so you are confident about your choices.<br>• Your coach/manager trusts that you will get him/her involved when necessary.<br>• Your decisions support the company philosophy. |
| 7. | **Effort/Initiative**<br>"Self-starter •Works w/o detailed instruction •Challenges the status quo •Identifies what needs to be done and does it without being told. | Y | • There is up question that you strive to do the very best job possible.<br>• Your coach/manager trusts that you will do what needs to be done even when no one is there to tell you what to do or if no one is watching.<br>• You have a reputation for working smart and efficiently.<br>• You look for more efficient ways to accomplish tasks.<br>• You question procedures that are not logical. |
| 8. | **Expense Control**<br>"Exercises caution/restraint for any spending or cost that would be incurred by them in their position regarding processes, phone use, etc. | Y | • You do not waste company supplies.<br>• If there is a less expensive way to doing something, you will find it.<br>• You challenge others when they want to do something that costs company money or waste of company assets.<br>• You consider the return on investment before pursuing something that costs company money or time.<br>• You maximize your work time and don't waste time on unnecessary things. |

**Comments:** Memphis Make sound; Decision to get his work done in a timely manner

| # | Category | Yes/No | Criteria |
|---|---|---|---|
| 9. | **Sense of Urgency**<br>"Responds quickly to instruction/direction. "Understands the importance of service and gives CLUBS/Members' calls, requests and questions their immediate attention. | Yes | • Your peers, manager and customers count on you to get things done – on time.<br>• You do not have to be reminded to accomplish tasks assigned.<br>• Customers feel their issues are important to you because of the urgency you place on addressing them.<br>• You are focused on accomplishing work quickly.<br>• You always practice the Sundown Rule. |
| 10. | **10-Foot Rule**<br>"Looks everyone in the eye and greets them within 10 feet •Calls Associates/Members by name. | Y | • New Associates see you as an example of someone practicing the 10-foot Rule.<br>• Customers can expect you to call them by name.<br>• Other Associates can expect you to speak to them when passing.<br>• You are sincere when acknowledging others.<br>• You practice the 10-foot Rule even during stressful times. |
| 11. | **Proper Dress Code**<br>"Adheres to company guidelines regarding dress code. •Maintains a clean and professional appearance. | Y | • You always dress according to the dress code.<br>• Your personal hygiene meets company guidelines.<br>• You professionally address others who are outside of the dress code guidelines.<br>• You have less than 2 time adjustments per year due to not having your badge.<br>• You have less than 2 time adjustments due to not clocking in and out. |
| 12. | **Customer Service**<br>"Demonstrates a willingness to help any customer, internal and external, w/respect, consideration and helpfulness. •Displays a desire and readiness to go beyond what is expected to please the customer. | Y | • Your customer's expectations are exceeded by the speed in which you address their concerns, problems or requests.<br>• You are known as an Associate who will go above and beyond to take care of a customer.<br>• Your Manager has not received any complaints about you from your customers or peers.<br>• You treat both members and peers as customers regarding service levels.<br>• You help others give great customer service by assisting when possible. |

**Comments:** Memphis greets and the customer service when ever in needed

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| | | Yes/No |
|---|---|---|
| 13. | **Job Knowledge** — "Completely understands position responsibilities. "Can perform all tasks related to their job function. "Proficient in applicable computer applications. | ✓ |
| | • Your coach/manager trusts you to do a great job because he/she is confident you know what you are doing. | |
| | • You have mastered the skills and knowledge to do your job well. | |
| | • Other associates come to you when they have job related questions. | |
| | • You have been actively involved in teaching another associate On the Job Training. | |
| | • You continue to learn and expand your job through cross training or classes. | |
| 14. | **Productivity** — "Actual output of Associate meets expectations relative to department goals and to other Associates with equal experience and job responsibilities. "Stays focused. | ✓ |
| | • Your productivity in your job meets or exceeds your department average (or company average if not comparable within the department). | |
| | • You find other tasks to do when your own work is done. | |
| | • You limit the amount of time you spend socializing. | |
| | • You keep personal business to a minimum during your work shift. | |
| | • Productivity expectations for your position:    Dept Numeric Goals (Cashiers Only) IPH Actual _____ IPH Goal _____ | |
| 15. | **Flexibility/Job Adaptability** — "Plans and adjusts workload w/changing priorities w/a sense of urgency. "Responsive to changing circumstances "Meets deadlines w/o daily supervision. | ✓ |
| | • You are always focused on what's important now and can be trusted to meet deadlines. | |
| | • You ask for assistance in prioritizing tasks when in doubt or overloaded. | |
| | • Your coach/manager counts on you to help the team accept change positively. | |
| | • You ask to take on new assignments with a positive attitude and eagerness to learn. | |
| | • You can switch job roles if necessary to accomplish the work. | |
| 16. | **Quality Of Work** — "Completes all job responsibilities efficiently and error-free. "Strives to improve quality of work. "Plans projects and manages time well. | ✓ |
| | • Your coach/manager and peers can depend on your work to be of high quality even when no one is watching. | |
| | • You are committed to doing things right the first time. | |
| | • You are committed to following proper procedures for your work assignments. | |
| | • You exhibit a high level of attention to detail. | |
| | • You work to improve your skills to deliver an even higher quality of work. | |

