# EXHIBIT X

Case 1:04-cv-01450-JJF   Document 30-27   Filed 10/31/2005   Page 1 of 2

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974

ENTER CHARGE NUMBER
☐ FEPA 031240
☐ EEOC 17CA400137

Delaware Department of Labor and EEOC
(State, or local Agency, if any)

**NAME** (Indicate Mr., Mrs., Ms): Ms. Cassandra Johnson
**HOME TELEPHONE NO.** (Include Area Code): (302) 653-4192
**STREET ADDRESS**: 120 Locust St.
**CITY, STATE AND ZIP CODE**: Smyrna, DE 19977
**COUNTY**: Kent

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one, list below.)

**NAME**: Sams Club #6330
**NO. OF EMPLOYEES OR MEMBERS**: 25+
**TELEPHONE NUMBER** (Incl. Area Code): (302) 678-4223
**STREET ADDRESS**: 1527 N. Dupont HWY. Dover, DE 19901

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN ☐ AGE
☐ RETALIATION ☐ DISABILITY ☐ OTHER (Specify)

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST: 9/1996
LATEST: 11/18/2003 AND
☒ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attached extra sheet(s)):

I. I am a female individual who has been employed by Respondent since September 1996. I have worked as a Sales Associate in the Tire Department at Respondent's store #6330 for approximately 3 years. I am currently employed by Respondent; however I am not paid the same as my male co-workers, even though I have more seniority than some of them.

II. Respondent has given me various reasons for not paying me equally or given me a merit raise.

III. I believe Respondent is in violation Title VII of the Civil Rights Act of 1964, as amended, and the state of Delaware's Discrimination in Employment Act, as amended, because they are not paying me equally to my male co-worker s or have not given me a merit raise. I have been employed by Respondent in the Tire Department for approximately 3 years, longer than my Team Leader, Johnny Revis (male) and Tire Mounter, Memphis (last name unknown, male) but they are paid more than I am. I have been employed by Respondent for 7 years, two years more than Tire Mounter, Nathan Gibson (male) however he also is paid more than I am. I am expected to perform the same job duties of all the men but they are not expected to perform my specific job duties.

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

11/18/03  /s/ Cassandra Johnson
Date     Charging Party (Signature)

SIGNATURE OF COMPLAINANT

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

NOTARY - (When necessary to meet State and Local Requirements)

Subscribed and sworn to before me this date (Day, month, and year)

EEOC FORM 5 REV 6/92    PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED