# EXHIBIT Y

## EEOC AFFIDAVIT

| Charge #: | Date: November 18, 2003 |
|---|---|

### Charging Party Information

Name: Ms. Cassandra Johnson

Street: 120 Locust St.    City: Smyrna,

County: Kent    State: DE    Zip: 19977

Tel (H): (302) 653-4192    Tel (W): (302) 678-4223

DOB: 6/12/1972    Sex: Female    Race: Black

Nat'l Origin: U.S.    SSN: 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

### Contact Person

Name: Mr. Kevin Johnson
Tel (H): (410) 224-4417    Tel (W): N/A
Address: N/A

### Employment Information

Date of Hire: 9/1996
Date of Termination: N/A
Date of Alleged Violation: ~~on-going~~ 11/18/2003 hrs
Relief Sought: Compensatory & Punitive
Check One: ☒ working  ☐ not working  ☐ sought employment at

### Respondent Information

Name: Sams Club #6330
Address: 1527 N. Dupont HWY. Dover, DE 19901
Type of Business: Retail Store
Size of Business: 25+

### Basic Charge Data

| Receiving Office: 17C | Intake Unit: 1 |
|---|---|
| Accountable Office: 17C | Intake Officer: AB |
| Initial Inquiry: 11/18/2003 | Respondent Type: E |
| Received this Office: November 18, 2003 | County: 001 |
| Source of Complaint: A | SMSA: 9160 |
| Federal Referral Transfer: | SIC: 530 |
| Alleged Basis: GF | Federal Agency: |
| | Alleged Issues: P3, W1 |

Wal-Mart-Johnson
01274

## CONTINUATION OF AFFIDAVIT

1. **Coverage/Respondent's Business (#of employees/nature of business/Charging Party's Department/Title/Identify Others of Same Title):**

    Sam Club store # 6330, 50+, Tire Department

2. **Relevant Work History (Qualified, Requirements of Position, Date of Hire, Employment History, Prior Disciplines):**

    Employed by Respondent for 7 years and in the Tire Department for 3 years

3. **Personal Harm (Discharge, Demoted, Sexually Harassed, etc., dates of harm, alleged harassers with titles, where did the harm occur, harm was based on what basis):**

    Not being paid the same as my male co-workers

4. **R's Explanation for the alleged harm and its policies and practices (written/verbal, who (name/title) gave explanation):**

    Please see attached

5. **Direct Evidence (verbal/written statements/documents, name/title person (s) made discriminatory statements/when and where statements were made**

    Please see attached

6. **Witnesses (name, title, address/phone number, what information can witness provide):**

    Please see attached

7. **Comparative Data (identify all similarly situated persons, describe treatment of comparator (s), how does CP know this information, qualifications of comparator):**

    Please see attached

8. **Class Harm (identify (name, title, dates & circumstances) all other of same EEO class as CP also harmed by Respondent):**

    Please see attached

9. **Remedy/Relief Sought (describe what remedy or terms of settlement CP is seeking, and describe why CP believes he/she is entitled to provided remedy):**

    Please see attached

_11/10/05_ [signature]
DATE AND INITIAL

Wal-Mart-Johnson
01275

## CONTINUATION OF EEOC AFFIDAVIT

### SIGNATURE PAGE

This Affidavit has been prepared by a representative of the EEOC in an official capacity as part of an investigation. It has been read by me and I agree with the contents. Where changes (if any) were necessary, I have initialed such changes.

If affidavit is signed before a Notary Public, complete the following:

X _[signature]_____
Signature of Interviewee

State of _____        My Commission expires _____

County of _____

Subscribed and sworn to before me on

This     day of          ,

20    , at         .                    _____
                                        Signature of Notary Public

Sign below if affidavit is signed before an EEO Representative:

| I declare under the penalty that the foregoing is true and correct. ||||
| DATE | SIGNATURE OF WITNESS | SIGNATURE OF EEOC REPRESENTATIVE | PAGE OF |
| 11/18/05 | | _[signature]_ | |

**PRIVACY ACT STATEMENT:** (This form is covered by the Privacy Act of 1974, Public Law 93-579. Authority for requesting and uses of the personal data are given below.)

1. FORM NUMBER/TITLE/DATE: EEOC FORM 133, EEOC AFFIDAVIT, August 1985.

2. AUTHORITY: 42: USC 2000e(9), 29 USC 201, 29 USC 621.

3. PRINCIPAL PURPOSES. Provides a standardized format for obtaining from the Charging Party, Respondent and Witness sworn statements of information relevant to a charge of discrimination.

4. ROUTINE USES. These affidavits are used to: (1) make an official determination regarding the validity of the charge of discrimination; (2) guide the Commission's investigatory activity; and (3) in Title VII, Equal Pay Act, and Age Discrimination in Employment Act litigation, to impeach or substantiate a witness's testimony.

5. WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION: Voluntary. Failure to provide an affidavit has no effect upon the jurisdiction of the Commission to process a charge. However, sworn statements submitted by the parties are, of course, relied upon more heavily than unsworn statements in making determination as to the existence of unlawful discrimination.

EEOC FORM 133 (8/85)

Wal-Mart-Johnson
01276