## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire hereby certify that on this date I caused two true and correct copies of the foregoing Brief and Appendix of Defendant Wal-Mart Stores, Inc. in support of its Motion for Summary Judgment to be served on plaintiff's counsel:

### BY FIRST CLASS MAIL

Noel E. Primos, Esquire
Schmittinger & Rodriguez, P.A.
414 South State Street
Dover, DE 19901

Dated: _____

William M. Kelleher
(# 3961)