IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | C.A. No. 04-1450 (JJF) |
| Plaintiff, | * | |
| v. | * | |
| WAL-MART STORES, INC., | * | |
| Defendant. | * | |

**STIPULATION TO EXTEND BRIEFING SCHEDULE
FOR DISPOSITIVE MOTION AND TO REQUEST
CONTINUANCE OF PRE-TRIAL DATE**

COME NOW, the parties, by and through their undersigned counsel, and hereby stipulate to the extension of the briefing schedule in this case, and jointly request a continuance, as follows:

1.  Under the current briefing schedule as regulated by the Local Rules, Plaintiff's brief in response to Defendant's Motion for Summary Judgment would be due on November 15, 2005.

2.  Due to professional and personal commitments, Plaintiff's counsel will need additional time for completion of its Answering Brief.

3.  Plaintiff's counsel has confirmed with Defendant's counsel that there is no objection to extending the deadline for the filing of Plaintiff's Answering Brief to Wednesday, November 30, 2005.

4.  Accordingly, Defendant's counsel requests additional time for filing of its Reply Brief, that is, until Wednesday,

December 14, 2005.

    5. The parties also request that the pre-trial conference, currently scheduled for January 12, 2006, be continued, to give the Court opportunity to consider Defendant's Motion for Summary Judgment. In addition, this matter is scheduled for mediation before the Honorable Mary Pat Thynge on January 24, 2006, and the parties are hopeful that there may be a resolution of this case as a result of the mediation.

    WHEREFORE, the parties jointly request that the deadline for the filing of Plaintiff's Answering Brief be extended until November 30, 2005; that the deadline for the filing of Defendant's Reply Brief be extended until December 14, 2005; and that the pre-trial conference be continued.

| SCHMITTINGER & RODRIGUEZ, P.A. | BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP |
|---|---|
| BY: /s/ Noel E. Primos<br>    NOEL E. PRIMOS, ESQUIRE<br>    Bar I.D. #3124<br>    414 S. State Street<br>    P.O. Box 497<br>    Dover, DE  19903<br>    (302) 674-0140<br>    Attorneys for Plaintiff | BY: /s/William M. Kelleher<br>    WILLIAM M. KELLEHER, ESQ.<br>    Bar I.D. #3961<br>    919 N. Market Street<br>    Wilmington, DE  19801<br>    (302) 252-4460<br>    Attorneys for Defendant |

DATED:
NEP:pmw

    IT IS SO ORDERED this _____ day of _____, 2005.

_____
THE HONORABLE JOSEPH J. FARNAN JR.