**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a copy of the foregoing:

**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR DISPOSITIVE MOTION AND TO REQUEST CONTINUANCE OF PRE-TRIAL DATE**

to be served upon:

> William M. Kelleher, Esquire
> Ballard Spahr Andrews & Ingersoll LLP
> 919 North Market Street, 12th
> Wilmington, DE 19801-3034

via electronic service on November 14, 2005.

> SCHMITTINGER & RODRIGUEZ, P.A.
>
> BY: /s/ Noel E. Primos
>     NOEL E. PRIMOS, ESQUIRE
>     Bar I.D. # 3124
>     414 S. State Street
>     P.O. Box 497
>     Dover, DE 19903
>     (302) 674-0140
>     Attorney for Plaintiff

DATED: 11/14/05
NEP:lm