IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| | * | |
| Defendant. | * | |

**AFFIDAVIT OF CASSANDRA JOHNSON**

STATE OF DELAWARE    *
                     *    SS
COUNTY OF Kent       *

BE IT REMEMBERED, that on this 25 day of November, A.D., 2005, personally appeared before me, the Subscriber, a Notary Public in and for the State and County aforesaid, Cassandra Johnson who, being by me duly sworn according to law, did depose and say:

1. I certify that I am over the age of eighteen years and am competent to make such an affidavit.

2. I certify that my direct supervisor, Johnny Revis, singled me out as the subject of numerous derogatory and demeaning comments on multiple occasions. Mr. Revis did not make such pointed and demeaning comments to the male employees in the tire center at Wal-Mart where I worked.

3.  The comments Mr. Revis made were primarily belittling comments concerning my weight. As an example of one of these comments, Mr. Revis on one occasion referred to me as a "big bear" in front of my co-worker, Lakeria Bryant, and a customer. I did not hear Mr. Revis make any comments about the weight of the male employees in the tire department.

4.  Mr. Revis also sarcastically referred to me as "The Genius" when he had to refer other employees to me to answer questions about store policy or procedure to which he did not know the answer. Specifically, Mr. Revis would tell these employees, "I don't know. Why don't you go ask 'The Genius'?"

5.  In addition, at one point, Mr. Revis brought in a picture of a large, scantily-clad woman and showed it to me.

6.  Mr. Revis also became excessively angry with me for not telling him exactly when I was taking my lunch break. In particular, on January 24, 2004 when I took my lunch break, Mr. Revis became extremely angry and accused me of leaving half an hour earlier than I had actually left. Mr. Revis was also angry that I had not informed him exactly where I was going for my break.

7.  I certify that I, on multiple occasions, reported Mr. Revis's behavior to management personnel at Wal-Mart. I informed my supervisors numerous times beginning at the end of 2003 about Mr. Revis's continued and repeated comments but no one took any action to stop Mr. Revis.

8.  In particular, I met with my manager, Jeremy Stone, on January 29, 2004 to complain about Mr. Revis's treatment of me. Instead of taking any action to remedy the situation, however, Mr. Stone advised me just to make fun of Mr. Revis in return.

9. On January 30, 2004, I called the home office about the conversation I had had the previous day with Mr. Stone. I reported Mr. Revis's behavior towards me and also reported my frustration with my supervisors' inaction in this matter. The woman with whom I spoke at the home office then sent an e-mail to Cornell Randolph, the manager of the Dover Sam's Club.

10. That same day, January 30th, I met with Mr. Randolph about Mr. Revis's actions. Mr. Randolph, however, only justified and excused Mr. Revis's behavior. Mr. Randolph told me that I should be accountable to Mr. Revis and should tell Mr. Revis when I was taking my break and where I was going any time I left the department. No other employee had to report this closely to Mr. Revis. No action was taken to correct Mr. Revis's behavior.

11. I further certify that I perform a substantial amount of physical work in my job in the tire center, both at the cashier desk and in the tire shop as a certified tire technician. My work involves stocking and pulling down tires as well as carrying the tires to the shop for installation. In addition, I am required, on a regular basis, to go outside to inspect customers' cars to determine which type of tire the customer needs. Further, I am required to help install tires on on as-needed basis.

_____
Cassandra Johnson

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

_____
NotaryPublic