**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**AFFIDAVIT OF CASSANDRA JOHNSON**

to be served upon:   WILLIAM M. KELLEHER
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

DAVID S. FRYMAN
FARRAH I. GOLD
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103

above, via electronic service, on  11/30/05  .

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher
WILLIAM D. FLETCHER, JR.
Bar I.D. #362
NOEL E. PRIMOS, ESQUIRE
Bar I.D. #3124
414 S. State Street
P.O. Box 497
Dover, DE   19901
(302) 674-0140
Attorneys for Plaintiff

DATED: 11/30/05
NEP:acg