IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON | : |
| | : |
| Plaintiff, | : CIVIL ACTION |
| | : |
| v. | : No. 04-1450 (JJF) |
| | : |
| WAL-MART STORES, INC. | : |
| | : |
| Defendant. | : |

**STIPULATION AND AGREED ORDER TO EXTEND TIME
FOR DEFENDANT TO FILE A REPLY BRIEF**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective attorneys, that the Defendant Wal-Mart Stores, Inc. shall have through December 23, 2005 to file its Reply Brief in support of its Motion for Summary Judgment.

/s/ Noel Primos
Noel Primos, Esquire
Schmittinger & Rodriguez
414 State Street
P.O. Box 497
Dover, DE 19903

Attorneys for Plaintiff

Dated: Dec 6, 2005

_____
William M. Kelleher, Esquire (No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801

Attorneys For Defendant

Dated: 5 DEC 2005

SO ORDERED:

_____
United States District Court Judge