## CERTIFICATE OF SERVICE

I, William M. Kelleher, Esquire hereby certify that on this date I caused two true and correct copies of the foregoing Reply Brief of Defendant Wal-Mart Stores, Inc. in support of its Motion for Summary Judgment to be served on Plaintiff's counsel:

## BY FIRST CLASS MAIL

William D. Fletcher, Jr. Esquire
Noel E. Primos, Esquire
414 S. State Street
Dover, DE 19901

Dated: December 21, 2005

_____
William M. Kelleher, Esquire (No. 3961)