IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CASSANDRA JOHNSON,                :
                                  :
        Plaintiff,                :
                                  :
    v.                            :   Civil Action No. 04-1450-JJF
                                  :
WAL-MART STORES, INC.,            :
                                  :
        Defendant.                :

## ORDER

At Wilmington, the ⎯18⎯ day of April 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Motion For Summary Judgment Of Defendant Wal-Mart Stores, Inc. (D.I. 29) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE