IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CASSANDRA JOHNSON,                  :
                                    :
        Plaintiff,                  :
                                    :
    v.                              : Civil Action No. 04-1450-JJF
                                    :
WAL-MART STORES, INC.,              :
                                    :
        Defendant.                  :

## O R D E R

WHEREAS, in accordance with the parties stipulation (D.I. 31), the January 12, 2006 pretrial conference was postponed awaiting a decision on a motion for summary judgment;

WHEREAS, by the Court's Memorandum Opinion and Order dated April 18, 2006 (D.I. 38, 39), summary judgment has been denied;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, July 13, 2006, at 4:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

May 11, 2006
DATE                                UNITED STATES DISTRICT JUDGE