IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| | * | |
| Defendant. | * | |

### SPECIAL FORM OF VERDICT

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

    1. Do you find that Defendant Wal-Mart Stores, Inc., through its agents and employees, discriminated against Plaintiff on the basis of her sex in violation of her rights under 42 U.S.C. § 2000e <u>et. seq.</u>?

        YES _____        NO _____

    2. Do you find that Defendant Wal-Mart Stores, Inc., through its agents and employees, violated the Equal Pay Act, 29 U.S.C. § 206?

        YES _____        NO _____

**IF YOU HAVE ANSWERED "YES" TO EITHER OF THE ABOVE QUESTIONS, PLEASE ANSWER QUESTIONS 3-5. IF YOU HAVE ANSWERED "NO" TO ALL OF THE ABOVE QUESTIONS, PLEASE DO NOT ANSWER QUESTIONS 3-5 AS YOU HAVE FOUND FOR DEFENDANT WAL-MART STORES, INC. ON ALL OF PLAINTIFF'S CLAIMS.**

    3. Please state, in monetary terms, the total amount of compensatory damages, including damages for mental and emotional pain and suffering, that you find Plaintiff Cassandra Johnson suffered as a result of the actions of Defendant Wal-Mart Stores, Inc., through its agents and employees.

        $ _____

    4. Do you find that Defendant Wal-Mart Stores, Inc.'s actions were wanton or wilful?

        YES _____        NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 4, PLEASE ANSWER QUESTION 5. IF YOU HAVE ANSWERED "NO" TO QUESTION 4 DO NOT ANSWER QUESTION 5.**

      5.  Please state, in monetary terms, the total amount of punitive damages, if any, that you award to Plaintiff Cassandra Johnson and against Defendant Wal-Mart Stores, Inc.

      $ _____

      \*  \*  \*  \*  \*

Respectfully submitted,

DATE:_____

      _____
      FOREPERSON

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
    WILLIAM D. FLETCHER, JR.
    Bar I.D. #362
    NOEL E. PRIMOS
    Bar I.D. #3124
    ADAM C. GERBER
    Bar I.D. #4653
    414 S. State Street
    P.O. Box 497
    Dover, DE  19903-0497
    Attorneys for Plaintiff

DATED: 7/10/06