IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| | * | |
| Defendant. | * | |

## PLAINTIFF'S PROPOSED VOIR DIRE

COMES NOW Plaintiff, pursuant to D.Del.L.R. 47.1(a), and submits the following proposed questions to be asked of the jurors during voir dire in addition to the Court's standard questions.

1. Does any member of the jury panel know of any reason why he or she would be unable to award money damages in favor of the Plaintiffs, if the evidence and the law so required, or conversely, to return a verdict in favor of the Defendant if the evidence and the law so required?

2. Have you ever been employed by Wal-Mart Stores, Inc. or Sam's Club?

3. Have any of your family members ever been employed by Wal-Mart Stores, Inc. or Sam's Club?

4. Are you or any of your family members current or former stockholders of Wal-Mart Stores, Inc. or Sam's Club?

5. Have you or any of your family members ever held any management positions in any retail store business?

6. Have you or any of your family members ever worked in the

Personnel or Human Resources department of any business entity?

7. Have you or any of your family members ever worked in any business that receives any income from Wal-Mart Stores, Inc. or Sam's Club (e.g., supplier, contractor, by assignment, or otherwise)?

8. Have you ever been involved in the hiring, promotion, demotion, termination or discipline of any employee?

9. Have you ever owned your own business or ever been self-employed?

10. Have you ever been accused of discrimination in the workplace?

11. Have any of your relatives, friends or colleagues ever been accused of discrimination in the workplace?

12. Do you think you might trust the testimony of a corporate officer more than that of an employee who does not have as high a ranking?

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
WILLIAM D. FLETCHER, JR.
Bar I.D. #362
NOEL E. PRIMOS
Bar I.D. #3124
ADAM C. GERBER
Bar I.D. #4653
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
Attorneys for Plaintiff

DATED: 7/10/06