**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S PROPOSED VOIR DIRE**

**PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM**

to be served upon:

    William M. Kelleher, Esq.
    Ballard Spahr Andrews & Ingersoll, LLP
    919 North Market Street, 12th Floor
    Wilmington, DE 19801

by electronic transmission and first class mail on July 10, 2006.

                    SCHMITTINGER & RODRIGUEZ, P.A.

                    BY: _____
                        WILLIAM D. FLETCHER, JR.
                        (I.D. #362)
                        414 S. State Street
                        P.O. Box 497
                        Dover, DE 19903-0497
                        (302)674-0140
DATED: 7/10/06           Attorneys for Plaintiff