IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 04-1450 (JJF) |
| v. | : | |
| WAL-MART STORES, INC., a Delaware corporation | : | |
| Defendant | : | |

## PROPOSED VOIR DIRE QUESTIONS OF DEFENDANT WAL-MART STORES, INC.

Defendant Wal-Mart Stores, Inc. d/b/a Sam's Club (SAM'S), by and through its undersigned counsel, hereby submits the following proposed voir dire questions.

Respectfully submitted,

Dated:

_____
William M. Kelleher (#3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4460

Attorneys for Defendant
Wal-Mart Stores, Inc.

OF COUNSEL:
David S. Fryman
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500

## **PROPOSED VOIR DIRE QUESTIONS**

1. Does any potential juror currently work for or have a relative or friend working for Wal-Mart Stores, Inc. or Sam's Club ("SAM'S")? <u>If yes</u>, explain.

2. Has any potential juror ever worked for SAM'S? <u>If yes</u>, explain the following:

    (a) Dates of employment;

    (b) Place of employment;

    (c) Positions and job titles held;

    (d) Reason for leaving the employ of SAM'S;

    (e) Name of supervisors while working at SAM'S;

3. Do any of you have a reason to be biased about SAM'S?

4. Has any individual ever heard about SAM'S?

5. Has any individual ever read about SAM'S?

6. Does any individual currently work in a supervisory or managerial position with his or her employer? <u>If yes</u>, explain.

7. Has any individual ever worked in a supervisory or managerial position for an employer? <u>If yes</u>, explain.

8. Have you ever had any responsibility for hiring, promoting, or firing others?

9. Have you ever been involved with the actual termination, demotion, promotion, or denial of pay raise to an employee?

10. Has any individual ever owned a business? <u>If yes</u>, what kind of business is/was it? How many employees do/did you have? If you are no longer in business, why are you no longer in business? Did you ever get sued for employment discrimination or harassment?

11. Has any individual ever been laid off, fired, or involuntarily terminated by an employer? <u>If yes</u>, explain.

12. In your experience, have your supervisors/employers usually treated you fairly?

13. At your current or any of your former workplaces, were there rules concerning harassment? If yes, what is your opinion of those rules?

14. Have you received training about harassment? If yes, how many times? Please describe the training you received. What is your opinion of that training?

15. Have you ever witnessed what you believe to be discrimination, harassment, or retaliation on the basis of race, national origin, age, sex, religion, or disability?

16. If yes, please explain.

17. Have you or has anyone close to you ever claimed or experienced discrimination, harassment, or retaliation on the basis of race, national origin, age, sex, religion, or disability?

18. If yes, please describe the experience.

19. Do you believe you have experienced job discrimination, harassment or retaliation? If yes, please describe.

20. Do you believe you have experienced any kind of discrimination, harassment, or retaliation? If yes, please describe.

21. Have you, or has any member of your family or a close friend ever filed a grievance or a charge of discrimination, harassment, or retaliation against an employer?

22. Have you, or has any member of your family or a close friend ever filed a charge or complaint of discrimination, harassment, or retaliation of any kind with a company's civil rights department, the Equal Employment Opportunity Commission, the Delaware Department of Labor, or any other agency?

23. Have you or has anyone close to you ever been involved in investigating allegations of discrimination, harassment, or retaliation in the workplace?

24. Have you or has anyone close to you ever felt that an employer treated you badly because you complained about conditions in your workplace?

25. Have you or has anyone close to you ever been involved in any way with a lawsuit that charged discrimination, harassment, or retaliation?

26. Have any of you ever been a party to a lawsuit? (Was that as a plaintiff or defendant; what was the nature and outcome of the action?)

27. <u>If yes,</u> were you generally satisfied with the results? Did anything about your experience affect how you view the court system, or whether you could be fair and impartial as a juror here?

28. Have you, a family member, or anyone close to you, ever had any of the following experiences:

    (a) Been involved in any serious dispute with or had an otherwise serious negative experience with an employer? <u>If yes,</u> who?

