## **CERTIFICATE OF SERVICE**

I, William M. Kelleher, hereby certify that on this 10th day of July, 2006, I caused a true and correct copy of the foregoing Proposed Voir Dire of Defendant Wal-Mart Stores, Inc. was filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of same to be served upon Plaintiff's counsel via first-class mail as follows:

> William Fletcher, Esquire
> Noel Primos, Esquire
> Schmittinger & Rodriguez, P.A.
> 414 S. State Street
> P.O. Box 497
> Dover, DE 19903-0497

Date: 10 July 2006

William M. Kelleher (No. 3961)