IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 04-1450 (JJF) |
| v. | : | |
| WAL-MART STORES, INC., | : | |
| a Delaware corporation | : | |
| Defendant | : | |

## PROPOSED VERDICT SHEET

1. Did plaintiff prove by a preponderance of the evidence that SAM'S discriminated against her on the basis of sex in violation of 42 U.S.C. § 2000e?

    ____ Yes          ____ No

2. Did plaintiff prove by a preponderance of the evidence that SAM'S violated the Equal Pay Act, 29 U.S.C. § 206?

    ____ Yes          ____ No

    If you have answered "No" to the above questions, please stop here. If you have answered "Yes" to any of the above questions, please proceed to the following question.

3. Please state, in monetary terms, the total amount of compensatory damages that you find Plaintiff Cassandra Johnson suffered as a result of SAM'S actions?

Compensatory Damages: $_____

**When you have completed this document, please sign and date the Verdict Sheet.**

Dated:_____

_____
Foreperson

Dated: 10 July 2006

Respectfully Submitted,

_____
William M. Kelleher (#3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE  19801
(302) 252-4460

Attorneys for Defendant
Wal-Mart Stores, Inc.

OF COUNSEL:
David S. Fryman
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
(215)665-8500