IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
CASSANDRA JOHNSON,              :
                                :
        Plaintiff,               :
                                :
    v.                          :    Civil Action No. 04-1450-JJF
                                :
WAL-MART STORES, INC.,          :
                                :
        Defendant.               :
```

ORDER

WHEREAS, the Court conducted a pretrial conference on July 13, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that a jury trial shall commence on **November 15, 2006 at 9:30am** in Courtroom No. 4B, Boggs Federal Building, Wilmington, Delaware.

July 17, 2006

_____
UNITED STATES DISTRICT COURT