IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 04-1450 (JJF) |
| v. | : | |
| WAL-MART STORES, INC., a Delaware corporation | : | |
| Defendant | : | |

## DEFENDANT'S EXHIBIT INDEX

| TAB | DEFENDANT'S EXHIBITS | DESCRIPTION |
|---|---|---|
| 1. | DX-1 | Employee Handbook |
| 2. | DX-2 | Johnson's Handbook Acknowledgement Form |
| 3. | DX-3 | Open Door Communications Policy |
| 4. | DX-4 | Harassment/Inappropriate Conduct Policy |
| 5. | DX-5 | Harassment/Inappropriate Conduct Posting |
| 6. | DX-6 | Sexual Harassment Posting |
| 7. | DX-7 | Tire Cashier Job Desciption |
| 8. | DX-8 | Tire Technician Job Description |
| 9. | DX-9 | Training Plan for TMA Cashier and Sales |
| 10. | DX-10 | Johnson Pay Chart |
| | DX-10A | Johnson 90-Day Evaluation |
| | DX-10B | Johnson 1997 Annual Review |
| | DX-10C | Johnson 1998 Annual Review |

|     | DX-10D  | Johnson 1999 Annual Review        |
|-----|---------|-----------------------------------|
|     | DX-10E  | Johnson 2001 Annual Review        |
|     | DX-10F  | Johnson 2002 Annual Review        |
|     | DX-10G  | Johnson 2003 Annual Review        |
|     | DX-10H  | Johnson 2004 Commendation Form    |
|     | DX-10I  | Johnson 2004 Annual Review        |
|     | DX-10J  | Johnson 2005 Annual Review        |
|     | DX-10K  | Johnson 2006 Annual Review        |
| 11. | DX-11   | Johnson Application               |
| 12. | DX-12   | Johnson Scheduling Availability   |
| 13. | DX-13   | Johnson Coaching for Improvement  |
| 14. | DX-14   | Johnson Coaching for Improvement  |
| 15. | DX-15   | Johnson Earnings History Report   |
| 16. | DX-16   | Dennis Pay Chart                  |
|     | DX-16A  | Dennis 90-Day Evaluation [2002]   |
|     | DX-16B  | Dennis 2002 Evaluation            |
|     | DX-16C  | Dennis 90-Day Evaluation [2004]   |
| 17. | DX-17   | Rash Pay Chart                    |
|     | DX-17A  | Rash 1997 Commendation Form       |
|     | DX-17B  | Rash 1997 Change of Status Form   |
|     | DX-17C  | Rash 1997 Evaluation              |
|     | DX-17D  | Rash 1998 Evaluation              |
|     | DX-17E  | Rash 1999 Evaluation              |
|     | DX-17F  | Rash 1999 Commendation Form       |

|     | DX-17G | Rash 2000 Evaluation |
|     | DX-17H | Rash 2002 Evaluation |
|     | DX-17I | Rash 2003 Evaluation |
|     | DX-17J | Rash 2004 Evaluation |
|     | DX-17K | Rash 2005 Evaluation |
|     | DX-17L | Rash 2006 Evaluation |
| 18. | DX-18  | Gibson Pay Chart |
|     | DX-18A | Gibson 90-Day Evaluation |
|     | DX-18B | Gibson 1999 Evaluation |
|     | DX-18C | Gibson 1999 Commendation Form |
|     | DX-18D | Gibson 2000 Evaluation |
|     | DX-18E | Gibson 2001 Evaluation |
|     | DX-18F | Gibson 2001 Commendation Form |
|     | DX-18G | Gibson 2002 Evaluation |
|     | DX-18H | Gibson 2002 Commendation Form |
|     | DX-18I | Gibson 2003 Evaluation |
| 19. | DX-19  | Revis Pay Chart |
|     | DX-19A | Revis 90-Day Evaluation |
|     | DX-19B | Revis 6-Month Evaluation |
|     | DX-19C | Revis 2004 Commendation Form |
|     | DX-19D | Revis 2004 Evaluation |
|     | DX-19E | Revis 2005 Evaluation |
| 20. | DX-20  | Revis Coaching for Improvement Form |
| 21. | DX-21  | Johnson EEOC Charge of Discrimination |

| 22. | DX-22 | Johnson Affidavit |
|---|---|---|
| 23. | DX-23 | Demonstrative Exhibit Re: Pay |

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

BY: _/s/ William M. Kelleher_
   WILLIAM M. KELLEHER, ESQ.
   (I.D. # 3961)
   919 Market Street, 12th Floor
   Wilmington, DE 19801
   Telephone: 302-252-4460