IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | NO. 04-1450 (JJF) |
| v. | : | |
| WAL-MART STORES, INC., | : | |
| a Delaware corporation | : | |
| Defendant | : | |

**AMENDED STATEMENT OF FACTS**
**WHICH ARE ADMITTED AND REQUIRE NO PROOF**

1.  Wal-Mart Stores, Inc. d/b/a Sam's Club is a corporation, incorporated under Delaware law.

2.  Plaintiff, Cassandra Johnson (African-American female), was hired as a front-end cashier for Wal-Mart in 1996.

3.  Plaintiff worked in the tire department at Sam's Club in Dover, Delaware from August 25, 2001 to July 22, 2006.

4.  Since beginning her work in the tire department, Plaintiff was the only woman working in the tire department at Sam's Club.

5.  Plaintiff's supervisor, Mr. Revis, referred to Plaintiff as a "big bear."

6.   Plaintiff timely filed a Complaint with the Delaware Department of Labor against SAM's. Plaintiff received a Notice of Right to Sue and timely filed this suit.

| | |
|---|---|
| SCHMITTINGER & RODRIGUEZ, P.A. | BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
| BY: /s/ William D. Fletcher, Jr.<br>WILLIAM D. FLETCHER, JR., ESQ.<br>(I.D. #362) | BY: /s/ William M. Kelleher<br>WILLIAM M. KELLEHER, ESQ.<br>(I.D. # 3961)<br>919 Market Street, 12th Floor<br>Wilmington, DE 19801 |
| BY: /s/ Noel E. Primos<br>NOEL E. PRIMOS, ESQ.<br>(I.D. #3124)<br>414 S. State Street<br>P.O. Box 497<br>Dover, DE 19901<br>(302) 674-0140<br>*Counsel for Plaintiff* | BY: /s/ David S. Fryman<br>DAVID S. FRYMAN, ESQ.<br><br>BY: /s/ Farrah I. Gold<br>FARRAH I. GOLD, ESQ<br>*Counsel for Defendant* |

SO ORDERED on _____, 2006.

_____
THE HON. JOSEPH J. FARNAN