# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

CASSANDRA JOHNSON       :
                               :

          Plaintiff,         :        CIVIL ACTION
                               :        NO. 04-1450 (JJF)

v.                             :
                               :

WAL-MART STORES, INC.,   :
a Delaware corporation     :
                               :

          Defendant      :
                               :

---

## DEFENDANT'S PROPOSED VERDICT SHEET

1.     Did plaintiff prove by a preponderance of the evidence that SAM'S

violated the Equal Pay Act, 29 U.S.C. § 206?

     _____ Yes          _____ No

If you have answered "Yes" to the above question, please proceed to question 2.
If you have answered "No" to the above question, please proceed to question 3.

2.     Did plaintiff prove by a preponderance of the evidence that SAM's

violation of the Equal Pay Act was willful?

     _____ Yes          _____ No

Please proceed to question 3.

3.    Did plaintiff prove by a preponderance of the evidence that SAM'S discriminated against her on the basis of sex in violation of 42 U.S.C. § 2000e?

_____ Yes                _____ No

If you have answered "Yes" to either question 1 or 3, please proceed to question 4. If you have answered "No" to questions 1 and 3, please stop here and sign the next page.

4.    Please state, in monetary terms, the total amount of back pay and/or compensatory damages that you find Plaintiff Cassandra Johnson suffered as a result of SAM'S actions?

Back Pay                $_____

Compensatory Damages:    $_____

**When you have completed this document, please sign and date the Verdict Sheet.**

Dated:_____          _____
                               Foreperson


                               Respectfully Submitted,


Dated: November 16, 2006       /s/ William M. Kelleher_____
                               William M. Kelleher (#3961)
                               Ballard Spahr Andrews & Ingersoll, LLP
                               919 Market Street, 17th Floor
                               Wilmington, DE 19801
                               (302) 252-4460

                               Attorneys for Defendant
                               Wal-Mart Stores, Inc.

OF COUNSEL:
David S. Fryman
Farrah I. Gold
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215)665-8500