IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION |
| | * | NO. 04-1450 (JJF) |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., | * | |
| | * | |
| Defendant. | * | |

### SPECIAL FORM OF VERDICT

**THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.**

    1. Do you find that Defendant Wal-Mart Stores, Inc., through its agents and employees, discriminated against Plaintiff on the basis of her sex in violation of her rights under 42 U.S.C. § 2000e *et. seq.*?

        YES _____      NO _____

    2. Do you find that Defendant Wal-Mart Stores, Inc., through its agents and employees, violated the Equal Pay Act, 29 U.S.C. § 206?

        YES _____      NO _____

**IF YOU HAVE ANSWERED "YES" TO EITHER OF THE ABOVE QUESTIONS, PLEASE ANSWER QUESTIONS 3-6. IF YOU HAVE ANSWERED "NO" TO ALL OF THE ABOVE QUESTIONS, PLEASE DO NOT ANSWER QUESTIONS 3-6 AS YOU HAVE FOUND FOR DEFENDANT WAL-MART STORES, INC. ON ALL OF PLAINTIFF'S CLAIMS.**

    3. Please state, in monetary terms, the total amount of compensatory damages, including damages for mental and emotional pain and suffering, that you find Plaintiff Cassandra Johnson suffered as a result of the actions of Defendant Wal-Mart Stores, Inc., through its agents and employees.

        $ _____

    4. Please state the total amount of back pay damages to which you find Plaintiff Cassandra Johnson entitled as a result of the actions of Defendant Wal-Mart Stores, Inc., through its agents and employees.

    $ _____

  5. Do you find that Defendant Wal-Mart Stores, Inc.'s actions were wanton or wilful?

  YES _____    NO _____

**IF YOU HAVE ANSWERED "YES" TO QUESTION 5, PLEASE ANSWER QUESTION 6. IF YOU HAVE ANSWERED "NO" TO QUESTION 5 DO NOT ANSWER QUESTION 6.**

  6. Please state, in monetary terms, the total amount of punitive damages, if any, that you award to Plaintiff Cassandra Johnson and against Defendant Wal-Mart Stores, Inc.

    $ _____

   \*   \*   \*   \*   \*

  Respectfully submitted,

DATE:_____    _____
             FOREPERSON


        SCHMITTINGER & RODRIGUEZ, P.A.

        BY:   /s/ William D. Fletcher, Jr.

           /s/ Noel E. Primos
          WILLIAM D. FLETCHER, JR.
          Bar I.D. #362
          NOEL E. PRIMOS
          Bar I.D. #3124
          414 S. State Street
          P.O. Box 497
          Dover, DE  19903-0497
DATED: 11-16-06     Attorneys for Plaintiff