IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1450-JJF |
| | : |
| WAL-MART STORES, INC., | : |
| a Delaware corporation, | : |
| | : |
| Defendant. | : |

### VERDICT FORM

Please answer the following questions:

**Equal Pay Act**

1. Did Plaintiff prove by a preponderance of the evidence that SAM'S violated the Equal Pay Act, 29 U.S.C. § 206?

   Yes _____

   No _____

[If you answered "Yes," go to question 2; if you answered "No," go to question 3.]

2. Did Plaintiff prove by a preponderance of the evidence that SAM'S violation of the Equal Pay Act was willful?

   Yes _____

   No _____

[Go to question 3.]

**Gender Discrimination**

3. Did Plaintiff prove by a preponderance of the evidence that SAM'S discriminated against her on the basis of sex in violation of 42 U.S.C. § 2000e?

Yes \_\_\_\_\_

No \_\_\_\_\_

[If you answered "Yes," to either question 1 or 3, go to question 4; if you answered "No," to both questions 1 and 3, your deliberations have ended.]

**Monetary Award**

4. Please state, in monetary terms, the total amount of back pay and/or compensatory damages that you find Plaintiff Cassandra Johnson suffered as a result of SAM'S actions.

Back Pay                $ _____

Compensatory Damages    $ _____


_____         _____
Jury Foreperson                          Juror


_____         _____
Juror                                    Juror


_____         _____
Juror                                    Juror


_____
Juror


<u>November      , 2006</u>
      DATE