AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

**EXHIBIT AND WITNESS LIST**

CASSANDRA JOHNSON v. WAL-MART STORES, INC.

Case Number: 04-1450

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| FARNAN | NOEL PRIMOS, ESQ. & WILLIAM FLETCHER, ESQ. | DAVID FRYMAN, ESQ. & FARRAH GOLD, ESQ. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| NOVEMBER 15 -- , 2006 | DALE HAWKINS | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 11/15/06 | | | CASSANDRA JOHNSON (WITNESS) |
| 1A | | 11/15/06 | | 11/16/06 | JOHNSON PERSONNEL EVALUATIONS |
| W2 | | 11/15/06 | | | F. CORNELL RANDOLPH (WITNESS) |
| | 10 | 11/15/06 | | 11/16/06 | JOHNSON PAY CHART |
| | 17 | 11/15/06 | | 11/16/06 | RASH PAY CHART |
| | 18 | 11/15/06 | | 11/16/06 | GIBSON PAY CHART |
| | 19 | 11/16/06 | | 11/16/06 | REVIS PAY CHART |
| | 4 | 11/16/06 | | 11/16/06 | WALMART HARASSMENT AND CONDUCT STANDARD |
| | 1 | 11/16/06 | | 11/16/06 | EMPLOYEE HANDBOOK |
| | 2 | 11/16/06 | | 11/16/06 | JOHNSON'S HANDBOOK ACKNOWLEDGEMENT FORM |
| | 3 | 11/16/06 | | 11/16/06 | OPEN DOOR COMMUNICATIONS POLICY |
| | 5 | 11/16/06 | | 11/16/06 | HARASSMENT/INAPPROPRIATE CONDUCT POSTING |
| 1 | | 11/16/06 | | 11/16/06 | JOHNSON PERSONNEL FILE |
| 2 | | 11/16/06 | | 11/16/06 | JOHNNY REVIS EMPLOYMENT EVALUATIONS AND PAY INCREASES |
| 3 | | 11/16/06 | | 11/16/06 | NATHAN GIBSON EMPLOYMENT EVALUATIONS AND PAY INCREASES |
| 4 | | 11/16/06 | | 11/16/06 | KEVIN RASH EMPLOYMENT EVALUATIONS AND PAY INCREASES |
| | W1 | 11/16/06 | | | JEREMY STONE (WITNESS) |
| | 109 | 11/16/06 | | 11/16/06 | JOHNSON 2004 ANNUAL REVIEW |
| | 7 | 11/16/06 | | 11/16/06 | TIRE CASHIER JOB DESCRIPTION |
| | 8 | 11/16/06 | | 11/16/06 | TIRE TECHNICIAN JOB DESCRIPTION |
| | 10A-K | 11/16/06 | | 11/16/06 | JOHNSON EVALUATIONS/REVIEWS |
| | 15 | 11/16/06 | | 11/16/06 | JOHNSON EARNINGS HISTORY REPORT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

## EXHIBIT AND WITNESS LIST

CASSANDRA JOHNSON v. WAL-MART STORES, INC.

Case Number: 04-1450

| PRESIDING JUDGE<br>FARNAN | PLAINTIFF'S ATTORNEY<br>NOEL PRIMOS, ESQ. & WILLIAM FLETCHER, ESQ. | DEFENDANT'S ATTORNEY<br>DAVID FRYMAN, ESQ. & FARRAH GOLD, ESQ. |
|---|---|---|
| TRIAL DATE(S)<br>NOVEMBER 15 –, 2006 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19A-E | | 11/16/06 | | 11/16/06 | REVIS EVALUATIONS |
| 18A-I | | 11/16/06 | | 11/16/06 | GIBSON PAY EVALUATIONS |
| 17A-L | | 11/16/06 | | 11/16/06 | RASH EVALUATIONS |
| 16 | | 11/16/06 | | 11/16/06 | DENNIS PAY CHART |
| 20 | | 11/16/06 | | 11/16/06 | REVIS COACHING FOR IMPROVEMENT FORM |
| 16A-C | | 11/16/06 | | 11/16/06 | DENNIS PAY EVALUATIONS |
| W2 | | 11/16/06 | | | LAKERIA TILGHMAN (WITNESS) |
| W3 | | 11/16/06 | | | JOHNNY REVIS (WITNESS) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages