```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

CASSANDRA JOHNSON,                :
                                  :
        Plaintiff,                :
                                  :
   v.                             : Civil Action No. 04-1450-JJF
                                  :
WAL-MART STORES, INC.,            :
                                  :
        Defendant.                :

**ORDER**

AND NOW, this __27__ day of November, 2006, IT IS ORDERED that the Clerk of the Court for the District of Delaware be and he is hereby directed to furnish lunch for 9 jurors in the above entitled case for November 15 thru November 17, 2006.

```
                          _____
                          UNITED STATES DISTRICT JUDGE
```

CC: Financial Administrator