IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 04-1450 |
| WAL-MART STORES, INC. | : | |
| Defendant. | : | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

It is hereby stipulated by plaintiff and defendant in the above-captioned action that defendant shall have an extension of time until thirty (30) days after the entry of judgment to file its motion renewing its request for judgment as a matter of law.

/s/ Noel E. Primos
Noel E. Primos (#3124)
SCHMITTINGER & RODRIGUEZ, P.A.
414 South Street Street
Dover, DE 19903-0497

Attorney for plaintiff Cassandra Johnson

/s/ William M. Kelleher
William M. Kelleher (#3961)
BALLARD SPAHR ANDREWS &
  INGERSOLL LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034

Attorney for Defendant Wal-Mart

SO ORDERED:

_____
U.S.D.J.