IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CASSANDRA JOHNSON | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1450-JJF |
| WAL-MART STORES, INC., a Delaware corporation | : |
| Defendant. | : |

**O R D E R**

WHEREAS, this matter was tried to a jury from November 15, 2006 to November 17, 2006;

WHEREAS, at the close of Plaintiff's prima facie case, the Court granted in part Defendant's Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50(a), and granted judgment for Defendant on Plaintiff's Retaliation claim;

WHEREAS, Plaintiff's remaining claims were submitted to the jury;

WHEREAS, the jury was unable to reach a unanimous verdict on those claims;

NOW THEREFORE, IT IS HEREBY ORDERED that a **MISTRIAL** is declared as to all of Plaintiff's remaining claims.

December 1, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE