IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASSANDRA JOHNSON, | * | |
| | * | |
| Plaintiff, | * | C. A. No. 04-1450 (JJF) |
| | * | |
| v. | * | TRIAL BY JURY DEMANDED |
| | * | |
| WAL-MART STORES, INC., | * | |
| a Delaware corporation, | * | |
| | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that the above captioned matter shall be dismissed with prejudice. Each party shall be responsible for its court costs and attorneys fees.

SCHMITTINGER & RODRIGUEZ, P.A.

BY:   /s/William D. Fletcher, Jr.
      WILLIAM D. FLETCHER, JR.
      Bar I.D No. 362

BY:   /s/Noel E. Primos
      NOEL E. PRIMOS
      Bar I.D. No. 3124
      4414 S. State Street
      P.O. Box 497
      Dover, DE 19903
      Attorneys for Plaintiff

BALLARD SPAHR ANDREWS & INGERSOLL LLP

BY:   /s/William Kelleher
      WILLIAM KELLEHER
      Bar I.D. No 3961
      919 N. Market Street, 12th Floor
      Wilmington, DE 19801
      Attorney for Defendant

Dated: 12/20/06
WDF/ljo