## CERTIFICATE OF SERVICE

I hereby certify that I have caused copies of the foregoing:

## STIPULATION OF DISMISSAL

to be served upon:

| | |
|---|---|
| William M. Kelleher, Esq. | David S. Fryman, Esq |
| Ballard, Spahr, Andrews & Ingersoll | Farrah I. Gold, Esq. |
| 919 Market Street, 12th Floor | Ballard Spahr Andrews & Ingersoll, LLP |
| Wilmington, DE 19801 | 1735 Market Street, 51st Floor |
| | Philadelphia, PA 19103-7599 |

by mailing copies at the addresses shown above, postage prepaid on __12/20__, 2006

SCHMITTINGER & RODRIGUEZ, P.A

BY:  /s/William D. Fletcher, Jr.
     WILLIAM D. FLETCHER, JR
     Bar I.D. No. 362
     414 South State Street
     P.O. Box 497
     Dover, DE 19903-0497
     Attorneys for Plaintiff

DATED: 12/20/06
WDF/ljo