**Comments:** memphis job kownlede help him to be productive + quality of work is higher then company expection.

| | | Yes/No |
|---|---|---|
| 17. | **Role Model** — "Is an example of culture. "Supports direction of the Company and department's leadership. "Inspires a positive attitude in dept "Follows company policy and direction | |
| | • Other associates look to you for leadership and guidance. | |
| | • You help inspire a positive attitude in your department. | |
| | • You are viewed as someone who follows company policy and direction. | |
| | • You are a champion of the company's philosophies. | |
| | • You have a reputation of always doing the right thing. | |
| 18. | **Listens To Other Ideas/Concerns** — "Hears with thoughtful attention. "Responds quickly to issues that need to be addressed "Offers and recognizes outstanding input/ideas. | |
| | • You are someone whom others feel comfortable talking to. | |
| | • You challenge others to look for solutions versus just complaining. | |
| | • You encourage others to express their ideas and concerns. | |
| | • You give others credit for their ideas and input. | |
| | • You listen to all sides of a conflict situation to determine the facts. | |
| 19. | **Manages Dept. Performance** — "Understands goals of department and works through team to accomplish objectives. "Monitors area performance on a regular basis by review of key tools of the trade. "Reacts to trends as needed. "Demonstrates a capacity to direct a group of associates' performance. | |
| | • You are involved in the evaluations, promotions or coachings of your direct reports. | |
| | • You know daily, weekly, monthly & yearly how you are tracking against your goals. | |
| | • You actively give positive feedback for good work. | |
| | • You actively deal with poor performance issues in a timely manner. | |
| | • You meet or exceed your department specific goals. | |

CONFIDENTIAL

Wal-Mart-Johnson
01360

## SAM'S CLUB Performance Evaluation – Field Hourly Associates

Effective May 1, 2002

| 20. | Mentors/Teaches |
|---|---|

- You are working to develop your replacement in anticipation of your promotion to another position.
- Associates count on you to share your job knowledge to help them be successful.
- "Takes time to teach other Associates things they've learned. "Educates others by instruction, demonstration or with practice.
- You take a sincere and active role in developing others.
- You invest time in teaching other associates the things you have learned.
- You are a role model for continuous learning through your own personal/professional development.

**Comments:**

### Scoring

| 16 = 50 cents | 14 – 15 = 40 cents | 13 = 30 cents | 12 – 0 = No Increase |
|---|---|---|---|
| 20 = 50 cents | 18 – 19 = 40 cents | 17 = 30 cents | 16 – 0 = No Increase |

### All Associates:

Total Number of Yes's in Section A: __15__ out of 16

### Associates In Lead Positions Only:
(Job Codes: 100, 101,102, 325, 510, 610, 814, 842, 856 & 910)

Total Number of Yes's in Section A _____ out of 16
Total Number of Yes's in Section B _____ out of 4

Total Yes's _____ out of 20

Discuss the Associate's Strengths and areas of Opportunity. Develop goals for the coming year and include any final comments. Additional comments may be attached on a separate sheet of paper.

**Strengths:** Job Knowlede + work well with others

**Opportunities:** Work on get to work on time

**Comments:**

**Goals:**

CONFIDENTIAL

Wal-Mart-Johnson
01361

Effective May 1, 2002

SAM'S CLUB Performance Evaluation – Field Hourly Associates

Print Associate's Name: Myron Dennis        Signature: [signature]        Date: 1-26-02

Print Hourly Supervisor Name: Robert McClinger  Signature: [signature]    Date: 1-14-02

Print Manager's Name: Jeremy Stone          Signature: [signature]       Date: 1/23/02

Print GM's Name: Carrell Barnett            Signature: [signature]       Date: _____

CONFIDENTIAL

Wal-Mart–Johnson
01362