    (b) Been in a situation where inappropriate touching may have occurred, whether reported or not? <u>If yes,</u> who? Please describe the circumstances.

    (c) Been in a situation where sexual harassment may have occurred, whether reported or not? <u>If yes,</u> who? Please describe the circumstances.

    (d) <u>If yes,</u> who? Please describe the circumstances.

    (e) Been a victim of emotional, physical, or verbal abuse, whether reported or not? <u>If yes,</u> who? Please describe the circumstances.

    (f) Been a victim of a non-sexual crime, including assault, whether reported or not? <u>If yes,</u> who? Please describe the circumstances.

    (g) Been a victim of a sexual crime, such as rape, sexual assault or any kind of sexual abuse, whether reported or not? <u>If yes,</u> who? Please describe the circumstances.

    (h) Filed for a protection from abuse order? <u>If yes,</u> who? Please describe the circumstances.

    (i) Been sexually harassed at work or at school? <u>If yes,</u> who? Please describe the circumstances.

      (j)      Known of anyone or worked for any company who was accused of sexual harassment?  <u>If yes</u>, who?  Please describe the circumstances.

29. Do you believe that most employers need to do more to prevent sexual harassment in the workplace?  <u>If yes</u>, what do you believe employers should do?

30. Do you think that, in general, women are treated unfairly by either businesses or society?

31. Do you have any education, training, or experience in human resources?

32. Is there any individual who will be unable to fairly consider and evaluate the facts of this case simply because SAM'S is a corporation and the Plaintiff is an individual?

33. Do you think that you would have a tendency to award the Plaintiff damages just because SAM'S may be able to pay her?

34. Would you have a hard time sending Plaintiff home without any money, even if you believed that SAM'S did not violate the law?

35. If you had a problem with a co-worker or supervisor, would you report it to your employer?  <u>If not</u>, why not?

36. Does anyone here think that employers take advantage of individuals?

37. Based on the fact that this is an employment discrimination/harassment/retaliation case, do you have any feelings or opinions that you think would make it difficult for you to be fair and impartial in this case?

38. Do you believe that most individuals accused of sexual harassment at work probably did it?

39. Do you believe that an employee has an obligation to inform his or her employer about harassing or discriminatory conditions at work?

40.     Some people believe that just because a suit has been brought, the defendant is probably liable for something. Do any of you agree with that?

41.     The judge will instruct you that the claims made by Plaintiff are not evidence that SAM'S are at fault in any way. Plaintiff did not have to produce any evidence of discrimination when she filed this suit. This is different than a criminal case, where a grand jury has to determine that there is enough evidence to bring charges. All Plaintiff had to do was file the appropriate legal documents, and we end up in court. It is up to Plaintiff to prove that there is some basis for these claims. Is there anyone, at this moment, who has an opinion one way or the other as to who is at fault?

42.     In a civil case, a defendant can be found liable only if the plaintiff proves his or her allegations by a preponderance of the evidence. That means that there has to be enough evidence for you to conclude that the evidence weighs more heavily in favor of the plaintiff than the defendant. Will you hold Plaintiff to this burden, and find in favor of SAM'S if Plaintiff fails to prove her case by a preponderance of the evidence?

43.     Whether you approve or disapprove of the Judge's rulings or instructions on the law, it is your solemn duty to follow them, and you may not substitute your own idea of what you think the law ought to be. Will you be able to follow the law in this case as the Judge gives it to you?

44.     Do you understand that you have to decide this case solely on the law regardless of any sympathy you may feel for the Plaintiff?

45.     On the basis of what you have learned about this case and its parties, do you have any present feeling in favor of or against any of the parties, attorneys, or witnesses in this matter? If yes, why?

46. Is there any individual who feels that he or she will be unable to decide this case based solely on the facts of this case and not upon sympathies or prejudices towards either party?

47. Is there anything in your background or beliefs that would make it difficult for you to decide a case of this kind?

Respectfully Submitted,

Dated:

_____
William M. Kelleher (#3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
(302) 252-4460

Attorneys for Defendant
Wal-Mart Stores, Inc.

OF COUNSEL:
David S. Fryman
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 665-8500